AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Charlotte Bennett, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.  22-CV-07846 (VSB) |
| Andrew M. Cuomo, Melissa Derosa, Jill Desrosiers, & Judith Mogul | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Charlotte Bennett

Date:    09/19/2022

_____
Attorney's signature

Herbert Eisenberg (HE 8796)
Printed name and bar number

Eisenberg & Schnell LLP
233 Broadway, Suite 2704
New York, New York 10279

Address

heisenberg@eisenbergschnell.com
E-mail address

(212) 966-8900
Telephone number

(212) 966-2505
FAX number