**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>Defendants. | 22-CV-7846<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, Plaintiff hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 20, 2022

Respectfully Submitted,

*/s/ Debra S. Katz*

Debra S. Katz
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Fax:  (202) 299-1148
Email: katz@katzbanks.com