UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARLOTTE BENNETT,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>  Defendants. | 22-CV-7846<br><br>**AFFIDAVIT OF DEBRA S. KATZ<br>IN SUPPORT OF ADMISSION<br>*PRO HAC VICE*** |

## AFFIDAVIT OF DEBRA S. KATZ IN SUPPORT OF ADMISSION *PRO HAC VICE*

DEBRA S. KATZ, being duly sworn, hereby deposes and states:

1. I am an attorney with Katz Banks Kumin LLP, which maintains an address at 11 Dupont Circle NW, Suite 600, Washington, D.C. 20036.

2. I submit this affidavit in support of my admission *pro hac vice* in the above-captioned matter on behalf of Plaintiff.

3. My practice is currently located in the District of Columbia, where I was admitted to practice on January 7, 1991. I have been and continue to be an active member in good standing of the District of Columbia Bar. A copy of my certificate of good standing from the District of Columbia's highest court is attached hereto as Exhibit A.

4. I also have been and continue to be an active member in good standing of the New York State Bar since December 9, 1986. A copy of my certificate of good standing from California's highest court is attached hereto as Exhibit B. Therefore, I am familiar with and bound by the standards of professional conduct imposed upon

members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

5. I have never been and am not presently subject to any disciplinary proceedings.
6. Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.

Dated: September 20, 2022

Respectfully Submitted,

Debra S. Katz
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Fax:  (202) 299-1148
Email: katz@katzbanks.com

Sworn to and subscribed before me
This 20th day of September 2022

Notary Public

**District of Columbia**
Signed and Sworn to (or affirmed) before me on 20th (Date)
by Debra S. Katz
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer:
Title of Office: Office Manager
My Commission Expires: April 14, 2027

2