**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT, | 22-CV-7846 |
| Plaintiff, | |
| v. | **AFFIDAVIT OF RACHEL E. GREEN IN SUPPORT OF ADMISSION** *PRO HAC VICE* |
| ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL, | |
| Defendants. | |

**AFFIDAVIT OF RACHEL E. GREEN IN SUPPORT OF ADMISSION *PRO HAC VICE***

RACHEL E. GREEN, being duly sworn, hereby deposes and states:

1. I am an attorney with Katz Banks Kumin LLP, which maintains an address at 11 Dupont Circle NW, Suite 600, Washington, D.C. 20036.

2. I submit this affidavit in support of my admission *pro hac vice* in the above-captioned matter on behalf of Plaintiff.

3. My practice is currently located in the District of Columbia, where I was admitted to practice on April 27, 2022. I have been and continue to be an active member in good standing of the District of Columbia Bar. A copy of my certificate of good standing from the District of Columbia's highest court is attached hereto as Exhibit A.

4. I also have been and continue to be an active member in good standing of the California State Bar since December 3, 2019. A copy of my certificate of good standing from California's highest court is attached hereto as Exhibit B.

5. I have never been and am not presently subject to any disciplinary proceedings.

6. I am familiar with and agree to be bound by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility. If the Court grants my admission *pro hac vice* in the above-captioned matter, I agree to be subject to its jurisdiction as if I were a regularly admitted member of the Bar of this State.

7. Plaintiff is represented in this matter by Debra S. Katz, who is duly admitted to practice in the State of New York and upon whom service may be made in all actions connected with the above-captioned matter.

8. Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.

Dated: October 3, 2022

Respectfully Submitted,

Rachel E. Green
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Fax:  (202) 299-1148
Email: green@katzbanks.com

Sworn to and subscribed before me
This 3rd day of October, 2022

Notary Public

2