UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                   Plaintiff,<br><br>    v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                  Defendants. | 22-CV-07846-VSB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Theresa Trzaskoma of the law firm Sher Tremonte LLP, hereby appears as counsel for Defendant Andrew M. Cuomo in the above-captioned action.

Dated: October 18, 2022
       New York, New York

                             SHER TREMONTE LLP

                        By:   */s/ Theresa Trzaskoma*
                              Theresa Trzaskoma
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              Tel: 212.202.2600
                              Email: TTrzaskoma@shertremonte.com