**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                Plaintiff,<br><br>    v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                Defendants. | 22-CV-07846-VSB<br><br>**STIPULATION AND**<br>**PROPOSED ORDER** |

**WHEREAS**, on September 14, 2022, Plaintiff Charlotte Bennett ("Plaintiff") filed a Summons and Complaint against Defendants Andrew M. Cuomo, Melissa DeRosa, Jill DesRosiers, and Judith Mogul (collectively, "Defendants");

**WHEREAS**, on September 19, 2022, Defendants agreed to accept service of the Summons and Complaint via email;

**IT IS HEREBY STIPULATED AND AGREED,** by and among counsel for Plaintiff and Defendants that:

1. Defendants agree to accept service of the Summons and Complaint, and waive any future arguments that they did not receive proper service of process; and

2. Defendants shall answer, move, or otherwise respond to the Complaint no later than November 18, 2022.

Dated: New York, New York
       October 18, 2022

KATZ BANKS KUMIN LLP

By:   */s/ Debra S. Katz*
          Debra S. Katz
          Rachel E. Green
11 Dupont Circle, NW
Suite 600
Washington, D.C. 20036
Tel. (202) 299-1140
katz@katzbanks.com
green@katzbanks.com

EISENBERG & SCHNELL LLP

By:   */s/ Herbert Eisenberg*
          Herbert Eisenberg
          Laura S. Schnell
233 Broadway, Suite 2704
New York, New York 10279
Tel. (212) 966-8900
lschnell@eisenbergschnell.com
heisenberg@eisenbergschnell.com

*Attorneys for Plaintiff Charlotte Bennett*

GLAVIN PLLC

By: */s/ Rita Glavin*
          Rita Glavin
156 West 56th Street, #2004
New York, New York 10019
Tel. (646) 693-5505
rglavin@glavinpllc.com

SHER TREMONTE LLP

By: */s/ Theresa Trzaskoma*
          Theresa Trzaskoma
90 Broad Street
23rd Floor
New York, New York 10004
Tel. (212) 202-2600
ttrzaskoma@shertremonte.com

*Attorneys for Defendant Andrew M. Cuomo*

MORVILLO PLLC

By:   */s/ Gregory Morvillo*
          Gregory Morvillo
90 Broad Street
New York, New York 10004
Tel. (646) 831-1531
gm@morvillopllc.com

*Attorney for Defendant Melissa DeRosa*

ORRICK HERRINGTON & SUTCLIFFE LLP

By:   */s/ Mike Delikat*
          Mike Delikat
          Jill Rosenberg
51 West 52nd Street
New York, NY 10019-6412
Tel. (212) 506-5000
mdelikat@orrick.com
jrosenberg@orrick.com

*Attorneys for Defendant Judith Mogul*

DEBEVOISE & PLIMPTON LLP

By: */s/ Mary Beth Hogan*
 Mary Beth Hogan
 Jyotin Hamid
919 Third Avenue
New York, NY 10022
Tel. (212) 909 6996
mbhogan@debevoise.com
jhamid@debevoise.com

*Attorneys for Defendant Jill DesRosiers*

SO ORDERED

_____
Hon. Vernon S. Broderick
District Judge, United States District Court
Southern District of New York