AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CHARLOTTE BENNETT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-7846 |
| ANDREW M. CUOMO, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jill DesRosiers                                                                                                   .

Date:    10/19/2022

/s/ Jyotin Hamid
*Attorney's signature*

Jyotin Hamid, SDNY JH4651
*Printed name and bar number*
Debevoise & Plimpton LLP
919 Third Ave
New York, NY 10022

*Address*

jhamid@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

(212) 909-6836
*FAX number*