AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CHARLOTTE BENNETT <br> *Plaintiff* <br> v. <br> ANDREW M. CUOMO, ET AL. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-7846 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jill DesRosiers.

Date:   10/19/2022

/s/ Mary Beth Hogan
*Attorney's signature*

Mary Beth Hogan, SDNY MH7917
*Printed name and bar number*
Debevoise & Plimpton LLP
919 Third Ave
New York, NY 10022

*Address*

mbhogan@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

(212) 909-6836
*FAX number*