UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                                     Plaintiff,<br><br>        v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                                     Defendants. | 22-cv-7846 (VSB)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned, Rita Glavin of the law firm Glavin PLLC, hereby appears as counsel for defendant Andrew M. Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated:      New York, New York
              October 21, 2022

                                                               Respectfully submitted,

                                                               By: _____
                                                                     Rita M. Glavin
                                                                     GLAVIN PLLC
                                                                     156 West 56th St., Ste. 2004
                                                                     New York, New York 10019
                                                                     (646) 693-5505
                                                                     rglavin@glavinpllc.com

                                                                     *Counsel for former Governor Andrew M. Cuomo*