AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Charlotte Bennett ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-CV-7846 |
| Andrew M. Cuomo, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Melissa DeRosa.

Date: 11/17/2022

*Attorney's signature*

Gregory Morvillo (GM-1234)
*Printed name and bar number*

90 Broad Street
New York, New York 10004
*Address*

gm@morvillopllc.com
*E-mail address*

(646) 831-1531
*Telephone number*

*FAX number*