Gregory Morvillo, Esq.
**MORVILLO PLLC**
90 Broad Street
New York, New York 10004
Telephone: 646.831.1531
Email: gm@morvillopllc.com
*Attorneys for defendant Melissa DeRosa*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DEROSIERS, and JUDITH MOGUL,<br><br>    Defendants. | Civil No. 1:22-cv-07846<br><br><br>**DECLARATION OF GREGORY MORVILLO, ESQ.** |

GREGORY MORVILLO, of full age, hereby declares as follows:

1.     I am an attorney-at-law of the State of New York, a member of the bar of this Court, and a partner of the law firm Morvillo PLLC, attorneys for defendant Melissa DeRosa.

2.     I respectfully submit this Declaration in support of the motion brought by Ms. DeRosa to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint filed by plaintiff Charlotte Bennett.

3.     Attached as *Exhibit A* is a true and complete copy of the Complaint filed in the above-captioned action.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: November 18, 2022                    *s/Gregory Morvillo*____
                                                                      Gregory Morvillo