

**G**REGORY **M**ORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

November 18, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Charlotte Bennett v. Andrew M. Cuomo, et al.*, 22-CV-7846 (VSB)

Your Honor:

    The undersigned represents Melissa DeRosa, a defendant in the above-captioned matter. Pursuant to Your Honor's Individual Rule of Practice 4(I), I write to respectfully request oral argument on Melissa DeRosa's Motion to Dismiss, filed today.

    I thank the Court for its consideration of this application.

Respectfully submitted,

Gregory Morvillo

cc: All Parties (via ECF)