UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
CHARLOTTE BENNETT                                                :
:
:
Plaintiff,                                                       :
:
-against-                                                        :    1:22 Civ. 07846 (VSB)
:
:    **NOTICE OF MOTION**
:
ANDREW M. CUOMO, MELISSA DEROSA,                                 :
JILL DESROSIERS, and JUDITH MOGUL,                               :
:
Defendants.                                                      :
:
---------------------------------------------------------------- x

     PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Defendant Jill DesRosiers, by and through her undersigned counsel, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action as against Ms. DesRosiers with prejudice. Ms. DesRosiers also relies on the submissions of Defendants Cuomo, DeRosa, and Mogul to the extent they may raise any arguments supportive of Ms. DesRosiers' position.

Dated: New York, New York
       November 18, 2022

                                            Respectfully submitted,

                                            DEBEVOISE & PLIMPTON LLP

                                            By:   /s/ *Jyotin Hamid*
                                            Jyotin Hamid
                                            Mary Beth Hogan
                                            jhamid@debevoise.com
                                            mbhogan@debevoise.com
                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-1031
                                            *Counsel for Jill DesRosiers*