UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLOTTE BENNETT,

       Plaintiff,

    v.

ANDREW CUOMO,
MELISSA DEROSA,
JILL DESROSIERS, and
JUDITH MOGUL,

       Defendants.

Case No. 22-cv-7846-VSB

**NOTICE OF MOTION TO DISMISS**

---

**PLEASE TAKE NOTICE** that Defendant Judith Mogul will and hereby does

respectfully move the Court, before the Honorable Vernon S. Broderick, United States District

Judge for the Southern District of New York, United States Courthouse, 40 Foley Square, New

York, New York 10007, on a date and time designated by the Court, for the entry of an Order

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Mogul's Motion to

Dismiss and dismissing the Fifth and Ninth Causes of Action against Mogul in their entirety,

with prejudice, and granting such other relief as this Court deems just and proper.  This request

for relief is based upon this Notice of Motion, the accompanying Memorandum of Law in

Support of Motion to Dismiss dated November 18, 2022, and any additional materials and oral

argument that Mogul may submit to the Court.

Dated: November 18, 2022    Respectfully submitted,

By: */s/ Michael Delikat*
Michael Delikat
Jill L. Rosenberg
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Phone: (212) 506-5000
mdelikat@orrick.com
jrosenberg@orrick.com

*Counsel for Defendant Judith Mogul*

cc: All Counsel of Record (via ECF)