

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 18, 2022

<u>**BY ECF FILING**</u>

Hon. Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, New York 10007

*Bennett v. Cuomo, et al.*, No. 1:22 Civ. 07846 (VSB)

Dear Judge Broderick:

    We represent Defendant Jill DesRosiers in *Bennett v. Cuomo, et al.*, No. 1:22 Civ. 07846 (VSB).  We write to respectfully request oral argument on Ms. DesRosiers' Motion to Dismiss, filed today on November 18, 2022.

    Respectfully submitted,

<u>*/s/ Jyotin Hamid*</u>
Jyotin Hamid
Mary Beth Hogan
jhamid@debevoise.com
mbhogan@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000
*Counsel for Defendant Jill DesRosiers*

www.debevoise.com