

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Michael Delikat**

E  mdelikat@orrick.com
D  +1 212 506 5230
F  +1 212 506 5151

November 18, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

Re:   *Bennett v. Cuomo, et al.*, 22-cv-7846: Request for Oral Argument on Defendant Judith Mogul's Motion to Dismiss

Dear Judge Broderick:

I represent Defendant Judith Mogul in the above-captioned matter.  Pursuant to Rule 4(I) of your Honor's Individual Rules & Practices in Civil Cases, I write to respectfully request oral argument on Ms. Mogul's recently filed motion to dismiss (*see* ECF No. 32) on a date and time convenient for the Court.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Delikat*
Michael Delikat

cc: All counsel of record (via ECF)