UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                              Plaintiff,<br><br>         v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                              Defendants. | 1:22-CV-07846-VSB-KHP<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Governor Cuomo's Motion to Dismiss the Retaliation Claims or, in the alternative, to Strike Certain Allegations; the Declaration of Theresa Trzaskoma dated November 18, 2022; the Memoranda of Law in support of the other individual Defendants' Motions to Dismiss to the extent the arguments contained therein apply to Governor Cuomo's motion; and all prior pleadings and proceedings herein, Defendant former Governor Andrew M. Cuomo, by and through his counsel, hereby moves this Court, before the Honorable Vernon S. Broderick, United States District Judge, United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be set by this Court, to dismiss the Second, Seventh, and Eleventh causes of action of the Complaint, or, in the alternative, to strike certain allegations in the Complaint related to those causes of action, and for such other relief as the Court deems just and proper. In accordance with Local Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Date of Service: November 18, 2022

                                                  Respectfully submitted,

                                                     */s/ Rita M. Glavin*

Rita M. Glavin
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
rglavin@glavinpllc.com

Theresa Trzaskoma
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ttrzaskoma@shertremonte.com