UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLOTTE BENNETT,

            Plaintiff,

    v.

ANDREW M. CUOMO,
MELISSA DEROSA,
JILL DESROSIERS, and
JUDITH MOGUL,

            Defendants.

1:22-CV-07846-VSB-KHP

**DECLARATION OF THERESA TRZASKOMA IN SUPPORT OF GOVERNOR CUOMO'S MOTION TO DISMISS THE RETALIATION CLAIMS OR, IN THE ALTERNATIVE, TO STRIKE CERTAIN ALLEGATIONS**

---

    I, THERESA TRZASKOMA, an attorney admitted to practice before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a partner at the law firm Sher Tremonte LLP, counsel to Defendant former Governor Andrew M. Cuomo ("Governor Cuomo") in the above-captioned matter.

    2.    I submit this declaration in support of Governor Cuomo's Motion to Dismiss the Retaliation Claims or, in the Alternative, to Strike Certain Allegations. I have knowledge of the issues described herein.

    3.    Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Plaintiff's May 26, 2021 testimony in connection with the Attorney General's investigation into sexual harassment allegations against Governor Cuomo,. This Transcript was publicly released by the Attorney General on November 10, 2021, and is available at the following link: https://ag.ny.gov/press-release/2021/transcripts-and-exhibits-independent-investigation-sexual-harassment-allegations.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article authored by Lindsey Boylan, published on *Medium* on February 24, 2021.

5. On March 4, 2021, CBS aired an interview with Plaintiff, which is available at the following link: https://www.youtube.com/watch?v=LsYiNrzj8YM.

6. Attached hereto as **Exhibit C** is a true and correct copy of a tweet posted to Plaintiff's personal twitter account on May 13, 2021.

7. Attached hereto as **Exhibit D** is a true and correct copy of a tweet posted to Lindsey Boylan's personal twitter account on February 27, 2021.

8. Attached hereto as **Exhibit E** is a true and correct copy of a tweet posted to Lindsey Boylan's personal twitter account on March 6, 2021.

9. Attached hereto as **Exhibit F** is a true and correct copy of a tweet posted to Debra Katz's personal twitter account on March 3, 2021.

10. Attached hereto as **Exhibit G** is a true and correct copy of an article published in the *New York Times* on August 6, 2021, titled *Cuomo Lawyers Hit Back as Aide Who Says He Groped Her Files Complaint*.

11. Attached hereto as **Exhibit H** is a true and correct copy of an article published in the *Times Union* on April 7, 2021, titled *In Her Own Words: Woman Describes Cuomo's Alleged Groping at Mansion*.

12. Attached hereto as **Exhibit I** is a true and correct copy of an article published in the *New York Times* on March 19, 2021, titled *Cuomo Faces New Claims of Sexual Harassment From Current Aide*.

13. Attached hereto as **Exhibit J** is a true and correct copy of a statement from Governor Cuomo's website published on February 27, 2021, and archived via the Wayback Machine on February 28, 2021.

14. Attached hereto as **Exhibit K** is a true and correct copy of a statement from Governor Cuomo's website published on February 28, 2021, and archived via the Wayback Machine on February 28, 2021.

15. Attached hereto as **Exhibit L** is a true and correct copy of a transcript of Governor Cuomo's March 12, 2021 press conference as published by *Rev*.

16. Attached hereto as **Exhibit M** is a true and correct copy of a transcript of Governor Cuomo's April 26, 2021 press conference as published by *Rev*.

17. Attached hereto as **Exhibit N** is a true and correct copy of a transcript of Governor Cuomo's May 3, 2021 press conference as published by *Rev*.

18. Attached here to as **Exhibit O** is a true and correct copy of a press release issued by New York State Attorney General Letitia James on August 3, 2021.

19. Attached here to as **Exhibit P** is a true and correct copy of a press release issued by New York State Attorney General Letitia James on November 10, 2021.

20. Attached hereto as **Exhibit Q** is a true and correct copy of an article published on *Syracuse.com* on January 31, 2022, titled *Syracuse Woman 'Reliable' in Cuomo Harassment Complaint; DA Explains Why No Charges*.

21. On August 3, 2021, New York State Attorney General Letitia James publicly released a report of the investigations into sexual harassment allegations against Governor Cuomo, along with a small amount of underlying evidence. *See Independent Investigators Find Governor Cuomo Sexually Harassed Multiple Women, Violated State and Federal Laws*, NEW

YORK STATE ATTORNEY GENERAL LETITIA JAMES (Aug. 3, 2021), https://ag.ny.gov/press-release/2021/independent-investigators-find-governor-cuomo-sexually-harassed-multiple-women.

22.     On August 20, 2021, counsel for Governor Cuomo, Rita Glavin, held a press conference on behalf of Governor Cuomo, which is available at:

https://www.youtube.com/watch?v=UpmviENazuA.

23.     On October 20, 2021, counsel for Governor Cuomo, Rita Glavin, submitted Former Governor Andrew M. Cuomo's Application to Amend, Correct, and Supplement the August 3, 2021 "Report of Investigation into Allegations of Sexual Harassment by Governor Andrew M. Cuomo." A true and correct copy of the Application, which was published on Governor Cuomo's website, is attached hereto as **Exhibit R**. This Application is the submission cited to in Paragraph 142 of the Complaint.

24.     Also on October 20, 2021, counsel for Governor Cuomo, Rita Glavin, held a press conference on behalf of Governor Cuomo, which is available at:

https://www.youtube.com/watch?v=7yS5ZXQk1tU.

25.     On November 10, 2021, November 29, 2021, and January 20, 2022, New York State Attorney General Letitia James released a total of 41 transcripts and exhibits from witness interviews on her official website. *See Transcripts and Exhibits From Independent Investigation Into Sexual Harassment Allegations Against Former Governor Cuomo Begin to Be Released*, LETITIA JAMES NEW YORK STATE ATTORNEY GENERAL (Nov. 10, 2021), https://ag.ny.gov/press-release/2021/transcripts-and-exhibits-independentinvestigation-sexual-harassment-allegations; *Additional Transcripts, Exhibits, and Videos From Independent Investigation Into Sexual Harassment Allegations Against Former Governor Cuomo Released*, LETITIA JAMES NEW YORK

STATE ATTORNEY GENERAL (Nov. 29, 2021), https://ag.ny.gov/pressrelease/2021/additional-transcripts-exhibits-and-videos-independent-investigation-sexual; *Transcripts, Exhibits, and Videos From Independent Investigation Into Sexual Harassment Allegations Against Former Governor Cuomo Released*, LETITIA JAMES NEW YORK STATE ATTORNEY GENERAL (Jan. 20, 2022), https://ag.ny.gov/press-release/2022/transcripts-exhibits-and-videos-independent-investigation-sexualharassment.

26. On January 7, 2022, an Albany County court dismissed the misdemeanor forcible groping charge against Governor Cuomo. *See* Maria Villenueve and Michael Hill, *Judge Dismisses Sole Criminal Charge Against Andrew Cuomo*, AP NEWS (Jan. 7, 2022), https://apnews.com/article/business-new-york-andrew-cuomo-albany-david-soares-7fb427f8bba47de711fbd556d4e5c782.

27. On January 13, 2022, counsel for Governor Cuomo, Rita Glavin, held a press conference on behalf of Governor Cuomo, which is available at: https://www.youtube.com/watch?v=QrZVv_XuR18.

Dated:     November 18, 2022              /s/ Theresa Trzaskoma
           New York, New York             Theresa Trzaskoma