# Exhibit A

Page 1

1

2

————————————————————————————————————

3

4

IN THE MATTER OF INDEPENDENT INVESTIGATION

5

UNDER EXECUTIVE LAW 63(8)

6

7

————————————————————————————————————

8

9                          May 26, 2021
                           10:05 a.m.

10

11

12

13           VIDEOCONFERENCE INVESTIGATION of

14   CHARLOTTE BENNETT, taken by The New York

15   Attorney General's Office pursuant to

16   Notice, held via Zoom videoconference,

17   before Wayne Hock, a Notary Public of the

18   State of New York.

19

20

21

22

23

24

25

Page 2

1
2  A P P E A R A N C E S:
3
       CLEARY GOTTLIEB STEEN & HAMILTON LLP
4              One Liberty Plaza
               New York, New York 10006
5
       BY:     JOON R. KIM, ESQ.
6              (via videoconference)
               JENNIFER KENNEDY PARK, ESQ.
7              (via videoconference)
8
       VLADECK, RASKIN & CLARK, PC
9      Attorneys Representing the New York
       State Attorney General's Office
10             565 Fifth Avenue
               New York, New York 10017
11
       BY:     ANNE L. CLARK, ESQ.
12             (via videoconference)
               EMILY G. MILLER, ESQ.
13             (via videoconference)
14
       KATZ, MARSHALL & BANKS, LLP
15     Attorneys for WITNESS
               1718 Connecticut Avenue, NW
16             Washington, D.C. 20009
17     BY:     DEBRA S. KATZ, ESQ.
18
       ALSO PRESENT:
19
20             TOM DEVINE, Videographer
               (via videoconference)
21
                     *      *      *
22
23
24
25

1

2          THE VIDEOGRAPHER:   Good morning.

3     We're going on the record at 10:05

4     a.m. on May 26, 2021.

5          This is media unit one of the

6     video recorded deposition of witness

7     of May 26, 2021 in the matter of

8     Independent Investigation Under

9     Executive Law 63(8).

10          This deposition is being held

11     online as a Zoom videoconference with

12     all parties appearing remotely.

13          My name IS Thomas Devine from

14     the firm Veritext New York, and I am

15     the videographer.

16          The court reporter is Wayne Hock

17     also with Veritext New York.

18          I am not authorized to

19     administer an oath, I am not related

20     to any party in this action, nor am I

21     financially interested in the outcome.

22          Counsel appearing remotely will

23     now state their appearances and

24     affiliations for the record.

25          If there are any objections to

Page 4

1

2          proceeding, please state them at the

3          time of your appearance, beginning

4          with the noticing attorney.

5                  After appearances have been

6          noted, the court reporter will swear

7          in the witness and we may proceed.

8                  MS. CLARK: Hi, I'm Anne Clark,

9          I'm with the law firm of Vladeck,

10         Raskin and Clark, but I'm appearing

11         today as special deputy to the First

12         Deputy Attorney General.

13                 Joon?

14                 MR. KIM: Hi, I'm Joon Kim from

15         the law firm of Cleary Gottlieb.  Like

16         Anne, I'm appearing as a special

17         assistant to the First Deputy Attorney

18         General in this investigation.

19                 MS. CLARK: Emily?

20                 MS. MILLER: Hi, I'm Emily

21         Miller.  I'm with the law firm of

22         Vladeck, Raskin and Clark, and like

23         Anne and Joon, I'm appearing with the

24         Attorney General's investigation.

25                 MS. CLARK: And Debra?

1

2          MS. KATZ: I'm Debra Katz with

3     the law firm of Katz, Marshall and

4     Banks in Washington, D.C. and

5     appearing on behalf of Charlotte

6     Bennett this morning.

7          MS. CLARK: Okay.

8          You can swear the witness.

9  C H A R L O T T E   B E N N E T T, having

10       been first duly sworn by a

11       Notary Public of the State of

12       New York, upon being examined,

13       testified as follows:

14  EXAMINATION BY

15  MS. CLARK:

16     Q.    Okay.

17          Good morning.  Thank you for

18  meeting with us today.  As I just said, my

19  name is Anne Clark, and I have been

20  appointed as special deputy to the First

21  Deputy Attorney General.

22          The Attorney General has

23  appointed my law firm Vladeck, Raskin and

24  Clark and the law firm of Cleary,

25  Gottlieb, Steen and Hamilton to conduct an

1                    C. Bennett

2    independent investigation under New York

3    Executive Law Section 63(8) into

4    allegations of sexual harassment brought

5    against Governor Andrew Cuomo as well as

6    the surrounding circumstances.

7              As was noted, we are being video

8    recorded today.

9              You are also under oath, which

10   means you must testify accurately and

11   truthfully, just as if you were sitting in

12   front of a judge or jury, and your

13   testimony is subject to penalty of

14   perjury.

15             At the end I'll remind you if

16   you want to make a sworn statement to

17   address anything that we didn't cover that

18   you'd like on the record, we'll give you

19   an opportunity to do that.

20             This is a civil investigation,

21   but we just have to put you on notice that

22   the Attorney General's office also has

23   criminal enforcement powers, so if at any

24   point you want to refuse to answer a

25   question that would incriminate you, you

1                       C. Bennett
2    may do so.  Failure to answer a question
3    can be held against you in a civil
4    proceedings, not in a criminal proceeding.
5              You are appearing today with
6    your attorney present.  You may consult
7    with your attorney about privileged
8    matters, but otherwise she is here to just
9    observe and be there if you need to talk
10   to her.
11             We have a court reporter with us
12   today virtually, and as he noted, he needs
13   to take down everything that we're saying.
14   So, as he said, it is very important that
15   we not speak over each other.  It can be
16   hard to do.  I will do my very best to
17   wait until you finished talking before I
18   ask my next question.  When I'm asking a
19   question, even if you think you know where
20   I'm headed, just wait until I get the
21   whole question out.
22             If you don't understand a
23   question that I ask, let me know and I'll
24   try to rephrase it in a way that makes
25   more sense.

```
 1                    C. Bennett
 2              You are not going to be given a
 3   transcript of this and a chance to review
 4   it, but if, during the course of the day,
 5   you remember that something you said
 6   earlier isn't fully accurate or you
 7   remember some additional information, for
 8   example if we're talking about somebody's
 9   name and you don't remember it when we're
10   first talking about it, if you remember it
11   later, feel free to just say, oh, I just
12   remembered that person was John Smith.
13              If I ask you about details that
14   you don't recall, if you can approximate
15   -- so if it's a name and you remember the
16   first name but not the last name, that's
17   great, or if it's a date, if you remember
18   approximately when it happened, the more
19   specific it can be the better, but we
20   don't want you to guess.
21              We will take breaks.  Any time
22   you need a break, just say so.  I want you
23   to answer whatever question is pending,
24   but we can take breaks as often as you'd
25   like.
```

```
                               Page 9
 1                 C. Bennett
 2            I know you were in the room with
 3    us --
 4            MS. CLARK: Debbie, is anyone in
 5       the room with you?
 6            MS. KATZ: No.
 7            MS. CLARK: And then we also want
 8       to confirm that nobody is using any
 9       technology to make their own
10       recording.  We're making a recording,
11       but neither you, Charlotte, nor
12       Debbie, you aren't doing anything to
13       record today's proceedings; is that
14       correct?
15            MS. KATZ: That's correct.
16       Q.   And then we need to advise you
17    that you should not be during breaks
18    telling anyone what's going on outside of
19    these proceedings.  And I just want to
20    advise you that, under Executive
21    Law 63(8), the provision under which we're
22    doing the investigation, you and your
23    attorney should not be telling anyone what
24    we discuss today.  Obviously you can and
25    have talked about the underlying events,
```

```
                                        Page 10
 1                      C. Bennett
 2   but in terms of what subjects we touched
 3   upon, that is to be kept confidential.  If
 4   anyone asks you what we talked about, you
 5   should let us know and we will address
 6   that.
 7              Are you taking any medication
 8   that would affect your ability to testify
 9   accurately and truthfully today?
10        A.    No.
11        Q.    Have you had any alcohol today?
12        A.    No.
13        Q.    Is there any other reason why
14   you couldn't testify accurately and
15   truthfully today?
16        A.    No.
17        Q.    For the record, could you state
18   your name, date of birth, and current home
19   and business addresses.
20        A.    My name is Charlotte Bennett.  I
21   was born ███ ███ ███ .
22              My current address is ███ ███
23   ███ ███ ███ ███ , and I list
24   also my parents' home address, ███
25   ███ ███ ███ ███ ███ ███ .
```

Page 11

1              C. Bennett
2      Q.    Are you currently working
3  anywhere?
4      A.    I am fully remote permanently.
5      Q.    Have you ever given testimony
6  before in either a deposition or any sort
7  of trial or arbitration or anything like
8  that?
9      A.    No.
10     Q.    Other than speaking with your
11 attorney, have you done anything to
12 prepare for today's testimony?
13     A.    Review my documents, the ones
14 that we handed to you.
15     Q.    And have you spoken with anyone
16 other than your attorney about what you're
17 going to say today?
18     A.    No.
19     Q.    We'll start by just going over
20 some background.
21           Did you attend college?
22     A.    Yes.
23     Q.    What college did you attend?
24     A.    Hamilton College.
25     Q.    And did you receive a degree

```
                                    Page 12
  1                    C. Bennett
  2    from Hamilton?
  3         A.     Yes.
  4         Q.     In what?
  5         A.     Women's and gender studies.
  6         Q.     What year did you get your
  7    degree?
  8         A.     2017.
  9         Q.     And why don't you just walk us
 10    through your employment history from
 11    college until you came to work for the
 12    State of New York.
 13         A.     My first job out of college was
 14    an internship at Cornerstone Government
 15    Affairs in Washington, D.C.  I was hired
 16    by that firm as an associate in December
 17    of 2017.  I worked as an associate in
 18    public health until I left the firm in the
 19    fall of 2018.  And then I was hired by the
 20    Cuomo Administration in -- officially in
 21    January, 2019.
 22         Q.     And how did you come to work for
 23    the Cuomo Administration?
 24         A.     The firm I had left was in
 25    contact with a former client that was now
```

```
                                    Page 13
 1                    C. Bennett
 2   working in the Cuomo Administration, and
 3   they were looking for resumés.
 4        Q.     And who is the former client?
 5        A.     ████████████ ████ ████████.
 6        Q.     And to whom did you send your
 7   resumé?
 8        A.     ████████ ████████.
 9        Q.     And what was her role?
10        A.     She was a lobbyist at
11   ████████████ ██████████████ ██████████.
12        Q.     And were you applying for any
13   specific position, or just passing along
14   your resumé?  What was your intention when
15   you sent it to her?
16        A.     Passing along a resumé.
17        Q.     And what was the next thing that
18   happened in connection with you going to
19   work for the Cuomo Administration?
20        A.     I was e-mailed by ████████
21   ██████, a staffer for the Cuomo
22   Administration, and he wanted to talk on
23   the phone about a specific position that
24   they were interested in filling.
25        Q.     And what was that position?
```

```
 1                    C. Bennett
 2       A.     Briefer.
 3       Q.     And did he tell you what being a
 4  briefer involved?
 5       A.     On the phone when we spoke, yes.
 6       Q.     What did he tell you the role of
 7  a briefer was?
 8       A.     He didn't have much contact with
 9  the briefing team, so his description was
10  relatively brief and I wouldn't say
11  particularly accurate.  He seemed to
12  appreciate that I lived close to the
13  Governor's house in Mount Kisco.  He
14  explained that part of the job would
15  potentially be driving to his house to
16  drop materials off, and even in that first
17  introductory phone call mentioned that
18  maybe they will provide me with a printer
19  at my house in case I need to provide him
20  materials from my parents' house in
21  ███████  to his house in Mount Kisco.  He
22  described the larger job description as
23  providing a daily book of materials to the
24  Governor, staying on top of his schedule,
25  and information gathering.
```

```
 1                    C. Bennett
 2      Q.     And you said he didn't seem that
 3  familiar with the role of briefer.
 4             What was his role?
 5      A.     It wasn't so much that he wasn't
 6  familiar, but when I started the job, it
 7  was clear that everyone was confused why
 8  my interview was with him originally, and
 9  that he didn't really work alongside the
10  briefing team and they didn't understand
11  what he had described on the phone,
12  because they don't.
13             (Whereupon Ms. Kennedy Park
14      entered the proceedings)
15      Q.     What was it that his role was?
16  What did he do?
17      A.     He was on one of the policy
18  teams.  He worked under David Yassky, who
19  was the policy lead in the office.
20      Q.     And after you spoke with him,
21  did you interview with anyone else before
22  he offered you the job?
23      A.     I scheduled an interview with
24  Jill Desrosiers.  Late December I went to
25  the office 633 and had an interview with
```

```
                                          Page 16
 1                        C. Bennett
 2    Jill Desrosiers and ████  ████.
 3         Q.    And what were their roles?
 4         A.    Jill Desrosiers was the chief of
 5    staff, and ████  ████ was -- I don't
 6    remember her particular title, but she
 7    handled appointments.
 8         Q.    And did they tell you anything
 9    about what the role was that you were
10    being considered for?
11         A.    They explained a little bit, but
12    I don't remember in particular detail.
13         Q.    And after you interviewed with
14    them, did you interview with anyone else
15    before being offered the position?
16         A.    No.
17         Q.    And who made you the offer?
18         A.    ████  ████ called me.
19         Q.    And did you accept right away,
20    or did you take some time to think about
21    it?
22         A.    I accepted immediately.
23         Q.    And after you started the
24    process of interviewing for this job, did
25    you talk to anyone outside of those you
```

```
                                    Page 17
 1                   C. Bennett
 2   interviewed with about what it was like to
 3   work for the administration or in the
 4   Executive Chamber?
 5        A.    I spoke again with ██████
 6   ██████ as a part of my onboarding and
 7   background check process.  He told me to
 8   see all the doctors that I could before my
 9   start date, and that was the only
10   indication before working in the
11   administration.  He indicated that I would
12   not have time to go to the doctor, and
13   that to me sent a very strong message.
14        Q.    Did you ask anyone else about
15   what the schedule was like after he made
16   that comment to you?
17        A.    Not that I can remember right
18   now.
19        Q.    So you said you started in
20   January, 2019; correct?
21        A.    Correct.
22        Q.    And where were you based?
23        A.    New York City.
24        Q.    And the offices at 633 Third
25   Avenue?
```

```
                                        Page 18
 1                  C. Bennett
 2        A.    Correct.
 3        Q.    Where was your office when you
 4   were a briefer?
 5        A.    I originally started on the
 6   thirty-eighth floor.  I had a cubicle just
 7   on the thirty-eighth floor from January,
 8   2019 when I started until May, 2019.
 9        Q.    And where was the Governor's
10   office located?
11        A.    The thirty-ninth floor.
12        Q.    And who did you sit near when
13   you were on the thirty-eighth floor?
14        A.    I sat near the other briefer,
15   ██████ ████████████, ████ ██████████, who at the
16   time was on the advanced team, and ████████
17   ████████, so -- I may have gotten her name
18   wrong.  She at the time was on the
19   advanced team.
20        Q.    And you mentioned ████████
21   ██████████.
22              Were the two of you the only two
23   briefers when you joined?
24        A.    There was a briefer in Albany,
25   ██████████ ██████████, who was preparing to
```

```
                                    Page 19
 1                    C. Bennett
 2    leave the briefing team, and a new briefer
 3    who had the same start date that I did who
 4    was also based out of Albany.
 5         Q.    Who was the new briefer?
 6         A.    I don't remember her name right
 7    now.
 8         Q.    When you started, did you
 9    receive any orientation or training?
10         A.    I received an orientation -- we
11    received a binder of materials and sat in
12    a small conference room with other new
13    hires of all levels, went through a quick
14    PowerPoint, covered I think mostly ethics.
15    I don't remember exactly the topics.
16         Q.    Who led the training that you
17    attended?
18         A.    I don't remember right now.
19         Q.    You said you were given a
20    binder.
21              Do you recall what sort of
22    materials were in the binder?
23         A.    I don't remember, I'm sorry.
24         Q.    Did you receive any training
25    when you joined about sexual harassment?
```

```
 1                  C. Bennett
 2      A.      No.
 3      Q.      At any later points, did you
 4  receive any training about sexual
 5  harassment?
 6      A.      No, not that I recall.
 7      Q.      Were you aware of anyone else
 8  undergoing any sexual harassment training,
 9  either in person or online?
10      A.      I was aware that Stephanie
11  Benton completed a sexual harassment
12  training on behalf of the Governor at some
13  point in 2019.
14      Q.      And where was Ms. Benton when
15  she did that training for the Governor?
16      A.      At her desk at 633 on the
17  thirty-ninth floor.
18      Q.      And did you observe her taking
19  the training?
20      A.      No, I was at my desk.
21      Q.      Where was your desk in relation
22  to her desk?
23      A.      I sat at a cubicle directly at
24  the entrance of her office.
25      Q.      And so this is after you moved
```

1                     C. Bennett

2    from the thirty-eighth floor to the

3    thirty-ninth floor?

4         A.     Correct.

5         Q.     If you did not observe her

6    taking the training, how do you know she

7    was taking the sexual harassment training

8    on behalf of the Governor?  What did you

9    observe or hear?

10        A.     She was speaking about

11   completing it for him.  I don't remember

12   the particular details of her comments,

13   but it was a very obvious and jarring

14   moment for me.

15        Q.     Was anyone else present other

16   than you when Ms. Benton was talking about

17   having completed the training for the

18   Governor?

19        A.     She was speaking to the Governor

20   at the time.

21        Q.     Was he on the phone or in the

22   office or somewhere else?

23        A.     He was at his desk.

24        Q.     And if you could describe sort

25   of the setup, where you sat, she sat, he

```
 1                   C. Bennett
 2   sat.
 3        A.    Stephanie Benton and the
 4   Governor can see each other from their
 5   respective desks.  Stephanie is facing a
 6   wall.  On the other side of the wall is
 7   where my cube is.  So I was seated next to
 8   her door just outside her office and was
 9   listening to her exchange behind me with
10   the Governor.
11        Q.    And do you recall anything that
12   she or the Governor said about her doing
13   this training?
14        A.    I don't want to say any
15   particular details because the exact
16   interaction I don't remember.
17        Q.    And did the Governor have to
18   sign any document attesting to having
19   taken the training?
20        A.    Yes.
21        Q.    And what do you know about that?
22        A.    He signed the certificate that
23   she presented out at the end of the
24   training, and I scanned it and sent it to
25   someone in the office.  I don't remember
```

Page 23

C. Bennett

1
2   right now who that was.  And then was told
3   to shred the certificate.
4       Q.    Did you ever see Ms. Benton
5   taking sexual harassment training any
6   other time?
7       A.    No.
8       Q.    Did you ever see the Governor
9   taking sexual harassment training?
10      A.    No.
11      Q.    Prior to June of 2020, did you
12  ever see any sexual harassment policy that
13  governed the Chamber?
14      A.    No.
15      Q.    Were you told, when you started,
16  that there was any dress code?
17      A.    Which position are you referring
18  to?
19      Q.    First when you started as a
20  briefer, were you told anything about how
21  you should be dressing for work?
22      A.    I was told that there was less
23  pressure generally because I did not have
24  face time with the Governor but that, on
25  days when you expected him in the office,

Page 24

```
 1                    C. Bennett
 2   you should dress better and that you could
 3   easily tell which days he happened to be
 4   in the office based on the attire of
 5   people around you.
 6        Q.    And who told you this when you
 7   started?
 8        A.    I believe it was ███████
 9   ███████, but it wasn't such an
10   outlandish comment for the environment, so
11   it could have also been someone else or
12   additional people.
13        Q.    And did either ███████ ███████
14   or anyone else tell you, other than to
15   dress better when the Governor was around,
16   any particular way of dressing?
17        A.    When I was hired to be his
18   executive assistant, I had already an
19   understanding that I was supposed to wear
20   heels.  I went out and I purchased several
21   pairs of heels for the job that I was
22   hired for.  And he -- I was told that he
23   cared deeply about your appearance and
24   would comment on it if he was not pleased
25   with it.
```

Page 25

1                    C. Bennett

2      Q.     And by the time you were hired

3  as an executive assistant, how did you

4  acquire this understanding that you should

5  be wearing heels, et cetera?

6      A.     I believe my colleagues would

7  directly discuss that detail in addition

8  to seeing a colleague who worked on the

9  thirty-ninth floor come down and take her

10  heels off or make a comment about the fact

11  that she has to wear heels today.  It was

12  very much a part of the environment.

13      Q.     Were you told there were any

14  policies about either retaining or

15  deleting e-mails?

16      A.     Yes.

17      Q.     What were you told about that?

18      A.     That we were meant to delete our

19  e-mails.

20      Q.     Who told you that?

21      A.     I believe that was mentioned.

22             So ████████  ████████████  and I

23  definitely had a conversation about it.  I

24  remember because I was confused, and she

25  was at that time guiding me through my new

```
 1                 C. Bennett
 2   job.  But I believe, in addition to that,
 3   it was a part of the orientation.
 4       Q.    And do you recall being told to
 5   manually delete e-mails or there was a
 6   setting you could use?  What were you told
 7   about the process?
 8       A.    I was told you were meant to set
 9   in Outlook an automatically delete after X
10   time period.
11       Q.    And do you recall what that time
12   period was?
13       A.    No, because I disregarded the
14   policy.
15       Q.    Did anyone ever direct you to
16   delete specific e-mails, not just after a
17   certain time period, but delete certain
18   e-mails on a particular subject?
19       A.    Yes.
20       Q.    And when did that happen?
21       A.    I don't remember particular
22   instances, but there were moments when
23   discussions about private matters, like
24   relating to his campaign or personal
25   information, it was like we should delete
```

```
                                          Page 27
 1                    C. Bennett
 2   this.
 3        Q.    And do you recall anyone who
 4   told you to delete specific e-mails or
 5   e-mails about specific subjects?
 6        A.    I don't recall.
 7        Q.    And when you were a briefer, did
 8   you communicate directly with the Governor
 9   at all?
10        A.    Yes.
11        Q.    And what means would you use to
12   communicate directly with the Governor
13   when you were a briefer?
14        A.    I would PIN him on BlackBerry,
15   we spoke on the phone, and in person.
16        Q.    And did you get a BlackBerry
17   when you were a briefer?
18        A.    Correct, my first day.
19        Q.    And you mentioned PINing the
20   Governor.
21             Did anyone tell you what the
22   preferred methods were for communicating
23   with the Governor?
24        A.    Yes.
25        Q.    What were you told?
```

```
 1                   C. Bennett
 2      A.    There was a very specific
 3  procedure for communicating to him when
 4  the briefing book arrived at his location.
 5      Q.    And what was the procedure?
 6      A.    I don't recall exactly, and I
 7  believe it may have changed over time.
 8      Q.    Did anyone tell you about the
 9  Governor having a preference forgetting
10  communications through BlackBerry PINs as
11  opposed to something else?
12      A.    Yes.
13      Q.    And who told you about that?
14      A.    I don't remember exactly, but it
15  was very well-known that he was not one to
16  e-mail and that he only owned a
17  BlackBerry.
18      Q.    Did anyone tell you why the
19  Governor preferred using BlackBerry PINs
20  as opposed to other methods of
21  communication?
22      A.    It was fairly understood in the
23  office that he preferred BlackBerry PIN
24  because it was encrypted.
25      Q.    And did you have any
```

                            C. Bennett

1    understanding as to whether the BlackBerry
2    PINs were preserved anywhere, the way
3    e-mails would be on a server or on a
4    device?
5         A.    No.
6         Q.    No, they weren't or no, you
7    didn't have an understanding?
8         A.    I did not have an understanding.
9    Thank you.
10        Q.    When you were a briefer, to whom
11   did you report?
12        A.    Annabel Walsh.
13        Q.    What was her role?
14        A.    Director of scheduling.
15        Q.    And when you were just in the
16   briefer role, what were your
17   responsibilities?
18        A.    Those first few months of my
19   original job --
20        Q.    As a briefer, yes.
21        A.    I would research topics that he
22   was going to speak about, meet about.  I
23   would research people he was going to meet
24   with, interact with.  We collected

```
 1                    C. Bennett
 2   biographies with the VIPs attending his
 3   events.  We organized briefings from
 4   policy teams, from counsel's office, from
 5   his regional reps as it related to his
 6   day-to-day schedule.
 7        Q.    And once you gathered all this
 8   information, what did you and the other
 9   briefers do with it?
10        A.    It was organized in a very, very
11   particular way.  It had to look a certain
12   way.  It was organized every day in a
13   particular manner, and we were essentially
14   the last stop, the last set of eyes, so
15   our job was to make sure that any
16   questions were answered in the briefing,
17   that it made sense, that it was thorough,
18   clear, easy to read, brief, and that it
19   contained his schedule.
20        Q.    And was there a time of day by
21   which the book for the next day had to be
22   done?
23        A.    That was -- that changed
24   throughout my job.  We would have really
25   late books, and if that was an issue, we
```

                        C. Bennett

1   would get -- we would be told that was an

2   issue, now we need to have it by 6:00 p.m.

3   every day, as an example.

4              But no, technically there was no

5   deadline.

6       Q.    And during the first few months

7   when you were just in the role of briefer,

8   did you have any interactions with the

9   Governor?

10      A.    I attended his voting reform

11  press conference on January 24, 2019 was

12  my first day, and they were filling seats

13  in the press conference.

14             And then that same spring I was

15  sitting at my cubicle and he walked by and

16  waved, so I waved.  He was on his way from

17  the press conference, the presser room,

18  and was getting up the stairs to

19  thirty-nine.

20      Q.    So the presser room was on

21  thirty-eight where you had your cubicle?

22      A.    Correct.

23      Q.    And during this first few months

24  when you were just a briefer, any other

```
 1                    C. Bennett
 2   interactions with the Governor?
 3        A.    No.
 4        Q.    And in those first few months,
 5   did you ever do any work up in Albany?
 6        A.    Yes.
 7        Q.    How often did you go to Albany
 8   just in the time you were in the briefer
 9   role?
10        A.    Less than ten.
11        Q.    And were there specific events
12   or occasions that you went up for?
13        A.    I went to Albany to help staff a
14   party at the Executive Mansion.  I would
15   visit Albany to cover if there was no
16   Albany briefer available for a period of
17   time.
18        Q.    And when you were covering when
19   there was not an Albany briefer available,
20   would you do that work at the Capitol
21   Building?
22        A.    Correct.
23        Q.    And you mentioned staffing a
24   party at the mansion.
25              During this period of time, did
```

```
1              C. Bennett
2   you go to the mansion on any other
3   occasions?
4       A.    Early on in my tenure, no.
5       Q.    And when you were just a
6   briefer, did you work weekends?
7       A.    Yes.
8       Q.    And how frequently did you work
9   weekends?
10      A.    Most weekends.
11      Q.    And on the weekends, what sort
12  of work were you doing on the weekends?
13  Was it also putting together a briefing
14  book, or was it something else?
15      A.    Correct, still briefing book
16  work.
17      Q.    And did there ever come a time
18  when you began to spend more time in
19  Albany?
20      A.    There was a period of time in
21  which I was in Albany more.  It was a
22  result of issues with the briefing team
23  not having enough staff and my work
24  directly with the Governor after I was
25  hired as his executive assistant.
```

```
 1                    C. Bennett
 2       Q.    And when did you start spending
 3  more time in Albany?
 4       A.    I would say July.
 5       Q.    Of 2019?
 6       A.    Of 2019.
 7       Q.    And when was there ever a period
 8  of time when you were staying for an
 9  extended period of time in Albany?
10       A.    In 2019?
11       Q.    At any point later.
12       A.    For COVID I stayed in Albany
13  March 23, 2020 and I moved out of the
14  hotel room in July, 2020.
15       Q.    What hotel were you staying in?
16       A.    The █████████
17       Q.    And who asked you to essentially
18  move up to Albany to this hotel during
19  that period?
20       A.    Jill Desrosiers.
21       Q.    And what was your reaction when
22  you were asked to move up to Albany during
23  the COVID period?
24       A.    I was not surprised.  I was very
25  scared of COVID, but I also expected that
```

```
                                            Page 35
  1                    C. Bennett
  2   they would want me there.
  3       Q.    And was the Governor staying in
  4   Albany during the COVID period?
  5       A.    Correct.
  6       Q.    Did you have -- did the
  7   frequency of your interactions with the
  8   Governor change during COVID?
  9       A.    Yes, I saw less of him.
 10       Q.    Did you ever complain to anyone
 11   that you weren't getting enough face time
 12   with the Governor?
 13       A.    Very possible, but I don't
 14   remember particularly, no.
 15       Q.    Do you recall any period of time
 16   where you felt you weren't getting enough
 17   face time with the Governor?
 18       A.    It's possible that I was
 19   frustrated, but I don't remember
 20   particularly.
 21       Q.    Was it during the time of COVID
 22   where you were seeing less of him, or was
 23   it some other period of time?
 24       A.    It was probably during COVID.
 25       Q.    And we've heard a couple of
```

```
 1                    C. Bennett
 2   times to a period of time when your
 3   responsibilities changed.
 4             When did that happen?  When was
 5   the first change in your responsibilities?
 6      A.    The first change in my
 7   responsibilities took place on May 9,
 8   2019.  That's when I met the Governor and
 9   was, as I see it, the first day as his
10   executive assistant.
11      Q.    What happened in -- where did
12   you meet the Governor in May?
13      A.    I met him in his office at 633.
14      Q.    And how did it come about that
15   you met him in his office on that day?
16      A.    I was asked to come upstairs to
17   see Annabel Walsh, my boss, and she had
18   the day prior told me we -- I don't
19   remember exactly what she had said the day
20   before, but said, you know, let's get a
21   meeting with him to see if this position
22   as executive assistant could work.
23             So I get a call on May 9.  I go
24   to Annabel, and she asks me if I'm ready
25   to meet with him.
```

```
                                           Page 37
 1                    C. Bennett
 2       Q.    And prior to the conversation
 3   where Annabel said we need to get a
 4   meeting to see if this position would
 5   work, had you talked with anyone before
 6   that about the possibility of becoming
 7   executive assistant to the Governor?
 8       A.    No.
 9       Q.    And did she tell you why you
10   were being considered for the position of
11   executive assistant to the Governor?
12       A.    Not that I can remember.
13       Q.    And at the time you met with the
14   Governor, who was his executive assistant
15   or assistants in the New York City office?
16       A.    Staffer #5.
17       Q.    Anyone else in New York?
18       A.    No.
19       Q.    And so you got the call from
20   Annabel saying you had a meeting with the
21   Governor?
22       A.    I received a call that Annabel
23   wanted to speak with me, and then when I
24   arrived in her office, she asked if I was
25   ready to meet with him.
```

```
 1                  C. Bennett
 2       Q.    Where was Annabel Walsh's
 3   office?
 4       A.    Connected to and directly next
 5   to Stephanie Benton's.
 6       Q.    So did you tell Annabel Walsh
 7   that you were ready to meet with the
 8   Governor?
 9       A.    Yes.
10       Q.    And did you then go meet with
11   the Governor?
12       A.    Yes.
13       Q.    Was that in his office?
14       A.    Yes.
15       Q.    And who was present?
16       A.    Annabel Walsh and the Governor.
17       Q.    How long did this meeting last?
18       A.    I cannot recall specifically,
19   but it was -- no, I don't want to guess,
20   but it was brief.
21       Q.    And do you recall anything of
22   what you said, the Governor said, or Ms.
23   Walsh said?
24       A.    Annabel introduced me briefly,
25   and the rest of the conversation was
```

```
 1                    C. Bennett
 2   mostly between the Governor and myself.
 3   He asked me basic questions about what I
 4   had done previously for work, where I was
 5   from, how long I had been with the
 6   administration, and in what capacity.  It
 7   was a very introductory meeting.
 8        Q.    And were you offered the
 9   position during that meeting?
10        A.    Nothing explicit.
11        Q.    What was the next thing that
12   happened in connection with you becoming
13   an executive assistant to the Governor?
14        A.    After that meeting, I started
15   sitting on thirty-nine, the thirty-ninth
16   floor.
17        Q.    And who asked or directed you to
18   start sitting on the thirty-ninth floor?
19        A.    I do not remember.
20        Q.    And how long after the meeting
21   with the Governor did you start sitting on
22   the thirty-ninth floor?
23        A.    I don't remember.  It was maybe
24   that day or that week.
25        Q.    And when you went up to the
```

```
                                    Page 40
 1                  C. Bennett
 2    thirty-ninth floor, is that the desk that
 3    you were describing that was near outside
 4    of Ms. Benton's office?
 5         A.     Correct.
 6         Q.     And prior to becoming the
 7    executive assistant to the Governor, did
 8    you speak to anyone,  [Staffer #5]  or
 9    anyone else about what this role would
10    entail or whether you should take on this
11    role?
12         A.     Staffers were, when they found
13    out that I was most likely going to take
14    the job, would share their opinion.  It
15    was in the office considered a pretty big
16    deal.
17                 And at that time, when I was
18    sitting at that desk, I was still sharing
19    it with [Staffer #5] as we call him, [Staffer #5]
20    [          ] but [Staffer #5] is his nickname, and [Staffer #5]
21    was very clear with me about the
22    expectations of the job, his experience in
23    the role, and advice for me.
24         Q.     How long did you and [Staffer #5] share
25    the desk?
```

```
 1                    C. Bennett
 2        A.     He left the Executive Chamber in
 3   May, so it was a brief period of time, but
 4   I don't know exactly the time.
 5        Q.     And what sort of information or
 6   advice did [Staffer #5] share with you?
 7        A.     He was desperate to get out of
 8   his current role, and had been waiting to
 9   receive a new job for an extended period
10   of time.  He explained that it was one of
11   the harder jobs in the office.  He
12   described the Governor as someone who is
13   very charismatic, but to never get too
14   comfortable with him because he tests
15   people, and not to -- to always have your
16   guard up even if things seemed friendly.
17   He described being yelled at, very tough
18   hours, difficult work environment, toxic
19   work dynamics, issues negotiating his
20   salary.  He explained to me that my job
21   was to keep Stephanie Benton happy.  And
22   we at times discussed the power dynamics
23   in the office between the Governor and
24   senior staff and how to navigate them.
25        Q.     Any other topics you recall that
```

```
                                          Page 42
 1                       C. Bennett
 2    [Staffer #5]  hared with you while you were sharing
 3    the desk?
 4        A.    We spoke about how to dress,
 5    certain things he liked or didn't like,
 6    even down to how he liked his coffee,
 7    which he explained to me he spent a
 8    significant amount of money buying for the
 9    Governor, his own personal money, and that
10    I would be doing the same and that I
11    should not expect to be reimbursed.
12             He showed me how to complete
13    certain tasks:  If they ask you to do X,
14    this is how you do it, and you better do
15    it this way.
16        Q.    Anything else you recall on any
17    other topics?
18        A.    A lot of pep talk, like he
19    really was a friend at that time and I was
20    extremely nervous.  I was confident but
21    nervous and he really wanted someone to
22    take his job.
23        Q.    Did you have the understanding
24    that he couldn't leave unless there was
25    somebody in place to take his job?
```

```
 1                    C. Bennett
 2        A.     Yes.
 3        Q.     And what did he tell you about
 4   his difficulty leaving the position?
 5        A.     He explained that they had hired
 6   a staffer to replace him and, upon hiring,
 7   the Governor -- upon hiring her, something
 8   did not work out, and so they just kept
 9   him in his position, and then he continued
10   to wait.
11              He explained to me that he had
12   to fight tooth and nail to receive his
13   raises, I don't know plural, I don't know
14   if it's singular; he explained that.  The
15   tactic that worked best for him was his I
16   guess last resort, which was to threaten
17   to hand in his two-week notice by the end
18   of the day if he didn't receive
19   confirmation that he was going to get his
20   raise, and that was the way in which he
21   got his raise.
22        Q.     Did he tell you who he had these
23   discussions with about his raise?
24        A.     I'm not sure.
25        Q.     You said he talked about the
```

```
                                          Page 44
 1                    C. Bennett
 2    Governor testing people.
 3             Did he give you any examples of
 4    how the Governor did that?
 5        A.    I don't remember right now any
 6    particular examples.
 7        Q.    You said he described being
 8    yelled at.
 9             Did he tell you how often he had
10    been yelled at by the Governor?
11        A.    My understanding was that their
12    relationship was not in a great place, so
13    it was -- I don't know how frequent, but
14    it wasn't a healthy communication between
15    the two of them.
16        Q.    Did ▮▮▮▮▮▮ describe being yelled at
17    by anyone else on staff?
18        A.    Not specifically.
19        Q.    You said that the two of you
20    discussed the power dynamics between the
21    Governor and some of the senior staff.
22             What did the two of you discuss
23    about that?
24        A.    An example would be his
25    relationship to Stephanie, which I think a
```

Page 45

C. Bennett

1
2    lot of the office -- I don't think people
3    understood exactly how much she did with
4    and for him, and that when Stephanie
5    speaks, it may as well be the Governor
6    speaking.
7              Later on in my position, after
8    he had left, I would text him I think for
9    advice.  My relationship with my boss,
10   Annabel, largely started falling apart and
11   he -- I trusted his read on the situation
12   in a way that I felt very isolated and not
13   a lot of people can understand sitting in
14   the seat that we sat in, so kind of
15   looking to him as, you know, a mentor and
16   a friend.
17      Q.    And I noticed that there's
18   tissues over there, so feel free to get up
19   and grab one if you need one at any point,
20   or if you need to take a break.
21              You said you think a lot of
22   people in the office realized how much Ms.
23   Benton did with and for the Governor.
24              What did you mean by that?
25      A.    There was one -- just as an

```
                                          Page 46
 1                    C. Bennett
 2    example, I didn't even know who she was.
 3    I'm not sure if I had laid my eyes on her
 4    much in the first few months.  She sent an
 5    e-mail, it was either an e-mail or a PIN
 6    to me saying, "don't drop," meaning
 7    whatever the briefing was, don't drop
 8    that.  And I asked ███████ at the time we
 9    were told to drop this and she just said
10    that's the final word, like no questions
11    asked was how she explained it, and that
12    really confused me, because she is -- I
13    don't know if I'm explaining this well.
14    If you're just a junior staffer, you might
15    not, you know, interact with her at all
16    and she really is his right hand and
17    people can mistake her as an assistant,
18    and [Staffer #5] was very clear that she was
19    absolutely not an assistant, and not to
20    underestimate or sidestep or question or
21    anything of that nature with Stephanie.
22        Q.    What did [Staffer #5] tell you about her
23    role or -- other than to say not to
24    underestimate, did he give you any other
25    description of what her role was?
```

Page 47

```
 1                    C. Bennett
 2        A.     I don't remember right now, but
 3    if something pops up.
 4        Q.     Over time, as you began working
 5    more closely with Ms. Benton, what did you
 6    determine about a her role was with
 7    respect to the Governor?
 8        A.     She managed his life.  She would
 9    speak to his siblings, coordinate with
10    staff, she would tell him when he forgot
11    to do something, would track his
12    movements.  If she was not in the office
13    and you were covering for her, the
14    expectation was you were writing an actual
15    list of all the things that he did and you
16    would provide her that, so she knew
17    exactly what he was doing, where he was,
18    and all the work that he had.
19              I don't know if that's a solid
20    explanation, but I really -- the most
21    right hand I've ever -- I could describe.
22        Q.     And you said that you were later
23    texting ███████ when you were having issues in
24    your relationship with Ms. Walsh.
25              When did that breakdown start to
```

```
 1                    C. Bennett
 2   happen?
 3        A.    That breakdown between Annabel
 4   and me started over the summer of 2019, I
 5   would say around August, and continued to
 6   decline.
 7        Q.    We'll come back to that, but
 8   what advice, if any, did ███████give you about
 9   dealing with Ms. Walsh?
10        A.    I don't remember the
11   particulars, but the general message I
12   remember receiving was that she feels
13   threatened by me and that I need to -- or
14   not even that I need to, I think the
15   message I received, whether it was
16   something he said explicitly or not I
17   don't remember, but I really tried to let
18   things go if I could and that if she
19   wanted to be mean, then that was her
20   prerogative.
21        Q.    In discussing power dynamics
22   with ████████did the two of you discuss
23   Melissa DeRosa?
24        A.    I'm sure question did, because
25   it would be difficult to talk about senior
```

```
                                              Page 49
 1                    C. Bennett
 2   staff without talking about Melissa.  But
 3   again, I don't remember particulars.
 4       Q.    You said one of the topics you
 5   discussed with ████ early on was how to
 6   dress.
 7             What did he say to you with
 8   respect to that?
 9       A.    He told me that the Governor
10   would look him up and down, ask him why he
11   was wearing the shoes he was wearing or
12   would make a comment if he wasn't happy.
13   I'm not sure if we discussed heels and
14   dresses, it's possible, but I don't
15   remember.
16       Q.    You said there was also other
17   junior staffers you spoke with when you
18   were assuming the role.
19             Who else did you speak with
20   about taking on the executive assistant
21   role?
22       A.    ████ ██████ , ████ ██████ ,
23   ██████ ██████ -- that's definitely not
24   her last name -- ████ ████ , ████ ██
25   ██████ , ████ ████ .  I'm sure others.
```

```
 1                    C. Bennett
 2      Q.    What did ███   ██████ tell you
 3   or say to you when she found out that you
 4   were assuming the role?
 5      A.    She -- I don't remember what
 6   exactly she said, but she was angry, and
 7   it did cause, from the moment I found out
 8   I would be in this position to her
 9   departure later that summer, to May to
10   July, it -- she was noticeably frustrated
11   with me, and I heard from other staffers
12   that she was talking about it behind my
13   back.
14      Q.    And did she tell you what she
15   was saying?
16      A.    Not specifically, but she seemed
17   overwhelmed with the briefing book, and we
18   were the only two briefers, and I for a
19   bit did really step away.  I was still
20   helping but not nearly what a full-time
21   briefer would be doing, because I was
22   training for a second job.  But I also
23   understood that she was overworked, she
24   was frustrated, and I think hurt that -- I
25   don't want to guess how she was feeling,
```

```
                                    Page 51
 1                  C. Bennett
 2   but she had not yet met the Governor and
 3   she was almost two years into her job.
 4        Q.    What did ████ ████████ say to you
 5   about the position?
 6        A.    He was giving me advice on being
 7   a body person.  He had served not the
 8   Governor but a different politician in a
 9   similar capacity, obviously every job is
10   different at that level, but I think he
11   understood more than some of the others
12   what my -- what this change meant for me.
13        Q.    Do you recall any of the advice
14   that he gave you?
15        A.    Not specifically.
16        Q.    Do you recall in general terms
17   what he advised you?
18        A.    I don't remember specifically.
19   He shared -- I don't remember, but shared
20   stories and seemed proud of me and excited
21   for me and he was kind of like you can do
22   this.
23        Q.    And ██████████ ██████████ or whatever
24   her last name is, what did she say to you
25   about the role?
```

```
                                              Page 52
 1                      C. Bennett
 2        A.     I also don't recall, but I do
 3    think that I -- she received a lot of the
 4    -- so ████ ████████████  ████████ , and ██████  all
 5    shared an office, so I think that they
 6    were closest to ██████ when she was dealing
 7    with my transition, so I remember asking
 8    her at one point to explain to me what the
 9    issues with ██████ were.  I don't remember
10    what she said, but her response made it
11    clear to me that █████ was angry.
12        Q.     And what did ███████   ██████ say to
13    you?
14        A.     I remember on one of my first
15    days, I believe ██████   ██████ , maybe someone
16    else, showed up at my cubicle and they
17    looked like they had death all over their
18    face.  I was anxious, but their anxiety
19    was like terrifying for me.
20             I don't remember specifically
21    what she had said, but ██████   ██████ , and
22    ████████████  office it was a meeting place
23    for a lot of junior staffers, and she
24    spent a lot of time there, so I definitely
25    -- and she was a very -- she said been
```

```
                                       Page 53
 1                  C. Bennett
 2   there for years, so I absolutely know we
 3   talked about it, and I just remember
 4   receiving that visit on one of my first
 5   days when I was at my desk and just
 6   thinking like what is everyone -- it looks
 7   like I died or something.  I don't know.
 8   And I remember texting ████Staffer #5 about it and
 9   being like what's wrong.
10       Q.    Did ████████  ████  ever tell you
11   why she seemed anxious when you assumed
12   that role?
13       A.    No, I just think that no one
14   wanted it and it was like a death
15   sentence.
16       Q.    Who told you that nobody wanted
17   it?
18       A.    I don't think anyone, it was
19   more the issue of seeing the fact that
20   they couldn't seem to fill the position.
21       Q.    And when you say it was a death
22   sentence, what did you mean by that?
23       A.    I would say that's my own term,
24   so I'm not attributing that to anyone.
25   That you in that role will receive a lot
```

Page 54

                          C. Bennett

 1

 2     of some of the harder dynamics of the

 3     office.

 4              Something that I remember now

 5     about my conversations with Staffer #5 he

 6     explained that there were several women

 7     before him who had held the role only for

 8     a brief period of months, like back to

 9     back to back, to the point where the

10     troopers who the EA would interact with a

11     lot, a lot of coordinating movements and

12     information sharing, the troopers couldn't

13     keep track of the names of the women

14     changing jobs, so there was a joke -- I

15     don't know who -- about just as an

16     example, I don't know if it was ████, but

17     it was like ████ One, ████ Two, ████

18     Three, they started numbering with the

19     same name the replacements, because there

20     was such turnover.

21              There was something else that

22     popped up, but I'm losing it.  It might

23     come back to me.

24         Q.   You said you also spoke to ████

25     ████████ ?

```
                                            Page 55
  1                     C. Bennett
  2        A.     Yes.
  3        Q.     And what did ████████  ████████████
  4   say to you?
  5        A.     She was newer.  I don't remember
  6   when she started, at some point over the
  7   summer of 2019, and one of her previous
  8   jobs was working for an executive and, in
  9   that role, she, you know, had things
 10   thrown at her, stories like that.  And so
 11   similar to ██████  ████████████ with his stories
 12   about being a body person, I think we were
 13   kind of sharing war stories.
 14        Q.     And did you have any war stories
 15   to tell at that point about the Governor
 16   when she was sharing her war stories about
 17   being an executive assistant for somebody
 18   else?
 19        A.     I don't -- I'm not sure.
 20        Q.     What did ████████  ████████████ tell you?
 21        A.     So I remember we were -- for
 22   context, if the Governor didn't like you,
 23   if you messed something up, that could
 24   easily be the very last moment of your
 25   job, and I remember he was leaving to work
```

Page 56

1              C. Bennett

2   on a campaign, not related, he was just

3   leaving the administration, he was very

4   well-respected, very close to the

5   Governor, and I remember just saying like

6   I feel like I'm just going to mess up and

7   lose my job.  It was late, we were at a

8   bar, and I was kind of like -- people

9   congratulating me, it was kind of the

10  talk, the chatter, so this list is more

11  just like the chatter of my experience

12  sharing it with other junior staffers.

13  And at the time when I said that ████ , he

14  just was like isn't that like any other

15  job.  And I was like yeah, that's a good

16  point.  When you put it like that, yeah.

17          And then he came back for COVID,

18  we kind of rehired him for COVID, and we

19  had only overlapped briefly in 2019, so I

20  was like it's great to see you.  We were

21  talking, he was back in the office, and I

22  relayed this story.  I was like, I don't

23  know if you remember last year at the very

24  beginning of my job I made this comment of

25  I think I'm going to mess up and lose my

```
                                        Page 57
 1                   C. Bennett
 2   job and you were like, well, isn't that
 3   any job.  And he was like, I'm sorry I
 4   said that.
 5             That was -- it was just kind of
 6   funny because in that moment acknowledging
 7   like no, it's not just any job, and so
 8   belittle that anxiety is incorrect
 9   because, in fact, I could give him the
10   wrong pen and he could decide that he
11   didn't like me anymore.
12       Q.    Had you heard stories about
13   someone that did something really trivial
14   that put them out of their job?
15       A.    No, but I understood that he
16   would have kind of an introductory meeting
17   with a potential replacement fo ▇Staffer #5▇and he
18   would decide kind of on the spot I do or
19   do not want this person, which is I think
20   how ▇Staffer #5▇ got stuck in that position for so
21   long.
22       Q.    And did any junior staffers tell
23   you that they think the Governor liked you
24   because you were pretty?
25       A.    I received that, but I don't
```

C. Bennett

1
2   particularly know who from, but it really
3   bothered me.  I only remember it because I
4   was offended, and I think at one point it
5   may have come from ▓▓▓ and I felt like
6   some of her anger was also -- you know,
7   she had been in this job for two years,
8   blood, sweat, and tears, hadn't even met
9   him, and I get hired and within a few
10  months I'm moving floors, have multiple
11  job titles, I'm running the team that she
12  was just on for two years.  And within
13  that, I don't know if she said it or if
14  someone else said it, but it was
15  definitely a theme that I took offense to.
16      Q.    You mentioned that you
17  interacted with the troopers a lot,
18  coordinating the Governor's whereabouts
19  and such.
20           Did any troopers ever tell you
21  about any issues they had with the
22  Governor?
23      A.    Not particular issues.  I think
24  they were wondering to see how long I
25  would last in the position.  I don't

                    C. Bennett

1   remember explicitly, but there may have --

2   and I could be wrong, but I am under the

3   impression that there was a bet to see how

4   long I would last.

5        Q.    Do you recall what the range was

6   for the bets?

7        A.    I exceeded it.  That's what I

8   heard.

9        Q.    When you became executive

10  assistant, did you continue to work as a

11  briefer?  I know you said you stepped away

12  from it while you were learning the ropes,

13  but did you continue working on the

14  briefing team in any capacity?

15       A.    Yes.

16       Q.    And what did you do on the

17  briefing team after you assumed the

18  executive assistant responsibilities?

19       A.    Can you repeat that question?

20       Q.    Sure.

21            Once you took on some

22  responsibilities as executive assistant,

23  what did you continue to do with respect

24  to the briefing role?

```
                                        Page 60
 1                     C. Bennett
 2        A.    I would help ███. Usually she
 3   would take the lead and I would kind of
 4   take orders from her.  It largely depended
 5   on the day.  Days where I was staffing the
 6   Governor, usually less responsive and less
 7   available.
 8        Q.    And did there come a time where
 9   your role on the briefing team changed at
10   all?
11        A.    Yes.
12        Q.    When was that?
13        A.    That was when ██████ left.
14        Q.    And you said that was around
15   July of 2019?
16        A.    Correct.
17        Q.    And after she left, how did your
18   role change?
19        A.    I became senior briefer.
20        Q.    And was someone -- was anyone
21   else hired on the New York team to be a
22   briefer at that time?
23        A.    Yes.
24        Q.    And who was hired then?
25        A.    ████   ██████.
```

```
                                        Page 61
                         C. Bennett
 1
 2        Q.      So after May of 2019, describe
 3   sort of what your day-to-day roles were.
 4        A.      I was serving as an executive
 5   assistant and then, in the time and
 6   capacity I had left over, I was helping
 7   ███████ with the briefing book and she was
 8   trying her best to prepare me for her
 9   departure.
10        Q.      And during the summer of 2019,
11   did you do any traveling with the
12   Governor?
13        A.      Yes.
14        Q.      How often did you travel with
15   the Governor during the summer of 2019?
16        A.      A handful of times.  My first
17   travel with him was the day of the Pride
18   parade in 2019, and that went really well,
19   according to Stephanie after the fact, and
20   so I traveled with him several more times
21   through the summer.
22        Q.      And I meant to ask, so after May
23   of 2019, did you continue to report to
24   Annabel Walsh for the briefing work that
25   you did?
```

Page 62

1                    C. Bennett

2      A.     Yes.

3      Q.     And who did you report to for

4  the executive assistant role?

5      A.     Stephanie Benton and Annabel in

6  some capacity.

7      Q.     And during the trips you took

8  with the Governor in the summer of 2019,

9  did anything inappropriate happen?

10     A.     No.

11     Q.     And did there come a time where

12 you stopped doing the traveling with the

13 Governor?

14     A.     In August of 2019.

15     Q.     And what led to you no longer

16 traveling with the Governor in August of

17 2019?

18     A.     I was overworked and said as

19 much to Jill Desrosiers and Annabel Walsh,

20 and I explained, prior to the end of my

21 travel, that I was concerned something was

22 going to fall through the cracks.  I said

23 I was concerned that I was juggling some

24 pretty important responsibilities and I

25 wanted to raise my concern with them

```
                                      Page 63
 1                      C. Bennett
 2   before something happened that it's very
 3   possible something may happen in which I
 4   am simply at capacity and it doesn't go
 5   well for that reason, and that is largely
 6   what happened.  And I got yelled at on the
 7   phone by Stephanie Benton, Annabel Walsh,
 8   and Jill Desrosiers.
 9              Following that phone call, I
10   called Annabel and just, you know, I took
11   responsibility for the issue at hand, but
12   explained that there's simply no way I can
13   be an at-my-desk executive assistant, be a
14   senior briefer to a very new team of two
15   right out of college staffers, and also
16   travel with the Governor, and that I was
17   going to stop traveling.
18       Q.    You mentioned two just out of
19   college briefers.  You mentioned ███.
20              Who was the another new briefer?
21       A.    ███████  ██████  was based in
22   Albany.
23       Q.    And do you recall the incident
24   was that had you getting yelled at by
25   Stephanie Benton, Annabel Walsh, and Jill
```

```
                                    Page 64
 1                    C. Bennett
 2   Desrosiers?
 3        A.    I at that time had worked out of
 4   the Executive Mansion, and there was a
 5   weekend when the capital was simply shut
 6   down, and I gave          permission to go
 7   to the Executive Mansion to print the book
 8   materials, because the capital was shut
 9   down and I think I misread my -- I felt
10   comfortable working out of the Executive
11   Mansion, and I gave her permission to go
12   there on the weekend to use the back
13   office, and he saw her and mentioned it to
14   Stephanie, who then asked why there was a
15   staffer at the Executive Mansion, and I
16   took responsibility and I said the entire
17   office was closed, so I told her to use
18   the printer at the mansion.  And that was
19   my mistake.
20        Q.    You say he saw her.
21              Was that the Governor who saw
22   her at the mansion?
23        A.    Correct.
24        Q.    And you said you told Annabel
25   Walsh that you weren't going to travel
```

```
                                        Page 65
 1                    C. Bennett
 2   with the Governor anymore.
 3              How did she respond?
 4       A.     She seemed to accept it.
 5       Q.     Was she at all upset when you
 6   told her?
 7       A.     She asked me leading questions
 8   and wanted to see if I would complain
 9   about being yelled at on the phone by
10   three senior staff and asked me if I felt
11   attacked or if I felt sabotaged or very --
12   felt unprofessional and inappropriate
13   questions and I said, no, I take
14   responsibility for my mistake, but like I
15   said, I'm working three jobs, those are
16   three jobs, and I'm not going to do that;
17   I told you I couldn't.  I told Jill I
18   wouldn't that this was going to be an
19   issue.  It's an issue, so I'm not going to
20   travel now.
21       Q.     I'm going to ask you to turn to
22   the binder in front of you and look at the
23   first tab.  And let me just explain that
24   we got some texts from [Staffer #9] that had some
25   technical issue, so they had to be put
```

```
                                            Page 66
 1                   C. Bennett
 2   into a spreadsheet so we could see when
 3   the dates they were actually sent.  Let me
 4   get my glasses on, because this type is
 5   teeny.
 6            And here these are texts between
 7   you and ████ August 9, 2019, and you wrote,
 8   "also, just got Annabel on the phone and
 9   put my foot down.  On Wednesday, told her
10   they were being ridiculous and I would
11   stop doing the other jobs if they didn't
12   take a step back and realize.  Told her
13   I'm not going to Alb anymore and not
14   flying with him anymore."
15            Is that when you had that
16   conversation with Ms. Walsh and you said
17   you weren't going to travel anymore?
18       A.    Yes.
19       Q.    And little further down, it
20   looks like ████ asked you, "how did that
21   go," and you wrote, in all caps, "pissed."
22            Do you recall what you're
23   referring to there?
24       A.    I was very angry.
25       Q.    So you were referring to you
```

```
                                          Page 67
 1                     C. Bennett
 2    were angry, not Ms. Walsh was angry?
 3         A.    I was angry.
 4         Q.    You can put that aside.
 5               When you first started working
 6    for the administration, what was your
 7    salary?
 8         A.    ██████████████, I believe.
 9         Q.    And --
10         A.    Around there.
11               Sorry.
12         Q.    That's okay.
13               Did you have any sense what
14    other junior staffers got paid?
15         A.    I know ████████ ██████████ had a
16    similar salary to my own.
17         Q.    Did there come a time where you
18    talked to anyone about getting a raise?
19         A.    Yes.
20         Q.    And when was that?
21         A.    I was starting conversations
22    probably September of 2019 through
23    October, 2019 with the expectation of
24    continuing those conversations in 2020.
25         Q.    Who did you start having the
```

```
                                    Page 68
 1                  C. Bennett
 2    conversations with?
 3        A.          Staffer #5        .  I know I spoke
 4    with                 .  I spoke with -- I think
 5    those were the two main people I spoke
 6    with, but I was very vocally upset about
 7    my salary at that time.
 8        Q.    You described before your
 9    conversations with Staffer #5 .
10              What did you and          discuss
11    about your salary, or about getting a
12    raise?
13        A.    How to go about asking for a
14    raise and what I saw as a painful process
15    to secure that raise.
16        Q.    And what is the painful process
17    that you saw from getting a raise?
18        A.    I -- and as you can see in the
19    conversation we just looked at, I was
20    feeling very taken advantage of.  I
21    started working for the administration and
22    then I was working two completely separate
23    roles, two full-time jobs held by two
24    separate people, and I still had an
25    entry-level salary, and I was commuting
```

Page 69

```
1                    C. Bennett
2   three hours a day to get into the city
3   because I couldn't afford to move, even
4   though I held significant responsibility
5   and multiple titles.  And I thought it was
6   -- I saw it as a huge problem.
7        Q.    Did ██████  ██████  give you any
8   advice as to how to go about asking for a
9   raise?
10       A.    I don't remember.
11       Q.    When, if ever, did you first
12  discuss getting a raise with anyone that
13  had the leeway to give you a raise?
14       A.    I spoke with Annabel Walsh.  I
15  believe that conversation started in
16  September is my best guess.
17       Q.    And what did you say to Ms.
18  Walsh and what did she say to you?
19       A.    I explained that, with the hours
20  I was working, if I were paid hourly,
21  broke it down by the hour, I would be paid
22  less than minimum wage for the State of
23  New York.  I have multiple
24  responsibilities, one of which is leading
25  a team.  I can't afford to live in the
```

```
 1                      C. Bennett
 2   city in which I work.
 3             And I was almost emotional to
 4   the point of being so at capacity, so
 5   exhausted, and under so much stress and
 6   pressure, and was really -- explained to
 7   her that I saw -- I thought it would be
 8   more appropriate to fully renegotiate my
 9   sale, because I was in two positions that
10   I did not have when I first started with
11   the administration, even though my
12   paycheck had not changed.
13        Q.   And what was her response?
14        A.    I remember her joking that she
15   also couldn't afford to live in this very
16   expensive city, which was very painful for
17   me at the time.  I didn't think it was
18   funny.  I actually saw it as extremely
19   unprofessional and diminishing of actually
20   very valid points that I had.  She also
21   suggested that I travel more.  I believe
22   in the same conversation I was trying to
23   raise the issue of expanding the briefing
24   team, because we only had one Albany
25   staffer, and that I simply was not going
```

```
 1                    C. Bennett
 2   to travel to Albany to cover us because we
 3   were understaffed, because I was running
 4   the team and also had to be at my desk in
 5   New York City when he -- when the Governor
 6   was in town, and she disagreed with that
 7   as well.
 8             I think I asked for a specific
 9   number.  She didn't seem to take that
10   seriously but said that we could work out
11   something.  It was, as I remember it, I
12   was pretty emotional and I was very
13   frustrated and I didn't -- as productive
14   as I was because the series of
15   conversations we engaged in did result in
16   a raise, I was extremely disheartened by
17   her professionalism and her dismissive
18   attitude.
19        Q.    And in fall of 2019, how many
20   conversations did you have with Ms. Walsh
21   about getting a raise?
22        A.    At least two.
23        Q.    And you said you ultimately
24   worked out a raise; is that correct?
25        A.    Correct.
```

```
 1                    C. Bennett
 2      Q.      When did you get the raise?
 3      A.      October.
 4      Q.      And what was the raise to?
 5      A.      Fifty-five.
 6      Q.      If you could turn to tab two.
 7   It's another text exchange that is in this
 8   format because of the technical issues
 9   between you and    Staffer #5    .  And this
10   exchange is on September 23, 2019 and you
11   wrote in part, "I asked Annabel if we
12   could talk about a raise and she gave me a
13   fine/acceptable but also typical Annabel
14   shitty response."  You say "respond" and
15   then "response."
16              Do you recall what the "Annabel
17   shitty response" was you were referring
18   to?
19      A.      I think the fine/acceptable is
20   me stating that yes, I would get a raise,
21   and in that capacity it was a
22   fine/acceptable meeting, but with that
23   came I think some of the same behavior I
24   stated in terms of being, in my mind,
25   unprofessional and dismissive.
```

```
                                          Page 73
 1                 C. Bennett
 2       Q.      And this is dated September 23,
 3    2019.
 4                 Was that the date of your first
 5    conversation with Ms. Walsh, or your
 6    second one?
 7       A.      This was the first conversation.
 8       Q.      And further down [Staffer #5] wrote, "I
 9    got my first raise after three years by
10    threatening to quit on the spot."
11                 That's the conversation or
12    exchange you referred to earlier?  You
13    have to say yes or no out loud.
14       A.      Sorry, yes.
15       Q.      And if you look on the flip side
16    of this page, it was in that first
17    conversation with Ms. Walsh where she told
18    you that she couldn't afford to live in
19    the city?
20       A.      Yes.
21       Q.      Did she, in fact, live in the
22    city?
23       A.      Yes.
24       Q.      And what was your reaction when
25    she said she couldn't afford to live in
```

```
                                    Page 74
 1                   C. Bennett
 2   the city?
 3        A.     I don't believe I gave it any
 4   response in the moment.
 5        Q.     You talked earlier about your
 6   relationship with Ms. Walsh having issues.
 7               In the fall of 2019, do you
 8   recall what, if any, issues you were
 9   having with Ms. Walsh?
10        A.     There seemed to be issues.  I
11   interpret it largely as being successful
12   in my positions, my growing relationship
13   with the Governor, and my vocal
14   frustration when necessary.
15        Q.     Do you recall any particular
16   events or issues where you and Ms. Walsh
17   had a disagreement?
18        A.     Yes.
19        Q.     What do you recall?
20        A.     In December of 2019, I raised
21   the issue of again we need more staff on
22   this team.  And she in turn asked me like
23   what I did in the office, and I explained
24   that I had two jobs, there's one person in
25   Albany, we're all burnt out:  ██████  is
```

```
 1                    C. Bennett
 2    burnt out, I'm burnt out, ▮▮▮▮▮ burnt
 3    out.  I tried to raise the issue of having
 4    not enough staff, and also being split
 5    between two jobs.  And she asked me what I
 6    did every day, explained that perhaps I
 7    didn't have two jobs because all I do is
 8    sit and the Governor's never actually in
 9    New York City, so that wasn't a job.  And
10    the other job, which was being senior
11    briefer, was just me waiting for the
12    speeches to be done and copying and
13    pasting words.  That was probably my most
14    memorable argument with her.
15         Q.    What did you say to her when she
16    said you really didn't do anything?
17         A.    I don't remember off the top of
18    my head, but -- I don't remember right
19    now.  But the meeting as a whole was
20    pretty emotional for me and I was angry
21    and sad.  I remember like I don't know if
22    it was this conversation or another one, I
23    asked to take off for Christmas and she
24    said no, and I just remember a period of
25    time in December in which I was so angry
```

```
 1                    C. Bennett
 2   and so hurt and at my wit's end and like
 3   kind of reaching out for help because I
 4   was almost about to go up and quit.  I was
 5   at that point where I was like really
 6   reaching my ceiling.
 7             MS. CLARK: Do you want to take a
 8        break?  I think we might actually need
 9        to take a break soon for changing the
10        media units they're using, so why
11        don't we take us off the record and
12        we'll take a short break.
13             THE VIDEOGRAPHER: Is that okay
14        to go off the record?
15             The time is 11:50.  We're going
16        off the record.
17             (Whereupon a break was taken)
18             THE VIDEOGRAPHER: The time is
19        approximately 12:07 p.m.
20             We're back on the record.
21   Q.    Okay.
22             This morning you mentioned that
23   ██Staffer #5██told you that he bought coffee for
24   the Governor and you would have to do the
25   same.
```

Page 77

```
 1                    C. Bennett
 2              When you became executive
 3    assistant, did you start buying the
 4    Governor coffee?
 5         A.    Yes.
 6         Q.    And did anyone other than Staffer #5
 7    tell you that this is something that was
 8    expected of you?
 9         A.    I don't know if it was ever
10    explicitly said; it just began.  And Staffer #5
11    was my tutorial in many ways.
12              I will say that, at Staffer #5's going
13    away party, they presented him with a
14    Dunkin' Donuts gift card or some gift that
15    was kind of like a joke about the fact
16    that he spent thousands of dollars on
17    coffee.
18         Q.    He told you he spent thousands
19    on coffee?
20         A.    Yes.
21         Q.    Who gave him the Dunkin' Donuts
22    gift card as the going away present?
23         A.    I believe Jill Desrosiers
24    presented it at the party.
25         Q.    And if you could turn to the
```

```
 1                    C. Bennett
 2    binder referring to tab four, and these
 3    are some documents that you provided to
 4    us.
 5               What are these?
 6        A.    These are receipts for coffee
 7    for the Governor.
 8        Q.    And are these receipts that you
 9    paid for out of your pocket?
10        A.    Yes.
11        Q.    And are these the receipts for
12    every time you bought the Governor coffee,
13    or just some portion of it?
14        A.    Some portion.
15        Q.    And why did you save these
16    receipts?
17        A.    I was angry and thought it was
18    wrong, and also just wanted a record of
19    how much money I was spending on this
20    endeavor, in the same vein of I was
21    underpaid, I was also -- I just said.
22               Thought it was outstanding that
23    I was making entry-level salary -- I had
24    an entry-level salary and I was spending
25    money for the Governor of New York.
```

1                    C. Bennett

2       Q.      Did you ever tally how much you

3    spent buying coffee for the Governor?

4       A.      No, I did not.

5       Q.      You said this is only a portion.

6               Is there a reason why you saved

7    some receipts but not others?

8       A.      Usually I was not the person to

9    get the coffee, so when the coffee came

10   back, I would just like throw the receipt

11   in my desk drawer.  So it was a mix of

12   sometimes I just tossed the receipt out

13   and didn't have it.  Other times I had it,

14   put it in there.  But I didn't really have

15   necessarily a system.  It was more just

16   like almost a ritual of self-respect.

17      Q.      Who went out to get the coffee,

18   typically?

19      A.      There were -- well, anyone.  If

20   there were three people in the office, I'd

21   be like you, you've got to go get the

22   Governor coffee, here's my card.  But

23   traditionally it was the drivers, like the

24   office -- I don't know what their title

25   would be.  They drove the state vehicles,

```
                                            Page 80
 1                    C. Bennett
 2   they supplied the office, their offices
 3   were in kind of like the supply room.  I
 4   don't know what their title is.
 5       Q.    But you'd then give them your
 6   bank card to buy the coffee?
 7       A.    Yes.
 8       Q.    Did you ever speak to Stephanie
 9   Benton or Jill Desrosiers or anybody else
10   in a senior position about getting
11   reimbursed for the coffee?
12       A.    No.
13       Q.    You mentioned that it was Jill
14   Desrosiers that gave      the -- you think
15   the Dunkin' Donuts card.
16             Were Stephanie Benton and Jill
17   Desrosiers aware that you were buying
18   coffee out of your own pocket?
19       A.    Yes.  There were times when like
20   a few times but sometimes Stephanie would
21   give me cash instead or use her card
22   instead.  She would also get coffee
23   sometimes, so it would -- on occasion she
24   would say here's some money or here's my
25   card, can you also get me something.
```

```
 1                    C. Bennett
 2       Q.    Did you ever mention it to the
 3  Governor?
 4       A.    No.
 5       Q.    Were you required to buy
 6  anything else using your own money?
 7       A.    Not that I can remember that I
 8  wasn't reimbursed for.
 9       Q.    So when you became an executive
10  assistant, you said that Annabel Walsh
11  said that the Governor wasn't in New York
12  City very often.
13            How often was he coming into New
14  York City when you first became executive
15  assistant?
16       A.    I would on average say he was in
17  the city half the week.
18       Q.    And did that change at any time,
19  the frequency?
20       A.    He was around much more in the
21  fall.
22       Q.    How often was he spending in the
23  fall in the New York City office?
24       A.    It was sporadic, so it's really
25  difficult to pin down.  But I would still
```

1                    C. Bennett

2     say on average half the week or sometimes

3     you wouldn't see him for a few days and

4     then you'd see him four days in a row.

5          Q.    Can you describe for us what the

6     culture was like in the Executive Chamber?

7          A.    It was extremely toxic,

8     extremely abusive.  If you got yelled at

9     in front of everyone, it wasn't any

10    special day.  Things needed to happen

11    immediately, and there was no excuse as to

12    why it couldn't, even if it was just like

13    outside of the realm of physics entirely.

14    It was controlled largely by his temper,

15    and he was surrounded by people who

16    enabled his behavior, like surrounded by

17    yes men -- I'll use that term -- of this

18    is what he wants, this is what he gets,

19    and that mood and that anger or that fear

20    of him suddenly becoming angry definitely

21    ruled the office and then trickled down,

22    which is why it was like more stressful

23    where I sat.  But like the stress kind of

24    seeped out through the thirty-ninth floor

25    and then it was still stressful on

Page 83

C. Bennett

1
2     thirty-eight but not as much.  It was felt
3     very like every man/woman for themselves,
4     don't trust anyone is the advice I got,
5     just be very wary of your friends.  It was
6     like go cry to your mom kind of attitude
7     about having a bad day.
8              There were several occasions on
9     which I saw Jill Desrosiers in tears in
10    his office.  He wouldn't -- he really --
11    it was hard for me to hear him yelling at
12    people, and I wasn't even in the room, and
13    it impacted like my emotional state from
14    my cubicle outside his office, and it
15    could be anyone.
16       Q.    Who did you hear him yelling at?
17       A.    It could be anybody.
18       Q.    You said you saw Jill Desrosiers
19    crying.
20              Anyone else that you saw that
21    was upset after an interaction with the
22    Governor?
23       A.    I -- so part of my job was
24    collecting people for meetings.  So he
25    would say -- Stephanie would say we need

1                    C. Bennett

2    these five people either as soon as

3    possible in five minutes, so once he gets

4    off the phone they can enter the room, so

5    I was kind of like the wrangler or my

6    position was the wrangler, and you would

7    see senior staff standing at my cubicle

8    like talking to each other in very obvious

9    distress.  Like okay, we're going to go in

10   there, here's the plan or kind of scheming

11   with each other to make sure they have the

12   right answers and they're all on the same

13   page, visibly stressed, very much dreading

14   the interaction.  And Annabel would do

15   this thing sometimes where she would

16   convene everyone or I had convened people

17   and we were still waiting to get the green

18   light to like shepherd everyone in, and

19   she would collect people into her office

20   and like okay, do these like scheming

21   sessions and Stephanie would like kind of

22   burst through her office and be like,

23   everyone out and correct the behavior,

24   which Annabel knew she wasn't supposed to

25   do, which was basically like, you know,

```
                                    Page 85
 1                    C. Bennett
 2   let's get our stories straight, and to the
 3   point where it was like actually difficult
 4   to drag some people into the office, and
 5   you could see the stress on their face.
 6        Q.    Anyone else you saw crying?
 7        A.    Yeah, I feel like I cried at
 8   times, I know other junior staffers cried.
 9   It doesn't -- I don't know if I have like
10   a particular example, because it also
11   wasn't very outstanding.
12        Q.    You described a little earlier a
13   time in August, 2019 where Annabel Walsh,
14   Stephanie Benton, and Jill Desrosiers were
15   all yelling at you.
16              Were there any other occasions
17   where anyone on the senior staff yelled at
18   you?
19        A.    Yes.
20        Q.    How many times?
21        A.    A number will be difficult.  It
22   wasn't unusual.  It wasn't out of the
23   ordinary.  I don't know if I can put a
24   number to it.
25        Q.    Who were the senior staffers who
```

Page 86

```
 1                    C. Bennett
 2   yelled at you at different points in time?
 3        A.     Jill Desrosiers, Annabel Walsh,
 4   Melissa DeRosa, Stephanie Benton, Dani
 5   Lever?
 6        Q.     Were any of them worse than
 7   others in terms of their treatment of you?
 8        A.     Melissa DeRosa is one of the
 9   meanest people I've met in my whole life.
10        Q.     And can you describe what leads
11   you to that description?
12        A.     You can hear her screaming no
13   matter where you're sitting on the
14   thirty-ninth floor.  She could be on a
15   phone call and you will know, and you
16   could be on the other side of the floor.
17             And in a lot of ways I
18   considered myself lucky because, even
19   though I got screamed at, I also saw a lot
20   of things that I didn't have to be a part
21   of and that was almost more -- I don't
22   know, I just -- there was an instance in
23   which the Governor was on a radio show
24   real-time on the phone and Dani Lever is
25   supposed to be advising him, she's
```

```
 1                    C. Bennett
 2    director of communications, so she's
 3    sitting in Stephanie Benton's seat.  And I
 4    start getting calls from Melissa, who's
 5    listening to the radio from her office,
 6    and is telling me to get Dani on the
 7    phone, because she's trying to correct
 8    things that he's saying in real-time.
 9              So I'm trying to dial
10    Stephanie's desk and it's not -- like I
11    tried multiple times, it's not going
12    through.  She comes down there at the end
13    of the radio show and screams at me.  And
14    I look inside and Dani had taken the phone
15    off of the receiver because she didn't
16    want someone calling in the middle of a
17    radio show.  So there was literally no way
18    that I could have, one, relayed that
19    message at all because it was real-time
20    radio or two, gotten through to Dani,
21    because she took the phone off the hook,
22    and I just got reamed out, and that was
23    just -- you know, Stephanie walked by
24    after and like kind of laughed, like she
25    knew what Dani had done and didn't say
```

Page 88

1                    C. Bennett

2    anything, but she kind of laughed it off.

3    And that was just Melissa telling me what

4    to do, and that was nothing out of the

5    ordinary.

6        Q.    Did anyone tell you that she

7    left working for the Executive Chamber

8    because of getting yelled at by any of

9    these -- or treatment by these senior

10   staffers?

11       A.    I think most people left because

12   of the environment.  I don't know if they

13   would say explicitly I was yelled at by

14   senior staff so I quit, but I think the

15   briefer who was hired the same day I was

16   in January, 2019 lasted a week and she

17   said it was because her anxiety was -- she

18   just couldn't handle it.  So it was high

19   turnover, but I also don't want to speak

20   to one particular person's reasons for

21   leaving.

22       Q.    Did Staffer #5 ever tell you why he

23   was so eager to leave?

24       A.    I think he had a horrible

25   relationship with the Governor and had

Page 89

```
 1                    C. Bennett
 2   endured enough abuse.
 3            One of the jokes that was before
 4   my time in that seat, but the escape
 5   button on the keyboard at my desk, Staffer #5's
 6   desk had been whited out because there's
 7   no escape, and that was like a running
 8   joke of like people actively like trying
 9   to leave and not being able to.
10            You know, one staffer -- yeah, I
11   don't want to speak to particular people's
12   experiences, but it was extremely brutal.
13            I remember one Saturday morning
14   I didn't wake up early enough, and there
15   was nothing going on for the day, but I
16   didn't wake up early enough and I had
17   received an e-mail from Melissa early in
18   the morning, maybe 6:30, that I hadn't
19   seen until later in the day, and later as
20   in like maybe 7:30, and she didn't even
21   seem mad, she didn't even reply with
22   anything mean, but I literally was like
23   crying to my parents for like at least an
24   hour because I didn't see her e-mail
25   immediately.  Like she didn't even need to
```

```
 1                   C. Bennett
 2   say you were late on this, it was simply
 3   like I'm -- it's like living in fear and
 4   anxiety and at any moment looking at your
 5   phone and, you know, seeing the meanest
 6   messages, all caps, you know, profanities.
 7       Q.    And when you talk about all caps
 8   and profanities, would that be from
 9   Melissa DeRosa or other people as well?
10       A.    Other people as well, and I was
11   told I had to do the same in order to like
12   not get in trouble for something not
13   happening on a certain timeline.  I also
14   had to exude that same kind of
15   personality.
16       Q.    Who told you you had to exude
17   that same personality?
18       A.    Annabel Walsh.
19       Q.    And did you do what she told you
20   to and tried to behave in the way you saw
21   the senior staffers behave?
22       A.    I tried to be nice about it, but
23   I definitely like I would set fire under
24   someone's ass if I needed to, absolutely.
25       Q.    And how would you go about doing
```

Page 91

```
 1              C. Bennett
 2   that?
 3       A.    An example of the Governor wants
 4   to speak with someone and I'm trying to
 5   get ahold of them, I called their desk
 6   phone, I call their personal phone, I text
 7   their personal phone, I call and text
 8   their work phone, I send them multiple
 9   e-mails where in the subject Gov now.
10   It's like harassing them until you get in
11   contact with them and then telling them
12   you need to be here yesterday, like get to
13   my desk, and just really making a deadline
14   extremely clear.
15       Q.    Did you ever yell at anybody?
16       A.    Yes.
17       Q.    How many times did you yell at
18   somebody?
19       A.    I don't remember.  I really
20   tried not to.  But there were absolutely
21   times in which, particularly in moments
22   where I was getting screamed at, that I
23   would turn around and say like what the
24   fuck, guys, or just -- you know, it was --
25   again, I just didn't feel like it was --
```

Page 92

```
 1              C. Bennett
 2   didn't feel good, but it was also exactly
 3   what everyone was doing.
 4       Q.    Did anyone ever talk to you
 5   about being upset about you yelling at
 6   them?
 7       A.    I yelled at ████  █████, and I
 8   still think about it, actually, because I
 9   really -- yeah, I was mad and I was really
10   tired and I addressed it over the summer,
11   actually.  I was just like I'm sorry, that
12   was really harsh.
13            Yeah, it felt like it was the
14   only way to -- it's like what you're told
15   to do and it also feels at the time the
16   only way for people to take seriously that
17   like -- like I'm going to get my ass
18   handed to me if you don't do your job, so
19   you need to understand the heat that I'm
20   getting, so like I also am going to give
21   you some of that heat and I really tried
22   not to, but there are absolutely times
23   that I yelled at my team.
24       Q.    If you could turn to tab seven
25   in the binder in front of you.
```

```
                                            Page 93

 1                     C. Bennett

 2              This is another text exchange

 3    between you and Staffer #5 where he wrote, "that

 4    was a big reason I wanted to leave," and

 5    it looks like you wrote back, "Annabel or

 6    just generally all the bullshit and shitty

 7    people."  And he wrote, "Annabel pissed me

 8    off," and then in call caps, "a lot, and

 9    so did other people.  LOL."

10              Did he ever tell you about any

11    experiences he had with Ms. Walsh?

12         A.    He had similar issues with her,

13    but their dynamic was very different,

14    because she was my direct boss in my other

15    role.  In his experiences, I think he

16    pushed back more with her.  But she was

17    definitely very manipulative, very -- I

18    don't even know how to describe Annabel.

19    Because one day she could be really nice

20    and then the next day she could throw you

21    straight under the bus.

22              I mean, there was at least one

23    occasion off the top of my head I can

24    remember her actively trying to blame me

25    for a mistake that she herself made,
```

Page 94

```
 1                    C. Bennett
 2   which, I mean, I wouldn't do that to my
 3   own team.  And I just had a lot of
 4   problems with her again professionalism,
 5   leadership, and behavior.
 6              She would throw someone straight
 7   under the bus to secure her own position,
 8   look good in any way, save face.
 9      Q.     And you mentioned the occasion
10   where the three senior staffers yelled at
11   you.
12              Did Stephanie Benton yell a lot?
13      A.     Stephanie doesn't -- well,
14   Stephanie of course yells, but she more so
15   speaks quietly and meanly where her
16   yelling at you may just be normal volume
17   and just like tear you down from the
18   inside out, but she wouldn't raise her
19   voice one bit.
20      Q.     What sort of things would she
21   say that would be mean that would have
22   sort of the impact that you just
23   described?
24      A.     I can't think of an example off
25   the top of my head.
```

```
                                        Page 95
 1                  C. Bennett
 2       Q.     Did you ever hear anyone in the
 3    office use the term "mean girls?"
 4       A.     Yes.
 5       Q.     And who did you understand that
 6    referred to?
 7       A.     Stephanie, Annabel, Dani,
 8    Melissa.  I was never quite sure where
 9    Jill fit into that.  I think Jill was a
10    part of that group, but I wouldn't -- I in
11    some ways would almost -- I guess she was
12    a part of it.
13       Q.     And who did you hear using the
14    term "mean girls" to refer to that group
15    of women?
16       A.     I couldn't tell you.  I don't
17    know where it came from.
18       Q.     Did you ever use the term to
19    refer to them?
20       A.     It's very possible.  It's very
21    possible.
22       Q.     Did you ever hear the Governor
23    use the term "mean girls" to refer to
24    them?
25       A.     No, but he was very aware of the
```

```
                                    Page 96
 1                    C. Bennett
 2   behavior happening.
 3       Q.    What's your basis for saying
 4   that?
 5       A.    It felt as if in some ways he,
 6   rather than yelling at people, part of his
 7   game -- referring back to what I said
 8   before -- like his test is setting up
 9   someone in a position where they're being
10   abused by the people around him and not
11   just directly from him.  He is aware that
12   they are mean and maybe will even rile
13   them up and say or do something or like
14   throw a slight into a conversation that
15   rocks the boat and then can kind of watch
16   from the sides as they kind of take the
17   lead on being the meaner ones.
18             I mean, there was -- I don't
19   know who told me, but I was told that he
20   enjoyed Melissa keeping her door open so
21   he could hear her screaming at people from
22   her office during the workday.
23       Q.    Who told you that?
24       A.    I don't know.
25       Q.    Did anyone ever tell you that
```

Page 97

```
 1                    C. Bennett
 2   the Governor and [Senior Staffer #1] [████]  had more
 3   than a professional relationship, any sort
 4   of romantic or sexual relationship?
 5        A.    I questioned it.  Other people
 6   who potentially I feel like there's always
 7   kind of the like you get happy hour with
 8   your cove workers and there's speculation.
 9   Again, I don't have specific names of like
10   this person thought that they had slept
11   together, but my -- I was really confused
12   by his relationship with [Senior Staffer #1],
13   [Senior Staffer #2], and [Senior Staffer #3]  in particular.
14                And continuing to answer your
15   other question about the mean girls, you
16   know, at one point early in my time as
17   executive assistant, he called me in and
18   then called Stephanie in and addressed his
19   relationship with Stephanie to me while
20   she was sitting next to me.  And it felt
21   very clear that he was establishing
22   certain dynamics and it was a little bit
23   bizarre, just the we've been together for
24   X number of years, which is him referring
25   to the fact that she had worked for him
```

```
                                          Page 98
 1                    C. Bennett
 2    for a very long time.
 3              I just always suspected that he
 4    probably ██████ with ██ ████████ █████ ██ ██████,
 5    but I never had any concrete evidence of
 6    that.
 7         Q.    And the three were Senior Staffer #1
 8    ████████, Senior Staffer #2 ████████, and Senior Staffer #3
 9    Senior Staffer #3 ?
10         A.    Yes.
11         Q.    Other than just this, can you
12    put your finger on anything that led you
13    to have that feeling that he had ████████
14    with ████ ██ ██████ ██ ██████?
15         A.    It was -- he would talk very
16    casually with them.  It didn't seem like a
17    professional relationship.  It seemed like
18    -- like sometimes when he was yelling at
19    Senior Staffer #2, it sounded almost like -- it
20    just wasn't a professional relationship,
21    and I could not for the life of me figure
22    out what was going on.  But there was a
23    lot of like personal stuff going on -- I
24    don't know how to even describe it.  It
25    was so bizarre.
```

```
                                          Page 99

 1                      C. Bennett

 2                 And as my relationship with the

 3    Governor grew, my relationship with

 4    particularly Annabel, but Stephanie, too,

 5    though I think she kind of rose above

 6    feeling intimidated by me, but Annabel

 7    definitely disliked my relationship with

 8    the Governor, and it couldn't make sense

 9    like any other way.  Because I was not

10    trying to sleep with the Governor, I

11    wasn't flirting with the Governor, I

12    wasn't entertaining these things, but then

13    she would enter the room or enter the

14    situation and it felt like I had stepped

15    on her toes in a way that it didn't make

16    sense to me unless she was coming from a

17    very different place than I was, if that

18    makes sense.

19         Q.    And I believe you mentioned

20    earlier tha Staffer #5 said he thought that

21    Annabel was jealous of you?

22         A.    Yes.

23         Q.    Did anyone else make that

24    comment to you?

25         A.    I think -- I feel like I talked
```

```
 1                    C. Bennett
 2    about it maybe with  Staffer #2           or
 3    Staffer #3 .   I don't know particulars, but I
 4    definitely -- I feel like the tension
 5    between us was after a point well
 6    understood by junior staffers.
 7         Q.    If you could turn to tab nine.
 8    It's more of your texts with  Staffer #5 .
 9         A.    Uh-huh.
10         Q.    And this is from August of 2019.
11    And you wrote, "also, he added me to his
12    phone contacts."
13              Is that a reference to the
14    Governor?
15         A.    Correct.
16         Q.    And you continued.  "And we were
17    PINing each other and they were all in the
18    chain.  Obviously don't think they liked
19    that."
20              Who was the "they" you were
21    referring to?
22         A.    That would be Annabel,
23    Stephanie, Jill is definitely on that
24    chain, though I don't think I ever -- I
25    never got any of that from her, Dani was
```

Page 101

1                      C. Bennett

2    typically on those chains.  But I really

3    -- it felt the worst came from Annabel.

4        Q.    And so what you were saying

5    here, just to make sure I understand, is

6    you didn't think they liked the Governor

7    was now in direct contact with you?

8        A.    Correct.

9             MS. CLARK: Why don't we take a

10        lunch break now.  Why don't we go off

11        the record and we can talk about that.

12             THE VIDEOGRAPHER: Thank you.

13             The time is 12:42.

14             We're going off the record.

15             (Lunch recess taken at 12:42

16        p.m.)

17

18

19

20

21

22

23

24

25

```
                                    Page 102
 1                    C. Bennett
 2        A F T E R N O O N    S E S S I O N
 3                  May 26, 2021
 4                   1:34 p.m.
 5            THE VIDEOGRAPHER: The time is
 6        approximately 1:34 p.m.
 7             We're back on the record.
 8  C H A R L O T T E    B E N N E T T, having
 9         been previously duly sworn by a
10         Notary Public of the State of
11         New York, upon being examined,
12         testified as follows:
13  EXAMINATION CONTINUED BY
14  MS. CLARK:
15      Q.    You had talked about the issues
16  with  Staffer #5  when he was leaving.
17             Did you ever hear any discussion
18  that Stephanie Benton might leave the
19  Executive Chamber?
20      A.    I feel like there were rumors
21  about people -- I feel like there was
22  always a rumor of someone leaving at some
23  point, so it's possible that there was
24  like gossip at a point about Stephanie,
25  but I can't particularly recall.
```

```
                                      Page 103
 1                  C. Bennett
 2        Q.     I'm going to ask you to turn to
 3    tab twelve in your binder.  It's more of
 4    your texts with [Staffer #5].
 5             And do you know if that's you or
 6    him that starts off by saying, "is Steph
 7    leaving?" It is a little hard to tell.
 8        A.     This -- it seems like it's me
 9    because ████████ ████████ was a former
10    briefer.  But yeah, this doesn't surprise
11    me, though I wouldn't have remembered it
12    without reading this.
13        Q.     Do you have any recollection of
14    what ████████ ████████ told you about
15    Stephanie Benton possibly leaving?
16        A.     She messaged me, because that
17    was the only way we talked, and probably
18    just asked if Steph was leaving.  And
19    that's how something like that rumor gets
20    started.  I don't know why she would think
21    that.  But I think she was talking to
22    other staffers, even though she herself
23    had left.
24        Q.     And did you hear anyone ever say
25    why they thought Stephanie Benton would be
```

Page 104

```
 1                    C. Bennett
 2  leaving?
 3      A.    Uh-huh.
 4      Q.    You have to say yes or no.
 5      A.    Sorry.
 6      Q.    I forgot to give you that
 7  instruction at the beginning that uh-uhs
 8  and nods don't work for the court
 9  reporter.
10      A.    Yes.
11            Can you repeat the question?
12            MS. CLARK: I forget the question
13      now.
14            Could the court reporter read
15      back the question?
16            (Whereupon the requested portion
17      was read back by the reporter)
18            THE WITNESS:  No.
19      Q.    This text exchange with Staffer #5
20  also talks about the possibility of MDR
21  leaving.
22            Is that Melissa DeRosa?
23      A.    Yes.
24      Q.    And do you recall anything you
25  heard about her possibly leaving?
```

```
                                        Page 105
 1                    C. Bennett
 2      A.     There was chatter that she would
 3   go to the White House, but again, these
 4   rumors -- I feel like these rumors were
 5   usually serving in some capacity of like
 6   who's going where, who's quitting, who's
 7   moving on, who's getting promoted, very
 8   typical.  But I do remember the Melissa
 9   DeRosa rumors generally, because people
10   were anticipating the election, the
11   presidential election.
12      Q.     So there was talk that, if Joe
13   Biden won, that she would move to the
14   White House?
15      A.     That was one of the theories,
16   yes.
17      Q.     Any talk of what role she was
18   supposedly going to assume?
19      A.     No, nothing that specific.
20      Q.     Now, during the time that you
21   worked in the Executive Chamber, did you
22   help out with any recruiting to bring in
23   junior people?
24      A.     Yes.
25      Q.     And what did you do in
```

```
                                    Page 106
 1                    C. Bennett
 2   connection with that?
 3        A.     I would reach out to
 4   particularly Hamilton students, my alma
 5   mater.  I think when we were looking for
 6   briefers, as  ████  was leaving, and
 7   similarly when I left the briefing team, I
 8   was definitely a part of finding
 9   replacements.  I will say that  ████  ████
10   is not, in my opinion, very good at
11   finding candidates, and I don't think I'm
12   alone in that opinion, and so it felt a
13   lot easier to reach out to folks who were
14   graduating from our respective alma maters
15   to try to find people to help us.
16        Q.     And you say when you were
17   leaving the briefing team.
18            Do you mean when you became a
19   senior briefer or at some other point?
20        A.     When I had transitioned to my
21   role as health policy advisor, I was also
22   a part of the search for additional
23   briefers.
24        Q.     So which people were you
25   partially responsible for bringing to the
```

Page 107

C. Bennett

1
2     Chamber?
3         A.    I don't think I ever
4     successfully recruited somebody.  ████
5     ████████  went to ██████████ , and ████████
6     ████████████  had reached out to her former
7     professor, and that's how ██████  was
8     introduced to us.  I'm not sure how ████████
9     came to the job.  And I believe there is
10    another ████████  grad that is on the team
11    in addition to ████  now after I fully left
12    the team.
13        Q.    And who is that?
14        A.    Her name is ██████ , I believe.
15    Actually, I did -- I was successful.
16    ██████  -- her name is ██████ , I believe it's
17    ██████ ████ , she went to Hamilton and I
18    talked to her last year and she is now on
19    the scheduling team.
20        Q.    And when last year did you talk
21    to her about joining the Chamber?
22        A.    It must have been June/July.
23        Q.    Of 2020?
24        A.    Of 2020, correct.
25        Q.    So it was when you were moving

```
                                    Page 108
 1                  C. Bennett
 2   to the health policy position?
 3        A.    Yes.
 4        Q.    And at that point you were
 5   leaving because of your interactions with
 6   the Governor, which we're going to come
 7   to.
 8             Did you have concerns about
 9   bringing ███████ into this environment?
10        A.    Yes.
11             I think it was very bittersweet
12   even finding other people to join the
13   team.  After my experience with the
14   Governor, I was still sad to leave the
15   team, and it was kind of like cognitive
16   dissonance.  I felt that like maybe they
17   were young enough and like right out of
18   college that they wouldn't have a similar
19   problem.  Like I don't know.  I did
20   struggle with it, and I think that's why I
21   ended up telling ██████  ████████ ultimately
22   what happened, and I regarded her as like
23   a dear friend, as somebody I would trust
24   in the administration, which was rare, and
25   like kind of in the hopes that she would
```

```
                                        Page 109
 1                    C. Bennett
 2   remain the -- not that I explained this to
 3   her, but kind of keep an eye for the other
 4   women.  She was a little less drinking the
 5   Kool Aid I think than some of the other
 6   people.
 7        Q.    When did you tell ███ ?
 8        A.    I, on a few different occasions,
 9   had said it in different ways.  I think I
10   tried to explain away my departure from
11   the briefing team as like something
12   personal happened to me, like I'm having
13   personal issues and it means I can't do
14   this job anymore.
15              And then there was one night
16   very end of June in which I told her and a
17   few others while we were drinking that he
18   -- that the Governor acted inappropriately
19   towards me, which is why I left my job,
20   and that was ultimately like the moment
21   when I actually disclosed the truth, and
22   then we had several longer text exchanges
23   about my departure after that period.
24        Q.    And the gathering you described,
25   that was at the very end of June?
```

```
                                    Page 110
 1                    C. Bennett
 2      A.      Correct.
 3      Q.      Who else was present for that?
 4      A.      [Staffer #2]          ,   [Staffer #3]          ,
 5   [Staffer #4].   I think that was it.
 6      Q.      And which -- did you give them
 7   any detail in how the Governor had acted
 8   inappropriately?
 9      A.      No, I just explained that it was
10   inappropriate, I told Jill it was
11   inappropriate, and my job changed, and I
12   kept it very, very brief.
13      Q.      Did you become emotional when
14   you were describing it to the people?
15      A.      Yes, I was drunk, so I could --
16   yes.
17      Q.      Well, let's step back in time a
18   little bit.
19              After you took on the executive
20   assistant role, how often did you interact
21   with the Governor?
22      A.      It would vary. So if -- as I
23   said before, if on average he was around
24   about half the week, some of those days I
25   wouldn't have any substantive interaction
```

```
 1                    C. Bennett
 2   with him at all, and other times we would
 3   have longer conversations.  So it really
 4   varied.
 5       Q.    So in the May through the
 6   summer, did you have any notable
 7   interactions with the Governor?
 8       A.    Yes.  And actually, I'm glad
 9   that you asked this.
10           You asked me earlier if he was
11   inappropriate towards me that summer, that
12   year, and I took a very long pause and I
13   said no, and I want to fix that answer.
14   And I think what I was grappling with then
15   and what I'll explain now is that it was
16   in my mind -- at the time like I largely
17   saw him as a father figure.  He's a little
18   older than my dad, I'm the same age as his
19   daughters, so I really tried to think of
20   it in that framework.  But he was -- like
21   I felt his eyes on me, and I think the
22   conversations we had and the favor from
23   the Governor now to me is grooming and I
24   want to be clear that I feel like his
25   inappropriate behavior did start then, but
```

Page 112

1                    C. Bennett

2     I wasn't considering it in that light.  I

3     was like this is a little like maybe

4     skeevy, but I can handle this and just be

5     like my professional but friendly self and

6     that I think my difficulty in answering

7     your question earlier is that was not

8     obvious to me until it escalated to the

9     point which it did.

10            But we did various interactions.

11    He asked me the length of my previous

12    relationships.  He asked me if I was in a

13    relationship.  He asked me if I honored my

14    commitments, which I was very early on in

15    how I interpreted him trying to determine

16    whether or not I was trustworthy.  We

17    talked about my gym habits, which is

18    largely because that was like a very

19    serious and important hobby to me, but I

20    think looking back inappropriate that -- I

21    don't know, I just feel like it like

22    doesn't feel right to me and I think that

23    was the context in which I was seeing

24    these interactions with Stephanie and

25    Annabel and Melissa.

Page 113

```
 1                  C. Bennett
 2           Sorry, I interrupted you.
 3      Q.    Let's pause there.
 4           So you used the phrase
 5   "grooming."
 6           What did you mean by that?
 7      A.    I define grooming as a set of
 8   behaviors that establish a friendly
 9   relationship in which certain
10   interactions, certain friendly behaviors
11   are acceptable.  It's building a
12   foundation on which to then take advantage
13   of that foundation and cross a line in a
14   major way.  When he's asking me about if
15   I'm in a relationship a few weeks after I
16   met him, in that moment I'm not thinking
17   of it in any significant light, but then a
18   year later if he's asking me if I sleep
19   with older men, the only way he can get to
20   that question is to first start with a
21   relationship with me in which it's even
22   okay to ask about my romantic life at all.
23   So I think it's about priming the person
24   in which you're grooming to slowly accept
25   escalating behavior.
```

Page 114

C. Bennett

1

2     Q.     And you said he asked about your

3   prior relationships.

4             When did he do that?

5     A.     That was the first month I was

6   working directly for him.

7     Q.     And what did you tell him, if

8   anything, about any prior relationships?

9     A.     I said that I was not currently

10   in a relationship.  I explained that my

11   last relationship ended, and then after it

12   had ended, my ex-partner was hit by a car

13   or a van in New York City, ██████ █

14   ████████ ██████ ██████ ███ ███████████

15   ██████ ██████ █ ███ ███ ███ ████ █████ ██

16   ███████ and that I left my job in D.C.

17   to ████ ███ █████ ██ █████, and that was

18   the reason I was looking for a job in New

19   York.

20     Q.     And when he asked you whether

21   you honored your commitments, when was

22   that conversation?

23     A.     That was in May.  That was one

24   of the first weeks I had met him.

25     Q.     And when he asked if you honored

```
1                    C. Bennett
2   your commitments, what did you say to him?
3      A.    I said yes.  The first answer I
4   gave was like I graduated, I honored my
5   commitment to school, like I saw myself as
6   a very serious student.  And at that time
7   if I were talking to my friend and they
8   asked that question, I would have talked
9   about my campus sexual assault activism on
10  campus, and I was not at that point at all
11  sharing that with him, so I just mentioned
12  school as like a vague like I did it.  And
13  so he asked me where did I go to college,
14  what did I study, and he -- at one point,
15  it was either when I first met him when he
16  originally asked me where I went to
17  college or in this conversation, but he
18  was like testing me on who was the
19  president of my college.  And then he was
20  like okay, yeah, like another commitment,
21  because that wasn't satisfactory.  So
22  that's when I was explaining that my
23  commitment was to the people in my life
24  and I committed to taking care of someone
25  who took care of me.
```

```
 1                    C. Bennett
 2       Q.     And you said that you noticed
 3   that his eyes were on you.
 4              What did you mean by that?
 5       A.     Like taking in my outfit.
 6       Q.     Like looking you up and down
 7   sort of thing?
 8       A.     Yes.
 9       Q.     And you said he also asked you
10   about your gym habits.
11              What did he ask you about that?
12       A.     We got into a longer
13   conversation about -- I'm not even sure
14   how it started, but I actually talked to
15   him -- because I was also living with my
16   parents at the time.  I talked to him a
17   lot about my parents, and that's how I
18   relate to him in a lot of ways.  He has a
19   similar not personality, because I feel
20   like this would be an insult to my father,
21   but they are similar in certain ways and
22   they both like motorcycles, they both like
23   sports, and they -- we would talk about
24   skiing and we would talk about the gym and
25   we would talk about motorcycles and we
```

```
                         C. Bennett
 1
 2   would talk about cars and he told me to
 3   get like a grill for my dad for Father's
 4   Day, which I absolutely did not do.  But
 5   it was kind of the gateway into like,
 6   yeah, I'm boxing right now, I take the gym
 7   really seriously, these are the hobbies I
 8   do but these are also the things that I
 9   share with my dad.  We talked about my
10   parents and talked about -- he asked how
11   many like push-ups I could do, and that
12   was ultimately the beginning of the
13   push-up competition.
14       Q.    And when did that start with the
15   push-ups?
16       A.    That must have been in the --
17   that was in the summer of 2019.
18       Q.    And did that continue past the
19   summer?
20       A.    Yes, that continued until --
21   actually, I think he even mentioned it in
22   our COVID interactions, so even 2020.
23       Q.    And did there come a time when
24   he asked you to do push-ups in front of
25   him?
```

```
 1                    C. Bennett
 2      A.     Yes.
 3      Q.     Did that happen once or more
 4   than once?
 5      A.     Once.  But it felt like -- I had
 6   almost been anticipating it, because it
 7   felt like he kept bringing it up.  Like
 8   eventually he's just going to be like just
 9   get on the floor and do the push-ups.  So
10   it happened once, but it was like after
11   conversations.
12      Q.     Was anyone else present when he
13   told you to do push-ups?
14      A.     No.
15      Q.     Did he do any push-ups?
16      A.     He did one push-up one time
17   before this interaction in which he was
18   like -- and again, in hindsight this gives
19   me -- this makes me uncomfortable, he was
20   like how far down do you go, and he put
21   like an ornamental plate that has a stand,
22   so it's upright and it's probably like an
23   award of some kind he had on the shelf and
24   he put it on the floor and then he was
25   like try to make an example of how far
```

```
                                        Page 119
 1                   C. Bennett
 2    down he would bring your chest to a
 3    push-up, but it didn't work because the
 4    plate was like a plate which was pretty
 5    high and it didn't actually -- it was very
 6    awkward, and then he got up.
 7             But no, he never got down and
 8    did like sets of push-ups, no.
 9        Q.    If you could turn to tab
10    sixteen, it's more of your texts with Staffer #5
11    from October of 2019 where you wrote, also
12    an update, he just made me do twenty
13    push-ups.
14             Is that when that incident
15    happened?
16        A.    Yes.
17        Q.    It then says, "loved a woman
18    after my own heart."
19             Do you know what that's a
20    reference to?
21        A.    So I think on iMessage, I don't
22    know what Staffer #5 was referring to when he
23    said, "a woman after my heart." But I
24    think it -- it didn't have to do with
25    push-ups.
```

```
                                        Page 120
 1                    C. Bennett
 2       Q.    And at the end ██ wrote, "so
 3   he's in with nothing to do but pick on
 4   you."
 5             Is that the feeling you had?
 6       A.    Yes, he would get bored and
 7   didn't really have a life.
 8       Q.    If you turn to tab seventeen,
 9   this is images you produced.
10             Who are these texts with?
11       A.    These are my parents.
12       Q.    At the bottom you wrote, "Gov
13   and I are going to live together in his
14   mansion gym."  And this is from August of
15   2019.  "Are going to live together in his
16   mansion gym."
17             Is that something that the
18   Governor proposed to you?
19       A.    Yes.  It was definitely not
20   something I took seriously, but yes, he
21   mentioned that he had a gym at his house
22   and that I should see it.
23       Q.    If you turn the page, your mom
24   writes, "that photo wasn't enough."
25             Do you know what that's a
```

Page 121

C. Bennett

1
2    reference to?

3         A.    I -- I am not sure.  It could
4    have been -- no, I'm not sure.

5         Q.    And further down your mom says,
6    "how did this plan hatch," and you
7    describe him asking what you did for
8    sports and leading to him asking how many
9    push-ups.

10             Is that how you recall the
11   conversation taking place with the
12   Governor?

13        A.    Yes.

14        Q.    On the next page further down
15   you wrote, "he was like do you have a BF.
16   I said no."

17             Is that a reference to
18   boyfriend?

19        A.    Yes.

20        Q.    And then you continue it.  "He
21   said, well, that's why, you could beat
22   them all up."

23             Is that something that the
24   Governor said to you?

25        A.    Yes.

```
                                    Page 122
 1                    C. Bennett
 2       Q.     And if you'd like at tab
 3   eighteen.  You wrote -- this is to your
 4   parents again -- it's a little blurrier.
 5       A.     Correct, this is from my
 6   parents.
 7       Q.     And that's you writing, "did the
 8   push-ups for him today.  He freaked out.
 9   He looks scared now.  I just kept going
10   until he told me to stop and didn't slow
11   down."
12            Is that what happened?
13       A.     Yes, that is what happened.
14       Q.     And describe how he looked where
15   you say he freaked out, he looked scared.
16       A.     He just -- I literally don't
17   believe -- he just didn't believe that I
18   could actually do a single push-up is the
19   look that was on his face, and then he,
20   you know, as it says, that he was like I
21   don't know many people who can do push-ups
22   like that.
23       Q.     And further down it says, "and
24   then before he left, he was like that was
25   scary, I'm officially scared."
```

```
                           C. Bennett
 1
 2              Is that something he said to
 3    you?
 4       A.    Yes.  He gave me a fist bump as
 5    well.
 6       Q.    In the early months, May through
 7    the summer -- I cut you off to pause for
 8    these -- what other things do you recall
 9    the Governor doing that made you
10    uncomfortable or you thought might be
11    inappropriate?
12       A.    Yeah, I feel like this was
13    inappropriate, and I feel like the
14    questions about my personal life were
15    inappropriate and it was the inquiry where
16    at the time I was just trying to form a
17    relationship with my boss and also like a
18    very clear context of telling this to my
19    parents, like I did not feel like this was
20    the beginning of him grooming me but I
21    think within the context of feeling ogled
22    or the personal questions, yeah.
23       Q.    When you were doing the
24    push-ups, how close to you was the
25    Governor standing?
```

C. Bennett

1

2       A.      He was sitting at his desk.

3       Q.      And describe to me where you

4   were in relation to his desk.

5       A.      I was feet from his desk.   I

6   don't remember exactly, but I even feel

7   like I was half in Stephanie's office,

8   like my legs may have been in Stephanie's

9   office.  I don't remember, but I wasn't --

10  like he wasn't like standing over me.

11      Q.      Could he have a clear view of

12  you while you were doing the push-ups from

13  his desk?

14      A.      Yes.

15      Q.      And did you feel he was ogling

16  you or looking you up or down or anything

17  like that when you were doing the

18  push-ups?

19      A.      I felt at the time that -- and

20  to be fair, I don't remember what I was

21  wearing, but I felt safe in what I was

22  wearing.  Like there are some blouses that

23  you absolutely are not going to get down

24  and do push-ups because they will fall

25  open, and that was not the case, and I

                                        Page 125

 1                    C. Bennett
 2   remember feeling at least good about that.
 3        Q.    Did the Governor ever ask you to
 4   sing for him?
 5        A.    Yes, he did.
 6        Q.    When did that happen?
 7        A.    That was in I believe May.  It
 8   was very early on working for him
 9   directly.
10        Q.    And tell us how that came about.
11        A.    In one of my earlier meetings
12   with him, he called me into his office,
13   and at this point I still didn't know him
14   very well, I didn't know my role very
15   well, ▮▮ was still around, so it was very,
16   very early on.  So when I get called into
17   the office, it's like immediate
18   adrenaline.  I don't know what could
19   happen, anything could happen.  I go, I
20   sit down across from him, and he had
21   lyrics to Danny Boy and he asks me if I
22   know the song.  We kind of discuss the
23   song, he reviews the lyrics a little bit,
24   and then hands them to me and asks me to
25   memorize them.  And I take it.  You know,

1                        C. Bennett

2       I tried to kind of like play it off, but I

3       was actually literally struggling to

4       memorize these lyrics, because I didn't

5       really know the song very well, not that

6       it matters.

7                   I sat back down with ▇ and I'm

8       trying to memorize these lyrics and he

9       like would pop out of like the side door

10      of his office, so not the door that he

11      usually uses where it goes straight to

12      Stephanie's office but the side door that

13      pops right out to my cubicle, and he would

14      like poke his head out and ask me to

15      start, and it was kind of like a day of

16      sitting with these lyrics.  And then at

17      one point Melissa walks into Stephanie's

18      office, the Governor is I guess at that

19      point in Stephanie's office, Stephanie I

20      believe is at her desk at this point, and

21      he calls me in and asks me to -- he asked

22      me to sing Danny Boy.

23                  And I don't know if I had

24      started yet, but Melissa was just like --

25      even she was like -- she said, she was

Page 127

C. Bennett

1    like, this is hazing.  And I turned to her

2    and I said, yes, this is hazing, like

3    trying to be confident but like jovial

4    enough that I'm not like about to like get

5    angry but yes, this is hazing.  And then I

6    turned back to the Governor and I start

7    reciting the lyrics, just simply speaking

8    the lyrics.  And then he asks me to stop

9    and asked me to sing.  And I was like I'm

10   not going to sing.  He was like, no, no,

11   you have to sing.  I'm like I'm not going

12   to sing.  He was like, we'll do it

13   together.

14            So he starts singing and I'm

15   like kind of singing along with him, but

16   it's like very tragic -- it just didn't --

17   Melissa and Stephanie are kind of

18   horrified and it falls apart, and I don't

19   think -- I think he maybe actually tried

20   to get through the whole song, but I

21   didn't know the lyrics and I wasn't like

22   going to sing, I was more just like

23   following his lead, and then I sat back

24   down at my desk with ▇▇.

```
 1              C. Bennett
 2      Q.    Did the Governor ever tell you
 3  why he wanted you to memorize Danny Boy or
 4  why he had the printout of the lyrics or
 5  anything about any reason for any of this?
 6      A.    No.  But when I sat down, I
 7  just said like I told you, like he's
 8  testing you, he's testing your
 9  temperament, your confidence, your ability
10  to handle yourself, anxiety, your memory.
11  And I just -- at that point I was like,
12  well, all right, this is what I have to
13  do.
14      Q.    If you could look at tab
15  thirteen.  And this is a document that you
16  produce to us.
17              What is this?
18      A.    This is a conversation with my
19  best friend ████, and I'm explaining the
20  day.  He asked if I honored my
21  commitments, he asked about my
22  relationships, yes, he asked also how long
23  my relationships were, in addition to the
24  other things that I had previously
25  mentioned.  And ████ drunk and joking
```

1                    C. Bennett

2    around.  She says, "at least all of your

3    relationships lasted longer than they

4    actually should," which at that point was

5    true.  And I'm explaining, I told him I

6    stuck by the people in my life.  I told

7    him about █████, who was my former partner

8    ████ ██████████ █████ ███████

9        Q.    And it looks like on the second

10   page that asking you to memorize the

11   lyrics to Danny Boy was the same day he

12   asked you if you honored your commitments?

13       A.    Yes, it does seem that.  Yes.

14       Q.    And these texts run May 16,

15   2019.

16            You texted ██████ about it the

17   same day it happened?

18       A.    Yes.

19       Q.    And if you look at tab fourteen,

20   are those texts with your mom?

21       A.    Yes.

22       Q.    And that's also from May 16, and

23   you told your mom about the Danny Boy as

24   well?

25       A.    Yes.

```
                                        Page 130
 1                    C. Bennett
 2        Q.      Were there any other occasions
 3   where the Governor asked you to sing or
 4   memorize a song?
 5        A.      No.
 6        Q.      If you could turn to tab
 7   fifteen.
 8        A.      Oh, my God.
 9        Q.      This is a text from you to  Staffer #5
10   dated January 1, 2020 saying, "he just
11   asked me to sing Bohemian Rhapsody, so."
12        A.      I totally forgot about that
13   until seeing this message.  And I barely
14   remember the interaction.  But yeah, that
15   was New Year's Day.
16        Q.      Now that you've seen that, do
17   you remember anything about what happened
18   in that interaction?
19        A.      I think I just was like I'm not
20   singing -- I think he started singing and
21   I was just like I'm not singing that.  I
22   don't remember, but I think I -- I don't
23   remember quite well, but I really don't
24   think I sang it.
25        Q.      And you had to work on New
```

Page 131

C. Bennett

1
2    Year's Day?

3        A.    Oh, 9:00 a.m. I was in the
4    office, yes.

5        Q.    Was it staffed the way it would
6    be on a weekend, or was everybody in on
7    New Year's Day?

8        A.    It was Melissa, the Governor,
9    and myself.

10       Q.    Do you recall if there was a
11   particular event or occasion that was
12   requiring you to be there on New Year's
13   Day?

14       A.    Just it's also, in terms of who
15   else was there, it's possible that there
16   was staff that popped in and out.  But I
17   was staffing the Governor on New Year's
18   Day.  I don't know why he was there.  I
19   got his coffee, I got them lunch, I waited
20   for them to leave.  There may have been an
21   event.  I don't particularly remember.
22   But yeah, I do remember working that day.

23       Q.    Did the Governor ever make any
24   comments about the size of his hands?

25       A.    Yes.

Page 132

                              C. Bennett

1

2          Q.    How often did he make comments

3      about the size of his hands?

4          A.    To me just once, but it was

5      something that other people had mentioned,

6      just that like he has kind of -- well,

7      like kind of -- will really kind of grab

8      you and has large hands.  And he was

9      asking me one day -- I was sitting at

10     Stephanie's desk and ███████  ██████████  was

11     sitting at my desk and he was asking me

12     where -- I don't know what the exact line

13     of questioning was, but I remember talking

14     about ████████  ███████████.  He was asking

15     like who went where and who's who.  He

16     doesn't really know what's going on in the

17     office, so he was kind of doing that line

18     of questioning, and I was explaining that

19     ████████  had my job before I did.  He had

20     met ████████  and she had staffed him on

21     several occasions.  He asked where she

22     went, and I told him that she now was

23     working for the ██.  And he was like,

24     okay.

25              And then he asked me maybe what

1                    C. Bennett

2    else people had said about him, and I

3    wasn't really sure.  I think we had like

4    an exchange of, you know, here are some

5    like very brief things to know about the

6    Governor before starting this job, and I

7    think maybe his -- I'm not sure if I

8    mentioned his hands or he mentioned his

9    hands, but he wouldn't let it go and kept

10   asking and talking about the size of his

11   hands and was like kind of engaging me in

12   this what became very uncomfortable

13   interaction in which I was more scouring

14   my brain for like a positive thing people

15   had said to him about this job and it

16   turned into him sticking to this point and

17   like pointedly joking and asking me and

18   talking about his hands and the size of

19   them.  And at this point Annabel like

20   stepped in front of me and said something

21   to him that was like kind of riffing off

22   of his line of jokes, and that to me was

23   -- I couldn't help it in those moments.

24   She felt like she was interrupting

25   something where I was like okay, thank

```
 1              C. Bennett
 2   God, like she's here and she stepped in.
 3   But I think in her mind she was like I'm
 4   going to step in front of her because I
 5   can and I'm asserting my dominance where I
 6   was like trying, like get me out of this
 7   interaction.  And it just felt -- like
 8   when I mentioned it, it was like shake his
 9   hand, he has really large hands, just like
10   became him trying to get me to admit
11   something sexually; what do people say
12   about that, that kind of trying to get me
13   to say more.
14       Q.    Do you recall anything else he
15   said about the size of his hands?
16       A.    That was the only interaction.
17   I don't remember much.  I really was just
18   trying to like thread this needle of not
19   making him angry but also maintaining my
20   -- what I see as appropriate behavior.
21   Like I'm not crossing this boundary with
22   you but I'm also not looking to get into a
23   fight with you and losing my job.  That
24   was the boundary and I was very focused on
25   that and less listening to what he was
```

```
                              C. Bennett
 1
 2    saying.
 3        Q.     What did you have a feeling that
 4    he was trying to get you to say in this
 5    exchange?
 6        A.     I think he was trying to get me
 7    to say that it indicates other parts of
 8    him are large, and I just don't -- like
 9    that is so -- that makes me so
10    uncomfortable and I just want to like --
11    sorry, that just -- yeah.  I'm sorry.
12        Q.     No need to apologize.  Any time
13    you need a break, let me know.  I don't
14    want to make you uncomfortable.
15             But did you understand that he
16    was seeking to a comparison of the size of
17    his hands and the size of his genitals?
18        A.     Yes, that is absolutely what he
19    was trying to get me to say, yes.
20        Q.     Did the Governor ever make any
21    comments about your appearance, either
22    positive or negative?
23        A.     I'd say both.  Like when it was
24    my birthday, he asked like why I was like
25    all dressed up.  It would be like sunny
```

```
                          C. Bennett
 1
 2    out and I would be wearing like booties
 3    and he would ask me why I was wearing cold
 4    weather shoes.  He went out of his way to
 5    comment on my hair, and this was in the
 6    fall of 2019.
 7               And this one hit me -- all of
 8    these isolated incidents, I felt like you
 9    could brush them under the rug, but this
10    was very clear to me, and this was a
11    moment in which I was like that's sexual
12    harassment, and I like very well
13    understood what was happening at the
14    moment.
15               But he showed up for the day.
16    Meanwhile, I'm a mess because I'm working
17    two jobs, I'm exhausted.  I threw my hair
18    into a bun in the morning and when he's
19    arriving, I say hello, and usually he'll
20    say hello.  And he just asked me -- he
21    just like commented on the fact that I had
22    a bun.  I don't know if he asked why I was
23    wearing a bun or just said your hair's in
24    a bun, but he commented on my hair and
25    that was all I got from him.
```

1                    C. Bennett

2              And then the day went by and I

3     didn't see or talk to him until he was

4     leaving for the day and I said good-bye,

5     and he stops, turns around, walks towards

6     me, walks like behind my cubicle, and is

7     standing over me and I'm sitting in my

8     swivel chair and he asked me why I put my

9     hair in a bun today.

10              And I was not prepared for that

11    interaction, but I was stewing on the fact

12    that he had previously commented on my

13    bun.  So at that point I was like -- you

14    know, it was like messy, or I kind of made

15    an excuse.  And he was like -- I was like

16    what, you don't like it, not looking for

17    his approval but like a what's wrong with

18    my bun sort of attitude.  This is like a

19    little saltier than I would usually act,

20    because I was like just actually very

21    angry.  He's like, no, and then he starts

22    like kind of leaving me again.  I was

23    like, oh, you don't like my bun, and I'm

24    like leaving over my cube, and then I

25    stand up and I'm kind of addressing the

Page 138

C. Bennett

1                       C. Bennett

2    other assistants at their cubes and being

3    like, did you hear that; he doesn't like

4    my bun, and I'm like kind of calling after

5    him, and he walks away.  And then I start

6    -- I was like kind of in a crying rage and

7    just left, left work.

8              And then he called me bun for a

9    bit, a month or something.

10      Q.     When you stood up and were

11   saying to the other assistants, "oh, did

12   you hear that," who was present?

13      A.     I believe it was ████   ██████████

14   and Staffer #1 ███████████████ .

15      Q.     And did either of them ever

16   comment to you about you standing up and

17   making that comment or what the Governor

18   said to you?

19      A.     I brought it up on multiple

20   occasions after the fact because I was so

21   bothered by the comment, so I don't know.

22   We may have had an interaction after he

23   left, but I also was bitter, so I brought

24   it up on separate occasions after the

25   fact.

```
                                         Page 139
 1                      C. Bennett
 2        Q.     I'm going to ask you to turn to
 3   tab nineteen.  And you produced these,
 4   these are texts between you and Staffer #5 that
 5   are in the more traditional format.  And
 6   it's dated November 18 and you said, "he
 7   only spoke to me twice today and both
 8   times it was to tell me he didn't like how
 9   I did my hair, so definitely quitting.
10   LOL."
11             Is that the bun incident?
12        A.     Yes.
13        Q.     Anything else happen in the fall
14   of 2019 that you thought was crossing a
15   line or getting close to a line?
16        A.     I think these are the big ones
17   for me.  I think the bun was one of the --
18   it sounds maybe small, but like to me this
19   was very big.  And I feel like we hit on a
20   lot of the very memorable ones for me.
21             That's what I can remember right
22   now.
23        Q.     Let's move to 2020, from the
24   beginning of the year until COVID hits.
25   We can use COVID as the demarcation.
```

1                    C. Bennett

2              What, if anything, happened in

3    that time period?

4        A.    On the 19th of January, I was in

5    Albany, we were preparing for the Governor

6    to present the executive budget in a few

7    days, and I was just like there to help

8    kind of an all hands on deck.  I felt like

9    I needed to be there and it was kind of

10   expected of me, and I ended up -- Annabel

11   asked me to go drop off a speech at the

12   mansion.

13             On my way, she calls me and

14   tells me not to drop that speech, which

15   means like if he gets his hands on it,

16   you're in trouble.  Instead you need to go

17   pick up the PowerPoint he has.  I was like

18   I'm on my way, I was walking, running.

19             So I get to the gate and I was

20   like I need to pick something up.

21   Traditionally, when you're picking

22   something up, he would give it to somebody

23   to give it to somebody.  A trooper comes

24   to the gate and I would collect the

25   PowerPoint that way, like that's how I

```
 1                   C. Bennett
 2   would be picking something up from the
 3   mansion in a traditional pickup.  A
 4   trooper at the gate said I've got to wait,
 5   I've got to contact him or something.  And
 6   I was like it's very cold, it's January,
 7   and I was kind of like waiting.  He was
 8   like, go into the command center, which is
 9   like where all the troopers sit, it's kind
10   of like their office space, you can wait
11   in there.
12             So I walk across the parking lot
13   to the command center and sit down and I'm
14   kind of waiting.  They're also waiting.
15             And finally he -- I either -- he
16   tells them to send me to the pool house,
17   that he was in the pool house, or he just
18   said tell her to come here and they said
19   to me he's in the pool house, some
20   instruction of that kind.
21             I don't know where the pool
22   house is, so they're like kind of giving
23   me instructions.
24             I make my way up.  I'm nervous,
25   because I didn't dress as if I'm about to
```

```
 1                    C. Bennett
 2   see the Governor.  My plan was not at all
 3   to see the Governor even that day, Sunday.
 4   I was just kind of there to be helpful to
 5   my team.
 6             And I make my way to the pool
 7   house, I can hear the TV, so I continue
 8   past like a pool table on the inside, and
 9   he's sitting there watching CNN kind of
10   flipping through his PowerPoint, the
11   executive budget PowerPoint, and I'm
12   standing there kind of awkwardly because
13   I'm under the impression I'm to pick it
14   up, so it's like hand it to me and then
15   I'll leave, and he asked me to sit down.
16   It's kind of an L-shaped couch, so I make
17   my way all the way around and then sit not
18   next to him, like a good amount of space,
19   and I'm just kind of sitting there
20   waiting, like kind of watching CNN kind of
21   waiting for instruction, feeling a little
22   bit awkward.
23             And he is like all right, tell
24   me something, tell me something, like
25   gossip, kind of in his gossip mode, seems
```

```
 1                    C. Bennett
 2    bored with the PowerPoint.  I don't have
 3    anything to tell him.  I think at one
 4    point I said like everyone is working hard
 5    or something stupid, like everyone is
 6    tired, which he definitely doesn't want to
 7    hear, or something to the effect of like
 8    the staff, the staff mood, and he's more
 9    looking for gossip.  And he's persistent,
10    like tell me something, tell me something.
11              So finally I say, in 2015, you
12    signed Enough is Enough and it changed my
13    life.  And he puts his pen down and moves
14    his PowerPoint to the side and is like
15    fully engaged in this conversation.  And I
16    -- we kind of enter this winding
17    conversation in which I say it's part of
18    the reason I'm here doing this work, and
19    in a lot of ways it felt like I had been
20    not waiting to tell him but like if this
21    person who I spend every single day trying
22    to cater to is going to invest in me at
23    all, like he should know that this is the
24    foundation of why I show up every day, and
25    that was kind of just conversation in
```

1                    C. Bennett
2    which I explained that I was assaulted and
3    abused in college and I reported it to the
4    college and the investigation was just
5    horrible, the policy was not great, they
6    really just didn't do it justice, and I
7    let the campus know exactly what happened,
8    I let them know what happened to me, and I
9    let them know how the college responded,
10   and I started a larger conversation about
11   our policy about our educational
12   programming, about what we're going to do
13   and how we talk to each other and all
14   these different things, and that Enough is
15   Enough is one of the first cases that
16   actually was under the new law, and so the
17   school was kind of grappling with Enough
18   is Enough as I was reporting this.  And I
19   ended up studying it as part of my senior
20   thesis in which I did a survey and all
21   these different things, so it was very
22   much an academic endeavor for me.
23            And he said, do you know what
24   the cone of silence is.  Yes.  And he was
25   like, what is it.  You know, just stays

Page 145

```
  1                    C. Bennett
  2   between us.  He's like, yep.  And he was
  3   like, I'm going to tell you something, but
  4   you can't talk about it.  I was like,
  5   okay.  And he said, ███  █████████  was also
  6   assaulted in college and it's been so
  7   hard.  And she didn't want it to be
  8   investigated, she didn't want it to be
  9   reported, and I kind of pushed her, and he
 10   kind of described this tension he had ███
 11   ███  ███  ██████  as it related to the
 12   impacts of campus sexual assault, and he
 13   used the word "enlightened," which is
 14   problematic, of like how my response.
 15   He's like wondering what that did for me
 16   and my family and what that meant, and
 17   kind of started this winding conversation
 18   of what happened to me.  And within that
 19   he asked some I thought pretty
 20   inappropriate questions, but I assumed it
 21   was -- not even assumed, I'm talking to an
 22   old white guy and he doesn't necessarily
 23   know what's an inappropriate question to
 24   ask, and I feel like I dealt with that --
 25   I feel like when you're studying these
```

```
 1                    C. Bennett
 2   things, you kind of meet all types of
 3   people who have some -- know idea how to
 4   speak to a survivor or about it at all and
 5   I was like this man is lost, but he's
 6   trying his best and asking me like what
 7   exactly happened to me or what exactly the
 8   policies like I thought were problematic,
 9   and that gets like very graphic.
10            And I gave him like top line,
11   but I still felt uncomfortable.  And he
12   was kind of like, oh, well, some people
13   have it much worse, and then he was kind
14   of like talking about his own family and
15   his experience.  And he said that he
16   couldn't get the school to budge with
17   anything, like he tried everything, and
18   they just kind of -- not that the same
19   thing that happened to me happened to ██
20   ████████ , but that it's really hard to
21   come forward with a complaint even when
22   ████ ████████ ██ ████ ██████ ██ ████ █████
23   ██████ , and that is what he saw in his
24   experience and talking about that.
25            He told me that I shouldn't
```

```
 1              C. Bennett
 2   pursue it professionally though after all
 3   this, that was his opinion, that I
 4   shouldn't base my career on something that
 5   happened to me in college.  And I
 6   explained like, no, this has been in my
 7   life and it's something that I've dealt
 8   with before college even.
 9              And then he kind of like asked
10   me when, as like, when was the first time
11   kind of questioning.  So I said I was
12   ███████.  And he reiterated, I just don't
13   think you should base your life off the
14   pain that you've experienced.  And I was
15   like kind of trying to take his advice in
16   stride.  And he said -- he was like,
17   listen, there's so many things you can
18   learn and there's so much you can do and,
19   you know, you're always going to be on the
20   losing side of this issue.  No one is ever
21   going to give up power.  People in power
22   are never going to give up power.  He said
23   that almost word for word.  And he said
24   that -- he was kind of describing sexism
25   at large.  But just like it's in the
```

```
                                    Page 148
 1                    C. Bennett
 2   bedroom, it's in the boardroom, it's like
 3   a much larger everywhere.  I was like I
 4   know, I know.  But I was like really
 5   trying -- like I appreciated the way in
 6   which he was attempting to meet the
 7   moment, and I saw it as a good faith
 8   effort in that moment, though looking back
 9   I take his comments to be coming from
10   someone who himself is a perpetrator, the
11   whole thing disturbs me now.
12              And then we talked about the
13   briefing book.  He asked me -- I was like
14   maybe I'll go to law school.  He was like
15   don't go to law school.  We talked about
16   different programs and I was like what if
17   I did like a JD joint degree, you know,
18   like a Ph.D./JD, I was just kind throwing
19   things out there that I had been looking
20   at at the time, and he like didn't really
21   know much about those programs and he was
22   like, it sounds interesting.  And he was
23   like I've been telling ███   ████████ to go
24   into business, not go to law school.  He
25   was like go into business, go into
```

1                      C. Bennett

2     business.

3               And then he was saying -- he

4     asked me how I liked my job, I said it was

5     good, and that everything is -- it's

6     amazing.  I get to see his like homework.

7     I get to have my hands on that every

8     single day, and that's such a valuable

9     learning experience for me, and I kind of

10    described that.  And he was like good.  He

11    was like you should stay in that role.  I

12    think you have a lot to learn.  And I just

13    like really valued that he was even

14    engaging in this level of talking to me

15    about my career.  I feel like it just is a

16    lot coming from this person, like the

17    entire universe of this office is

18    surrounded by this person and for him to

19    like take a moment to reflect on my career

20    was like a very important moment at the

21    time.  He said there's too much

22    information in the book.  He was like, you

23    know, if I'm signing a bill about like

24    labor laws or a labor bill, I don't need

25    to know the history of labor law.  And I

Page 150

```
 1                    C. Bennett
 2   was like I know, I know, but you get the
 3   questions, you get yelled at, do we have
 4   this, do we have XYZ, where's this.  And
 5   it has to have that and that's why they
 6   have so much stuff in there, and he was
 7   yeah, I know, I know.  I was like, well,
 8   you think of anything, if there's anything
 9   that I can do or the book should be, I
10   want to know that.  And he was like, yeah,
11   yeah, I'll think about it.  And the
12   conversation was winding down at that
13   point, and then we walked out of the pool
14   house together.
15            And then I returned to the
16   Capitol.
17       Q.    How long was that conversation?
18       A.    It was significant.  It was well
19   over an hour.
20       Q.    And you described sort of how
21   you look back on it now.
22            At the time did you view it at
23   the time as a positive conversation?
24       A.    I had weird feelings about some
25   of his comments but I really -- as I said,
```

```
 1                    C. Bennett
 2    I genuinely interpreted him as trying his
 3    best to be a thoughtful person in that
 4    moment, even though it felt weird to give
 5    -- how about this: There are very, very
 6    few people I've spoken to in my life about
 7    sexual violence who asked me directly the
 8    violence itself, what was it.  And in the
 9    moment I really tried to reason that as he
10    doesn't get that that's inappropriate or
11    that that's just like a line most people
12    do not cross, and I didn't feel great
13    about it.  But I have shared that openly
14    with my whole campus, and it's something
15    that people in my life do know, and even
16    in that moment I was like woah, that was
17    not a question I was expecting, but I
18    answered it.
19        Q.    If you could turn to tab
20    twenty-one.
21              This is a text exchange with
22    your mom?
23        A.    Yes.
24        Q.    And was that the day of the
25    conversation?
```

```
                                            Page 152
 1                      C. Bennett
 2         A.      Yes.
 3         Q.      And if you look at the tab
 4    before, tab twenty, it's another one of
 5    the tiny type  Staffer #5  ■   text exchanges that
 6    says, "tough, too, because things with Gov
 7    have been really good."  That's dated
 8    1/28/20.
 9              Was there anything else going at
10    the time on in January that had you
11    describing things as going really well
12    with the Governor at that time?
13         A.      No, that single conversation I
14    felt like I had been desperately seeking
15    to exit the Executive Chamber, and that
16    conversation gave me a second wind.
17         Q.      Anything else notable happened
18    between the beginning of 2020 and COVID
19    hitting?
20         A.      Nothing that I am remembering
21    right now that's significant.  That felt
22    like the real -- the last like unusual
23    interaction I had with him before the
24    virus.
25         Q.      So then the virus hit, and you
```

Page 153

```
 1                    C. Bennett
 2   described earlier that you were asked to
 3   go up to Albany; correct?
 4        A.    Correct.
 5        Q.    And where were you working out
 6   of in Albany?
 7        A.    I was working out of the new
 8   front office, which was actually outside
 9   of his secure office area.  It was across
10   the hall and it was -- I was sitting with
11   his other EAs that usually work in Albany.
12        Q.    And who were the EAs you were
13   sitting with?
14        A.    ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ,
15   and Alyssa McGrath.
16        Q.    And did you share the space with
17   them throughout the rest of your time in
18   the Executive Chamber?
19        A.    Yes, until I switched jobs.
20        Q.    So once you went up to Albany,
21   you said you didn't see the Governor as
22   much during the COVID; correct?
23        A.    Correct.
24        Q.    When's the first time anything
25   happened during COVID that is notable?
```

```
 1                    C. Bennett
 2      A.     So I got up there on March 23
 3  and I didn't see him until a few weeks,
 4  maybe mid May.  And it was early in the
 5  morning I got an e-mail asking me to drop
 6  off briefings.  And at that point the
 7  traditional drop-off format in Albany is
 8  you leave it on the trooper desk and then
 9  you e-mail Stephanie and you say blah blah
10  briefing is on the trooper desk, and then
11  she'll come out of the locked secure
12  office space that they have for COVID
13  precaution, are kind of isolated, she'll
14  come out, grab the folder, and go back
15  inside.
16           So I'll like just throw on
17  leggings and like kind of a sweatshirt,
18  I'm a mess, it's early in the morning.  I
19  run to go print the briefing, and it
20  occurs to me, as I'm dropping the briefing
21  off, that no one's in the office because
22  it's so early.  And so I kind of -- at
23  that point I was like, oh, fuck.  So I
24  asked the trooper to let me into his
25  office.
```

1                    C. Bennett

2                And I had actually never been in

3      the Governor's office in Albany, I had

4      been outside of it where the EAs sit on a

5      normal non-virus day, but I had never

6      before been inside his actual office, and

7      so I kind of just like walked back there

8      and I'm in like sneakers, a sweatshirt,

9      and no makeup, and I just throw -- not

10     throw it but just kind of like place the

11     folder on the coffee table and turn around

12     to get out of there.  And he's laying down

13     on the couch with his feet up and he's

14     like wait, wait, wait, wait, wait.  He's

15     like come back here.  I like go and stand

16     at the door.  And he's like something to

17     the effect of like where have you been.  I

18     haven't seen you around.  I'm like hey.

19     He's like, how long have you been in

20     Albany.  I was like I don't know, like

21     sixty days, because at that time I was

22     counting.  And then he asked where I was

23     staying.  And then one of the first

24     questions was asking me who I was hitting

25     on and who was hitting on me.  And I'm

```
 1                    C. Bennett
 2   still standing in the doorway and he's
 3   still laying on the couch and I'm kind of
 4   like looking down at him, the couch is
 5   like -- comes right to the doorway.  And I
 6   dodge questions and kind of give him some
 7   office gossip of like the fact that no one
 8   -- like it was still at that point a very
 9   small operation in Albany.  We're kind of
10   talking about the virus.  It was like a
11   very casual.  Besides asking me if I'm
12   hitting on people, it just felt like we're
13   catching up.
14            And then I mentioned that I have
15   a speech for my alma mater.  It was like
16   big for me in that moment of my life and
17   something I actually was like hoping to
18   like share with him.  And I was operating
19   off of the last real conversation we had
20   from January, like I would love to share
21   what is an exciting development of
22   returning and talking to these students
23   who are about to graduate, so I mentioned
24   it.  He's like, sit down.
25            So I grab a chair from the other
```

```
 1                      C. Bennett
 2    side of his desk and bring it around to
 3    the other side of the coffee table and he
 4    sits up, and we're chatting.  He asked me
 5    about my parents, because he knows I live
 6    with my parents, or I lived with them at
 7    the time.  And we start talking about my
 8    speech.  And he asked me what I'm going to
 9    say.  And I launch into something like
10    talking about the pain of whatever.  And
11    he stops me and he's like, it's not pain,
12    it's injustice, and that actual
13    clarification is something that I included
14    in my speech as like when I brought this
15    up to the Governor, he corrected me and
16    said it's not pain, it's injustice.  I
17    literally put those lines into my speech.
18    But he is saying that to me.  He's like
19    it's injustice, it's betrayal.  And then
20    he was like you were raped, you were
21    raped, you were raped and abused and
22    assaulted.  Now he's using his hands to
23    point at me to like put a point on it, and
24    he continues to repeat himself.  You were
25    betrayed, you were raped and abused and
```

1              C. Bennett

2    assaulted and betrayed, and he's kind of

3    staring me right in the eyes, and I

4    realize in this moment that that's not an

5    accident and that he is actually trying to

6    trigger me, because no person in their

7    right mind speaks to somebody and thinks

8    that that's a positive interaction.  And I

9    was like okay, he's testing me, so like

10   just nod or say yes.  And then he -- I'm

11   like okay, he's in a bad mood.

12             When I had arrived at the

13   office, we were kind of chatting and

14   catching up, though not appropriate, it

15   felt like very much within the scope of

16   our relationship, as sad as that is, and

17   this was like all right, I don't know

18   what's going on.  This is fucking bizarre.

19             And then he just like goes off

20   on a tangent about my speech and telling

21   me about my speech and trying to write my

22   speech for me.  He gets up, goes to his

23   desk -- and I'm like -- to give a sense of

24   how not comfortable I am or like how I'm

25   trying to be professional and whatever, so

```
 1                    C. Bennett
 2    I'm still sitting at this chair facing the
 3    coffee table and I'm like turned watching
 4    him at his desk, because I'm like I'm not
 5    going to just get up.  And then he's like
 6    oh, you can get up and move your chair,
 7    and that's what I get up and move my
 8    chair.  Like I'm not like walking around
 9    his office.  I felt very out of my
10    elements, very uncomfortable, particularly
11    after his comments about my life and my
12    past.
13              And then he continues to talk
14    about the speech and kind of stops and I
15    try to like change the subject, and I
16    explain that I've been thinking about this
17    moment of me sharing my story at Hamilton
18    as this like kind of transformation in my
19    life and that watching him in these press
20    conferences, it seems like there's a
21    similar transformation happening in his
22    life, and not that those two are at all on
23    par with each other, but like I really was
24    like trying to what in this moment is he
25    feeling, just the virus is super
```

```
 1                    C. Bennett
 2  emotional.  We're like on TV every day,
 3  the office has changed dramatically, COVID
 4  was so emotional for me.  At that time I
 5  was like I can't imagine what he's going
 6  through and I'm writing a speech about my
 7  own kind of like turning point in my young
 8  life and like kind of raised this question
 9  of what right now are you thinking.
10           And that didn't go well, because
11  he interpreted it as we asking whether he
12  was running for president.  He kind of did
13  the like what are you asking, just ask
14  what you're asking.  And I was like no,
15  I'm really just wondering.  I don't know
16  if he did answer that at all.  He totally
17  missed what I was even trying to say or
18  like a larger reflection on thousands of
19  people dying every day kind and kind of
20  went to like the fact that he's unhappy
21  and stressed and he can't sleep and really
22  what he wants is to like find someone,
23  like find a lady and drive his motorcycle
24  into the mountains kind of thing.
25           And then I think we also at that
```

```
                                      Page 161
 1                      C. Bennett
 2    point touched on if he was losing -- why
 3    he was losing viewers in his press
 4    conferences.  And I think the conversation
 5    kind of wound down from there, and Melissa
 6    walked in and that's when I -- like so
 7    much time had passed that people had
 8    showed up to the office, so I just like
 9    walked out.
10              As I was getting up, he handed
11    me a PowerPoint to give to the PowerPoint
12    team, so I grabbed that, and ran to the
13    PowerPoint team and kind of like threw it
14    at them, was very upset, and I believe
15    went back to my hotel room to like get
16    dressed.
17         Q.    Did you tell anyone at the time
18    about that conversation?
19         A.    I told [Staffer #2] ██████ .
20         Q.    Anyone else?
21         A.    Not off the top of my head can I
22    remember, but I wasn't very secretive.
23         Q.    Did you talk to [Staffer #2] ███████
24    about it, or did you text him, or
25    something else or both?
```

```
                                    Page 162
 1                    C. Bennett
 2        A.     I texted him and talked to him
 3   about it, so both.
 4        Q.     And if you turn to tab
 5   twenty-two, those are texts with Staffer #2?
 6        A.     Yes.
 7        Q.     And did you talk to him after
 8   this text exchange?
 9        A.     I'm sure I did.
10        Q.     And what was Staffer #2's response
11   when you spoke to him?
12        A.     I think he -- I don't remember
13   it particularly well, but I feel like
14   there was a general sense of just
15   frustration towards the Governor as like a
16   baseline feeling for staff.  So I'm sure
17   he was just like, you know.
18        Q.     What was causing the baseline
19   frustration?
20        A.     Just I think his personality and
21   like what we touched on earlier of the
22   dynamics of the office and the fact that
23   it was also a pandemic, so it was just
24   stressful and emotional, and I think Staffer #2
25   particularly was doing so much, so I think
```

```
                              Page 163
 1                  C. Bennett
 2   he was having his own time of it.
 3           MS. CLARK: Why don't we take a
 4       ten-minute break before we get to the
 5       next stage.
 6           So if we could take us off the
 7       record.
 8           THE VIDEOGRAPHER: Sure.
 9           The time is approximately 2:53.
10           We're going off the record.
11           (Whereupon a break was taken)
12           THE VIDEOGRAPHER: The time is
13       approximately 3:10.
14           We're back on the record.
15   Q.    We just discussed the
16   conversation you had in mid May with the
17   Governor.
18           What was the next conversation
19   or encounter with the Governor where
20   anything notable happened?
21   A.    The next interaction I had with
22   the Governor was June 5.  This was the day
23   of the most serious allegations that I've
24   shared with you.
25           I was in the office.  It was a
```

```
                                         Page 164

 1                    C. Bennett

 2   Friday.  Stephanie asks that [Executive Assistant #2] and I

 3   grab legal pads and masks and pens and

 4   recorders and go back to work with the

 5   Governor, dictation.

 6             So the two of us go back there,

 7   and we're both sitting across the desk

 8   from the Governor and we make some small

 9   talk.  He asks about -- this was odd to

10   me, too, because [Executive Assistant #2] had been working

11   for him for a while, but he asks about her

12   name and if she was named after

13   _____, and then they start talking about

14   like the classic poster of _____  _____.

15   It was like a weird topic.  Totally fine.

16             He starts speaking and [Executive Assistant #2]

17   goes first, he asks her to go first, and

18   she's dictating, the recorder is on, and

19   he stops himself mid sentence to comment

20   on the fact that my mask goes in and out

21   as I'm breathing and it reminds him, he

22   says, of the monsters, like the aliens in

23   Predator, which is not a movie I seen, but

24   I like Google imaged it obviously after

25   the fact, and he's kind of laughing about
```

```
 1                    C. Bennett
 2    the mask.
 3              And then he makes a comment, you
 4    know, if I were investigated for sexual
 5    harassment, you know, what would I say.  I
 6    told her she looked like a monster, and
 7    then started laughing.  The last time I
 8    had seen him he had made this really
 9    inappropriate -- these really
10    inappropriate comments about sexual
11    violence in my past.  Like I was already
12    on guard.  And then when he mentioned
13    sexual harassment, it felt like he tripped
14    a wire almost, a total red flag.  And I
15    was kind of like sitting there realizing
16    he had maybe just said more than he wanted
17    to say.  I'm like, okay, I'm going to be
18    alone with him because Executive Assistant #2 going to
19    finish her piece and then she's going to
20    leave, and we'll go from there.
21              He continues speaking.  She's
22    still dictating but it's on police reform,
23    and this is June 5, so this right after
24    George Floyd's murder, and Executive Assistant #2 leaves.
25    And at this point I'm alone with him, and
```

```
                                    Page 166
 1                    C. Bennett
 2    the first time I've been alone with him
 3    since the previous interaction we just
 4    discussed.  And the timeline of events is
 5    a little bit confusing for me because I
 6    was in and out of his office.  But I
 7    dictate and I'm writing, and then he
 8    finishes, so I'm like preparing to depart,
 9    and he strikes up a conversation with me
10    and he was like, oh, how was your speech.
11    And we kind of like start chatting and
12    then he was like, oh, turn off your
13    tape-recorder.  And I'm like, oh, all
14    right.
15            So I turn off my tape-recorder
16    and we're talking about the speech and how
17    it went and that it was on my ███████████
18    birthday, so we're kind of talking about
19    my birthday and we're talking about COVID.
20    And he kind of launches into like -- I was
21    like, how are you, he was like, yeah, I'm
22    lonely and I'm tired and I can't sleep,
23    and he's kind of starts lamenting the fact
24    that work isn't great right now, there's a
25    pandemic.  And then he asks me -- he's
```

1                         C. Bennett
2    like, I haven't even hugged anyone in so
3    long, like I can't even hug anyone.  I was
4    like, well, what about your daughters.
5    Your family has been here, and so that was
6    kind of my mention.  He was like, no, no,
7    not like that, like a real hug.  And that
8    to me was a very obvious like no, not like
9    a warm hug, he's talking sexually.
10                 And then he turns to me and he
11   asks like who did you hug last, that kind
12   of like turn the table on me, and I was
13   like, you know, it's been really hard
14   because my parents are high risk and I was
15   quarantined with them now, when I go to
16   see them, I can't even go inside without a
17   mask and we mostly stay outside and I
18   can't even hug them.  And he was like, no,
19   no, no, like really hug, really hug, like
20   how long has it been.  I was like, oh, you
21   know, it's been a while.  He was like,
22   yeah, right, like that was kind of the
23   answer he was looking for.
24                 And he starts talking about how
25   he wants a girlfriend and preferably in

Page 168

1           C. Bennett
2     the Albany area, and in the same series of
3     conversations, which the order for me is
4     it is so jumbled and I felt like so much
5     is happening, but he asks me if I had ever
6     been with an older man and I answered that
7     honestly, and then he asked me if I
8     thought age mattered in relationships, and
9     I took a really long -- like I took a
10    pause and I was like about -- kind of
11    going on about power dynamics in
12    relationships, and he cut me off and he
13    was like, well, I don't think they matter,
14    I don't think they matter.  And then he
15    mentioned that he would -- he was like
16    anyone over the age of twenty-two.  It was
17    either twenty-two and up or older than
18    twenty-two, and I've obviously made
19    statements in the past about this exact
20    interaction, but I'm not exactly sure how
21    it was worded.  But he made it clear that
22    twenty-two was some type of cap for his
23    intimate relationships.  At the time he
24    was sixty-two.  And I just said, oh, like
25    your daughters, and he ignored me on that.

Page 169

1                        C. Bennett
2              And in the same series of
3   conversations we -- he asked me if I -- he
4   asked me when my last relationship was and
5   I had it had been several months ago, like
6   before the pandemic, and he asked how long
7   that had long on.  I said about six
8   months.  And he asked if that was
9   monogamous to which I said like kind of,
10  like yes and no.  And he took that to be
11  -- the way the conversation went was we
12  interpreted that to mean that I was
13  practicing -- the person I was with was
14  practicing monogamy but I was not, and he
15  interpreted this as -- in the context of
16  my other relationship in which like my
17  former partner ███████ █████ ██ █████ ████████
18  ██ █████ ███████ ██████
19              And then he alluded to the fact
20  that perhaps I need to get over my past
21  and recover from the things that have
22  happened to me, whether it's my former
23  partner ████████ ██████ and the sexual
24  violence piece that I had previously
25  talked to him about, and that I need to

1               C. Bennett

2    have control in relationships, but I also

3    don't want to be pinned down, which is why

4    I want people to be monogamous to me even

5    though I'm sleeping around, which is --

6    like I didn't even say that was the case.

7    He was kind of elaborating on these things

8    that I wasn't elaborating on. And then he

9    said that I would -- like once I healed, I

10   would have like a more serious

11   relationship.

12             And I did speak on monogamy, but

13   I tried to keep it very theoretical of

14   like I do think that people do enter

15   monogamous relationships for the wrong

16   reasons and that it can often be about

17   control and possession and ownership and

18   just like this automatic reflex to go to

19   that point of monogamy with someone simply

20   because that's more comfortable, but that

21   in fact it should be based more in trust

22   and honesty and conversation and

23   communication, and sometimes those pieces

24   get skipped, and like that conversation he

25   didn't want to have.  And kind of like him

```
                                        Page 171
 1                      C. Bennett
 2     cutting me off when he kind of like wanted
 3     to take another turn here, turn there.
 4              And he also asked in the same
 5     series of conversations if I had trouble
 6     being with people, are to which I said
 7     yes, and I didn't elaborate too much, I
 8     just said it's a work in progress for me,
 9     and that it's, you know, it will -- yeah,
10     it takes a lot of work, this takes a lot
11     of work.
12              I'm trying to think of the other
13     things that he touched on.
14              At one point I know we were
15     talking about my birthday and that kind of
16     thing, so then I like showed him a picture
17     of the tattoo that I wanted to get for my
18     ██████████ birthday, which at the time I
19     couldn't get because of COVID, and that
20     was my way to kind of like change the
21     topic.  And then he told me that I
22     shouldn't get it on my shoulder but I
23     should get it on my butt, and he said that
24     several times.  He felt that it was safer
25     so people wouldn't see it if I were
```

```
 1                    C. Bennett
 2    wearing a dress.
 3            He asked me about my piercings
 4    and I said that I have sixteen, like I
 5    showed him my ears which I have a lot of
 6    piercings on my ears and he asked if I had
 7    piercings anywhere else, to which I said
 8    no.  And then I just was like what about
 9    you and he said no, like it was really
10    painfully awkward.  And like I didn't
11    really know how to respond to some of
12    these points.  Some of them I responded
13    more in like theoretical terms.  Others
14    was like the awkward tattoo diversion.
15    Others I answered just straight up
16    honestly about my life, sexually or
17    otherwise.
18            It was between him asking me if
19    I would or have I slept with an older man
20    in combination with all these
21    conversations about my romantic life and
22    my sex life and the fact that he was
23    willing to sleep with someone my age as we
24    had explicitly discussed the fact that I
25    had turned twenty-five, it was very clear
```

```
 1                    C. Bennett
 2   to me that he, over the course of these
 3   conversations, was propositioning me for
 4   sex, and then also in these same
 5   conversations we talked about Black Lives
 6   Matter and press conferences.  And I was
 7   at this point fully, fully aware of what
 8   was going on and fully freaked out and
 9   needed to get out of the office as soon as
10   possible, but the conversation took place
11   in two parts in which part of it
12   happened -- I went back to my desk to
13   continue doing work and then I was like
14   called back in, and so I was in this loop
15   of talking to him and trying to work and
16   like texting my friend, and it really -- I
17   wish I had a more linear description of
18   this conversation, but I -- it's almost
19   impossible to know how he even jumped from
20   question to question.
21           I don't know if I'm explaining
22   this well.
23      Q.    How did you feel at the time?
24      A.    I felt really uncomfortable, but
25   I was very sensitive to the fact that I
```

```
1                      C. Bennett
2    was -- I was scared and I was
3    uncomfortable, but I also was acutely
4    aware that I did not want him to get mad.
5    I know him, I've seen his temper, I've
6    heard it, I've worked with him for a year
7    now, and I was trying my best to get
8    through the conversation, and I was really
9    like focused almost just on the question
10   he was asking me, because I was --
11   otherwise I would have been like really
12   freaking out.  But I was really like very
13   low energy and a little bit like almost
14   glum, because he mentioned it the next day
15   that I was very low energy in this
16   conversation and asked me why.
17       Q.    We'll get to the next day in a
18   minute.
19             After the conversation with the
20   Governor, did you speak to anyone in the
21   office about the conversation?
22       A.    I didn't have much work, but the
23   conversation went on for a significant
24   period of time.  So when I exited the
25   conversation in the office with the
```

```
 1                    C. Bennett
 2   Governor, I walked by Stephanie's desk,
 3   and she was at her computer, did not turn
 4   around, and said something to the effect
 5   of what were you doing back there so long
 6   or were you working the whole time or what
 7   were you talking about.  It was some
 8   question of what was that.  And I like
 9   turned to face her, but she never even
10   turned around to look at me, she was still
11   facing her computer, and I just said he
12   asked me questions about the protests and
13   the press conferences, and she just didn't
14   reply, and I walked away.  At that point I
15   was extremely freaked out and I am on the
16   verge of tears, and I walked back across
17   the hall to where the EAs, where our desks
18   are, and Executive Assistant #2 sees me and I'm visibly
19   upset at this point.  And she asked me
20   what was wrong and I just said like I
21   think Stephanie is mad at me, and that was
22   really -- she's like -- she like didn't
23   really understand what was happening, but
24   I just didn't want to elaborate.  I think
25   I may have said he was chatty or
```

Page 176

```
                            C. Bennett
 1
 2    something, but I really didn't go into it.
 3    And I like ordered lunch and never got to
 4    eat it, so I'm like trying to eat this
 5    sandwich but I'm trying also not to cry
 6    and I'm like texting my friend.
 7              The interaction with [Executive Assistant #2] was
 8    very memorable because I felt like I don't
 9    act like that in the office and things
10    don't rattle me quite -- like Stephanie
11    could be mad at me and I wouldn't be
12    crying, you know.
13        Q.    Did anyone else see you in the
14    office being upset that afternoon?
15        A.    Not that I can remember.
16        Q.    And you mentioned you were
17    texting with your friend.
18              Was that your friend ██████?
19        A.    Yes.
20        Q.    And why don't you turn to tab
21    twenty-three.
22              And is this the texting that you
23    were doing with her that day?
24        A.    Yes.
25        Q.    And on the first page, you
```

Page 177

```
 1                    C. Bennett
 2   talked about you were going to burst into
 3   tears, this world is a horrible place, and
 4   then you wrote, "why is everyone racist."
 5             What is that a reference to?
 6        A.     I tried to talk to him about
 7   Black Lives Matter.  At the time, I was,
 8   as was the world, very upset and I was
 9   actively frustrated with his response and
10   he asked me about it in this interaction
11   and I told him he should show up at a
12   protest and his comments were confirmation
13   to me that he didn't really understand the
14   issue or care enough about it.  It was
15   upsetting on top of everything else.
16        Q.     On the next page she writes,
17   "oh, fuck, are you okay," and you wrote,
18   "I feel like think of what you think it
19   could be."
20             What were you referring to
21   there?
22        A.     I was trying to be cryptic but
23   really was saying nonsense.  I would say
24   that ███████ really didn't like my job,
25   though I don't know what she would be
```

```
 1                    C. Bennett
 2  guessing this would be about.
 3      Q.    And on the next page you wrote,
 4  "talked about age difference in
 5  relationships" and then "no, but it was
 6  like the most explicit it could be" and
 7  she wrote a series of "oh, my Gods," and
 8  like him, him, the him, and you wrote,
 9  "him, him, him."
10            That was a reference to the
11  Governor?
12      A.    Correct.
13      Q.    And on the next page you wrote,
14  "yes, like shaking."
15            Were you shaking after the
16  encounter?
17      A.    Yes.
18      Q.    On the next page you say, "I'm
19  going to take tomorrow off."
20            That was the Saturday?
21      A.    Correct.
22      Q.    And then if you turn to the page
23  further on at Friday, June 5 at 5:13 p.m.,
24  you wrote, "sorry, still fucking here.  So
25  upset."
```

Page 179

1                   C. Bennett
2             Were you still stuck at work at
3    that point?
4        A.    I was still stuck at work at
5    that point.
6        Q.    And then if you continue on, you
7    continued the text Saturday morning.  You
8    wrote, "was in a coma sleep and then I got
9    a need these six briefings in sixty
10   minutes.  So deeply upset.  Ran to the
11   office."
12            Was that the next time you saw
13   the Governor?
14       A.    Yes.
15       Q.    So why don't you tell us about
16   what happened in that conversation -- in
17   that encounter.
18       A.    I really didn't plan to be in
19   the office and I didn't really didn't plan
20   to be alone with him again, and I
21   literally went to bed, woke up, and then I
22   was back in the office alone with him
23   again.  And this was, you know, one of
24   those you just get a horrible e-mail.
25            And I run to the office and I'm

```
 1                    C. Bennett
 2   like, all right, I can just fix up these
 3   briefings, print them out, drop them, and
 4   I can get out of there.  And then
 5   Stephanie walks into the room and she sees
 6   me and she goes oh, good, you're here.
 7   And I swear to God, my heart dropped.
 8   Thinking back I was like I should have
 9   picked a different office, even just like
10   a different computer to do my same work
11   just so like I wasn't seen.
12              Anyway, that's irrelevant.
13              She was like, oh, good, you're
14   here, which means -- I almost knew in the
15   moment she's going to ask me to go back
16   there again, and she did.  She was like
17   okay, can you come back.  And it was just
18   me this time.  And it was Saturday
19   afternoon, so there weren't that many
20   people around.  I'm back there.  It's
21   behind the trooper manned door.  I'm
22   sitting at one of the EA desks, so I don't
23   see the Governor.  He is back in his
24   office.  Stephanie is in her office,
25   Melissa's in her office, so it's just the
```

```
                                    Page 181
 1                      C. Bennett
 2     two of us behind this door.  And I'm
 3     sitting there, sitting there, and then
 4     they tell [Executive Assistant #2] that she can go or there
 5     was something where like [Executive Assistant #2] came to
 6     the door and handed me like my bag and my
 7     purse and stuff, because I was just like
 8     I'm camping out back here.
 9              And then Stephanie and Melissa
10     leave and go to the Governor's pool, and I
11     was -- I realized in that moment that I'm
12     baby-sitting him this afternoon and he's
13     just in his office.  I didn't know what he
14     was doing, and I hadn't seen him, but I
15     had this moment of like I'm fully alone
16     with him, there's like barely anyone here,
17     there's no one behind this locked door
18     besides the two of us, and my whole plan
19     was basically to never see him again,
20     though I had not enacted any plan because
21     I was asleep between the two interactions.
22     That was when I think it really like hit
23     me the graph tee of the situation that I
24     was in and I really don't have any control
25     over my life or my location and that this
```

```
                                      Page 182
 1                     C. Bennett
 2    was a lot more serious and a lot more out
 3    of control, a lot more out of my control.
 4    And that's when I start texting ████ that
 5    I'm outside his door and freaking out.
 6              He calls me back at one point to
 7    help him with his phone.  There were two
 8    times he called me back, and I don't
 9    remember the order.  In one he -- it might
10    be here.  But in one he was trying to get
11    from app to app and couldn't navigate his
12    iPhone, so I just showed him how to switch
13    apps.  And in a second instance he thought
14    his phone was dying and it's plugged in,
15    fully charged, and he's asking me why it's
16    dying and I said it's fully charged, it's
17    a full battery with a charge symbol.  What
18    I realized at the time was that he was
19    dictating into his notes app the book that
20    he was writing and just like didn't know
21    how to work his phone.  But I was sitting
22    there that afternoon babysitting him
23    helping with his phone while he's sitting
24    in his office so he can write his book.
25    And also that like each time I have to
```

1                     C. Bennett
2    walk behind his desk to help him with his
3    phone, it's like not a thing I've had to
4    do before because I like never see him use
5    his iPhone, it was like a first for me.
6    I'm fully aware that I'm walking behind
7    his desk and that like closing space.
8    Like I was closer to him in this
9    interaction than I was even the day before
10   because I was like at least just sitting
11   on the other side of his desk where he'd
12   have to get up and walk towards me.  In
13   this, I was literally like standing over
14   him.
15            And then I just -- at one point
16   he was like thanks, that's it, and I was
17   like I can go, this is all you need, and
18   he was like no, I meant like just go sit
19   back down.  I was like I'm going to get
20   out of here and he was like no, please sit
21   back down, like I'm not done.
22            And then finally, I'm still
23   freaking out and sitting at this EA desk,
24   he calls me back a third time and he's
25   packing up, and it was like clearly like

Page 184

                        C. Bennett

1          the end of the day and he's closing out
2          and he's like, did you find me a
3          girlfriend yet, referencing the previous
4          conversation about trying to find a
5          girlfriend in the Albany area and I was
6          like nope, not yet.  And I don't remember
7          what he said.  I was wearing jean shorts,
8          but like very like long and baggy and like
9          nothing inappropriate, like I felt
10         comfortable enough.  Though I wouldn't
11         choose to wear jean shorts in front of the
12         Governor, I didn't feel like I was dressed
13         like -- I'm not dressed like I'm at a
14         beach party or anything like that, very
15         appropriate jean shorts and he tells me I
16         look like Daisy Duke.  And I think I even
17         admitted that I didn't know who that was.
18                  And then he left, and I just --
19         like I think it was just -- it was almost
20         scarier than the day before, because it
21         was just a reminder of again the lack of
22         control that I had and the fact that like
23         I promised myself I wasn't going to be
24         alone with this person and I immediately

Page 185

```
 1              C. Bennett
 2   was and I had nothing -- nothing I could
 3   do.
 4              I don't know, it may have been
 5   Jill.  I'm not sure.  Usually it's Jill,
 6   Annabel, or Stephanie that needs the
 7   briefing, but I couldn't say for sure.
 8              MR. KIM: I just asked who had
 9         called her in that Saturday morning.
10              MS. CLARK: Were you going to ask
11         another question?
12              MR. KIM: Was that how they
13         normally called you in?  Or how did
14         they normally call you in, by a PIN or
15         a text message, or how did they do it?
16              THE WITNESS:  At that point
17         everyone else had -- we were using
18         iPhones, so I was no longer receiving
19         PINs by the pandemic.  I believe it
20         was an e-mail.  But I could get a text
21         from Annabel.  But traditionally it
22         would be an e-mail.
23              MR. KIM: Thank you.
24         Q.    Anything else you recall that he
25   said in that conversation on the sixth?
```

```
 1                    C. Bennett
 2      A.     That he commented on my low
 3   energy from the previous day and asked me
 4   if it was because I was hungover, because
 5   he actually asked me what I had done the
 6   night before and I said I went to bed at
 7   7:30, and then that was like he was oh,
 8   you were low energy, you must have been
 9   hungover, or something to that effect.
10      Q.     In your text with ███ , and
11   it's hard to direct but because it's not
12   paginated, but at one point on the sixth
13   you text to her, "I need to talk to Jill"
14   and then in all caps "immediately."
15           Is that a reference to Jill
16   Desrosiers?
17      A.     Yes.
18      Q.     And is that the first time you
19   considered going to Jill?
20      A.     Yes.
21      Q.     And why did you think Jill was
22   the appropriate person to go to?
23      A.     I trusted Jill.  She was my
24   boss, and Annabel was also my boss, but I
25   had no trust, fate, or rapport with her.
```

```
                                    Page 187
 1                   C. Bennett
 2    But Jill -- at that point I really trusted
 3    Jill, and she was a serious person.
 4         Q.    And we'll come to your
 5    conversations with Jill in a minute.
 6              On the next page you texted to
 7    ██████, "I had a second round interview
 8    this week, and they loved me, so there's a
 9    chance."
10              Who did you have the interview
11    with?
12         A.    I think it was the Council of
13    State Governments.  I just maybe made that
14    up.  It was -- it was an organization that
15    did prison reform.
16         Q.    And a little further down you
17    write, "I've been waiting for almost two
18    hours." She wrote, "he's not stupid, he
19    knows what he's doing." You wrote, "he
20    knows" in all caps.  She wrote, "he's so
21    fucking manipulative and now it's like so
22    blatant."  And you wrote, "this is
23    definitely what he did to Senior Staffer #3 ."
24              Is that a reference to Senior Staffer #3
25    ██████?
```

```
 1                    C. Bennett
 2        A.    Yes.
 3        Q.    And what were you referring to
 4   when you said, "this is what he did to
 5   Senior Staffer #3 ?"
 6        A.    I just had this moment of
 7   clarity in which the possibility and
 8   realistic -- like the realistic
 9   possibility that they had a relationship
10   and how it may have started, and in some
11   ways I like pitied her in that moment
12   because she started in the administration,
13   that was like her first job was with New
14   York State and thinking that like someone
15   younger or less confident or a different
16   person would be sitting there with a
17   different mindset or somehow encounter
18   this same man and think that it's
19   exciting.
20        Q.    You talked about the time where
21   the Governor called you bun for a while.
22              Did the Governor have any other
23   nicknames for you at any point in time?
24        A.    So one thing I did forget to
25   mention is that he also, in the June 5
```

```
 1                    C. Bennett
 2  conversation, he complimented my makeup
 3  and he said he liked my eyeliner and I
 4  think I called them wings, because that's
 5  what they're called, and a few days after
 6  that conversation he called me Wings.  I
 7  think it was that Monday following.
 8             Those are the only two -- he
 9  called me Lot was the main nickname that
10  he used.
11      Q.    Did he ever refer to you as Miss
12  Char-A-Latte?
13      A.    Yes.
14      Q.    How many times did he do that?
15      A.    I'm not sure a number.
16      Q.    And do you recall the context in
17  which he did it?
18      A.    No, I do not.
19      Q.    Did you ever have your picture
20  taken with the Governor?
21      A.    Yes.
22      Q.    And when you did, where did he
23  place his hands?
24      A.    Around my waist.
25      Q.    And was it the middle of your
```

Page 190

1                    C. Bennett

2    waist, high, low?

3        A.    I don't remember.

4        Q.    Did where he placed his hands

5    during any photos ever make you

6    uncomfortable, or did you think it was

7    inappropriate where he placed his hand?

8        A.    Looking back, yes, definitely

9    uncomfortable.  Those photos make me

10   extremely uncomfortable.  But again, I

11   think I was focused on seeing him as more

12   of a father figure mentor that in the

13   moment it was not something I picked up

14   on.

15       Q.    Did the Governor ever give you

16   any copies of photos that had been taken

17   of the two of you together?

18       A.    No.

19       Q.    Did you ever send the Governor

20   pictures of yourself?

21       A.    No.

22       Q.    Did the Governor ever ask to see

23   your Instagram account?

24       A.    No.

25       Q.    Did you ever show the Governor

Page 191

                          C. Bennett

1

2     your Instagram account?

3          A.    No.

4          Q.    Did you ever engage in any

5     conduct with the Governor that you would

6     consider to be flirting?

7          A.    No.

8          Q.    And we're asking some questions

9     because we don't know what the Governor is

10    going to say.

11               Did you ever have a romantic or

12    sexual relationship with the Governor?

13         A.    No.

14         Q.    Other than what you've already

15    described, are there any people who worked

16    in the Chambers or former employees of the

17    Chambers that you told about the

18    Governor's conduct when it was happening?

19         A.    I told -- so Jill Desrosiers,

20    Judith Mogul, Staffer #2 ██████, ████ ████████,

21    Staffer #3 ██████, ████ ████████, ██████

22    ████████████ ██████ ████████.  There may

23    be others.

24         Q.    And ████ ████████, did you tell

25    her after you started working with her?

Page 192

                        C. Bennett
1
2       A.      Yes.
3       Q.      And ████████  ████████████, what, if
4   anything, did he say in response?
5       A.      He was upset to hear it.  I
6   don't remember exactly what he said in
7   response.  I think we had a longer
8   conversation.  I saw Lindsey's tweets in
9   December and had reached out to ████████,
10  because I didn't know Lindsey.  And I had
11  actually reached out to Lindsey, but
12  separately from that I kind of wanted to
13  know from my friends what Lindsey's
14  rapport error was generally, just for my
15  own peace of mind, and he was one of the
16  people I reached out to.
17      Q.      And what did he tell you about
18  Lindsey?
19      A.      He said he believed what she was
20  saying, and I don't even remember what
21  else he said.  I think we talked a little
22  bit about the political implications of me
23  involving myself with her.  He suggested
24  that -- and I don't remember the order of
25  this, but we had talked at that time about

```
 1                    C. Bennett
 2   me coming out with my story and that I was
 3   like kind toying with the idea but like
 4   ultimately did not want to do it and was
 5   still very raw from this.  It was in
 6   December and I had officially left in
 7   November.  And this may have even been the
 8   first time I found out about the fact
 9   that's why I left.  I'm not sure even when
10   I told him.
11             But he said -- he's like,
12   listen, don't even make a decision, just
13   write it down.  I didn't down what you
14   remember, write down who knows, like put
15   it somewhere and think about it, you don't
16   have to make a decision, and we kind of
17   had that conversation.
18      Q.    Other than the conduct you
19   described between you and the Governor,
20   were you aware of the Governor engaging in
21   any inappropriate conduct that was not of
22   a sexual nature, not relating to sexual
23   harassment?
24      A.    I was frustrated by the mix of
25   public and private work.  I was
```

Page 194

```
                              C. Bennett
 1
 2     unimpressed by the way the off was run in
 3     that respect, and thought it was an
 4     inappropriate overlap of state staffers
 5     and campaign efforts.
 6         Q.    I think we're leaving that
 7     subject to other folks.
 8              If you could turn to tab
 9     twenty-five.  It's more of your texts with
10     Staffer #5 .
11         A.    Oh, God.  Yeah.
12         Q.    Where it looks like you wrote to
13     him, "you leave for one day and the
14     Governor drops the N-bomb," and that's in
15     October of 2019.
16              What was that in reference to?
17     Or is he saying that to you?  It's hard to
18     tell.
19         A.    It's difficult to tell.  I think
20     he said that to me, but I easily could
21     have texted that to him.
22              I remember texting with him that
23     day, because I went to ██████ there was a
24     concert that my brother and I were going
25     to -- he lives in ██████.  So I went up
```

Page 195

C. Bennett

1
2   there and was working remotely, and he was
3   on the radio that day.  So I obviously
4   listened.  And he said the N-word on the
5   radio.  And also making the case that he
6   is trying to make this comparison between
7   Italians and black people and he uses that
8   word, and just like one of those days
9   where I was like should I just quit?  It's
10  embarrassing, it's embarrassing for
11  everyone.
12          Yeah, I remember that day well.
13      Q.    Other than on the radio, did you
14  ever hear the Governor use the N-word?
15      A.    No, but I remember being
16  frustrated with the way he spoke about
17  black people when we were -- this was when
18  we were talking about -- I don't know if
19  it was vaping or if it was some sort of --
20  what we were doing in the fall.  But we
21  were talking about menthol cigarettes.
22  Not me, sorry, he was having a meeting
23  with a bunch of folks, I think Dr. Zucker
24  was there, and I just heard him ask about
25  what the blacks thought about menthol

1               C. Bennett
2   cigarettes, how they would react, and it
3   felt like he would make those comments
4   sometimes that is not the way you speak
5   about black Americans.
6               And it was after this, obviously
7   before George Floyd, but yeah, just kind
8   of the -- it was kind of the same way I
9   wrote off the way he spoke to me in that
10  January conversation about sexual violence
11  whereas I feel like you're totally out of
12  -- like you're living in the 1950s and you
13  don't know what you're saying, but that
14  ultimately you can't write it off because
15  he's the Governor of New York and it's
16  just inappropriate.
17     Q.     Now, we saw on the text to ████
18  that on that Saturday you said, "I have to
19  talk to Jill immediately."
20              After that Saturday, what
21  happened between then and when you
22  actually did speak to Jill Desrosiers?
23     A.     What happened between, sorry?
24     Q.     Yes.
25     A.     I had a very long conversation

Page 197

```
 1                          C. Bennett
 2   with [Staffer #2]  ████████  in which I explained the
 3   contents of my conversation from -- with
 4   the Governor from the fifth and then also
 5   I definitely mentioned the fact that I
 6   found myself behind closed doors with him
 7   on the sixth.  And it was very much [Staffer #2]
 8   sitting there silently as I just kind of
 9   let loose what was a combination of
10   sadness and anger.  And then I got in my
11   car, it was probably 11:00 at this point,
12   got in my car and drove back to the city.
13            And then I staffed the Governor
14   in the city, which is when -- it was very
15   quick, he came in, did the press
16   conference, left.  But I was sitting in
17   Stephanie's seat because she didn't fly
18   down and he referred to me as Wings.  That
19   whole staffing experience I was just like
20   this is it, just get through this one day,
21   you'll get back to Albany, you'll get out
22   of this situation, like this is just kind
23   of like hold it down, it will be quick,
24   and it was.
25            And then my next stop was to my
```

Page 198

```
1                    C. Bennett
2    parents.  I think I spent the rest of that
3    day in the city and the next day I drove
4    to my parents' on my way to Albany.  That
5    was Tuesday.  I texted them in advance,
6    said are you guys both around, my dad is
7    working during the day but obviously he
8    was remotely at that point because of
9    COVID, can he step away, he's on Wall
10   Street, he's a trader, so I feel like
11   there are times when he just like
12   literally cannot get up from his desk.
13   But I just said I need -- will dad be able
14   to just get up and I'll have this
15   conversation with both of you kind of
16   thing.
17            And arrived and waited for them
18   both to sit down, and then I explained the
19   Governor asked me about my sex life, he
20   wanted to know if I slept with older men,
21   and just kind of gave them the very top
22   line, and they are both upset.  And I just
23   said like I'm on my way to Albany, I'm
24   going to go talk to Jill, and I just
25   needed you to know because I might come
```

Page 199

```
 1                    C. Bennett
 2  home without a job and I need to tell you
 3  this in advance, like what the possibility
 4  is, to prepare you.
 5            And they were both pretty upset.
 6  They asked me to call my aunt, who is a
 7  lawyer, just to kind of get someone else's
 8  perspective on what I was about to do.  So
 9  I called her from ████████  and we spoke for
10  maybe ten minutes.
```



```
19            MS. KATZ: Charlotte, I'm going
20      to interject at this point.
21            To the extent that this person
22      is giving you legal advice and you
23      were relying on her for legal advice,
24      I don't think you should get into
25      that, and I would also ask that that
```

```
 1                    C. Bennett
 2        be stricken from the record here.
 3             MS. CLARK: We can move on.
 4        Q.    So after you spoke to your aunt,
 5    what happened?
 6             MS. KATZ: And that doesn't
 7        exactly deal with my concern, which is
 8        I don't want any arguments of waiver
 9        of privilege, so I'm going to move to
10        strike that.  That shouldn't be in the
11        record.
12             And Charlotte, I'm going to
13        direct you not to go into
14        communications with anybody -- a
15        lawyer that dictated how you would
16        proceed.
17             MS. CLARK: We're not seeking to
18        waive the privilege.
19             MS. KATZ: I understand, of
20        course, but I think other people who
21        might have access to this transcript
22        at some point may see that
23        differently, so I'd like that to be
24        stricken from the record so there's no
25        indication of waiver, because there is
```

```
                                            Page 201
 1                    C. Bennett
 2       none.
 3              MS. CLARK: I think you've made
 4       your record clearly.
 5       Q.      Charlotte, after you spoke to
 6   your aunt, what happened?
 7       A.      I drove up to Albany and I got
 8   there right at six because Tuesdays at six
 9   was my standing appointment ███ █
10   ███████. And I explained to her what
11   had happened on Friday and that I was
12   going to go talk to Jill, or just -- I
13   don't even know how far we had gotten.
14              Yeah, it was like an hour of --
15   it was like I have nowhere to turn was the
16   theme of the conversation.
17       Q.      And was your Trooper #1 ██████ by
18   phone?
19       A.      Yes.
20       Q.      So after ████ ███████ ███████,
21   what happened?
22       A.      I prepared to talk to Jill the
23   next day and then it was Wednesday and I
24   decided I would talk to one more person
25   about my decision, and so I texted ██████
```

Page 202

C. Bennett

1

2      ████████  just to see if he would discuss --

3      it was like we should go for a walk and

4      talk.

5          Q.     And what was ████████  ████████

6      role at the time?

7          A.     He was the deputy director of

8      ████  ████████  ████████████.

9          Q.     Did you take a walk with ████████?

10         A.     I took a walk with ████████.  We

11     went across the plaza.  And I just

12     explained like the Governor wants to have

13     sex with me and here are the things that

14     he said, and now I'm trying to figure out

15     what to do, and it's at least clear to me

16     that I can't be in this job anymore.  I'm

17     not showing up to his house, I'm not

18     waiting for him when he's in the office,

19     I'm not doing this, so I need to -- this

20     can't happen again.  And he agreed that

21     Jill was probably my best bet.  So I was

22     like all right, I'm going to talk to Jill,

23     and so I went and I snagged Jill at the

24     end of the day and it was a really quick

25     conversation in which she could tell I was

Page 203

                    C. Bennett

1    upset when I sat down.  We were in her

2    office and I just top line -- I was like

3    listen, I love you guys, everything is

4    fine, but I can no longer serve in my

5    position, the Governor crossed a line with

6    me last week, and I can no longer serve in

7    this position.  And she asked me what

8    happened and I just gave her top line, the

9    same top line.  And she said okay, and

10   asked me basically if I wanted to move to

11   an agency or if I wanted to just like a

12   different job or what.  It was a very

13   quick conversation.

14       Q.    When you told Jill, did she seem

15   surprised?

16       A.    She seemed surprised, but

17   looking back, it was such a short and -- a

18   short conversation with such a specific

19   solution that it felt very like

20   insignificant in the larger operations of

21   the office maybe.

22       Q.    Did she ask you any questions,

23   like details of what happened between you

24   and the Governor?

1                      C. Bennett
2          A.      Nothing past just me shooting
3    out a few examples of him asking me if I
4    slept with older men, he said he would
5    sleep with younger women, that kind of --
6    I gave very brief rundown, and that was
7    enough for her to say like okay, well,
8    that's inappropriate and I'm sorry, and we
9    kind of had like a -- I don't know, I'm
10   sorry.
11         Q.      She said that's inappropriate
12   and she said she's sorry?
13         A.      Yeah, like in the meeting she
14   definitely validated the fact that it was
15   inappropriate behavior.
16         Q.      Did she say anything to you
17   about making any sort of formal complaint?
18         A.      No.
19         Q.      Did she tell you whether she had
20   to report it to anyone?
21         A.      No.
22         Q.      Did she talk to you about
23   retaliation and you being protected from
24   retaliation or anything along those lines?
25         A.      No.

```
 1                    C. Bennett
 2      Q.    Prior to this conversation, had
 3  you ever spoken to Jill Desrosiers before
 4  about possibly leaving Chambers?
 5      A.    Yes.
 6      Q.    When she asked you if you wanted
 7  to work for an agency or go somewhere else
 8  within the structure, what did you tell
 9  her?
10      A.    I said I was fine to stay in
11  Chambers, but I didn't want any
12  interaction with him.
13      Q.    Anything else you recall the two
14  of you discussed during that meeting?
15      A.    I think we discussed my general
16  interests, like women's health and
17  possible jobs.
18      Q.    How did the meeting end?
19      A.    She told me to return on Friday,
20  so two days.
21      Q.    Did you speak to anyone about
22  that meeting after it happened?
23      A.    I told ████, I told my parents,
24  I later told Staffer #2 ████, and I just had
25  mentioned that night when I told ████
```

C. Bennett

1

2    Staffer #3 , Staffer #4 ▮▮▮▮▮ , ▮▮▮ ▮▮▮▮▮ , and then

3    Staffer #2 ▮▮▮▮ was there, I mentioned I spoke

4    to Jill and I got a new job.

5       Q.    And just to confirm, is tab

6    twenty-six texts that you sent to ▮▮▮▮

7    after you spoke to Jill?  It starts with

8    ▮▮▮, I'm sorry, a few pages in.

9       A.    Yeah.

10      Q.    And is tab twenty-seven texts

11   you had with your parents after the

12   meeting with Jill?

13      A.    This was the conversation --

14   this was following the conversation when I

15   followed up with her two days later.

16      Q.    Before we get to that, did you

17   have a follow-up conversation with ▮▮▮▮?

18      A.    I definitely did.

19      Q.    And what do you recall you and

20   ▮▮▮▮ discussed after you spoke with Jill?

21      A.    I think I just gave him a

22   rundown.

23      Q.    And so you said it was two days

24   later.

25            Did you follow up with Jill, or

```
 1                    C. Bennett
 2   did Jill follow up with you?
 3        A.    I followed up with Jill.  I
 4   actually poked my head in her office -- it
 5   was like it's Friday, I just need to know
 6   what's going on because I'm still in this
 7   job, it's been a week doing this, and I
 8   poked my head in and she kind of had that
 9   like almost a moment of like recognition.
10   And I don't know if she said like come
11   back later or she couldn't talk right
12   then, but it was almost like this moment
13   where she saw my face and she needed to do
14   what she said she was going to do, which
15   also makes me think that it wasn't a big
16   deal because she literally forgot until
17   she saw me again that we were supposed to
18   meet and she was supposed to have answers
19   to the questions that I posed on
20   Wednesday.
21        Q.    And so did you speak with her
22   later that day?
23        A.    I spoke with her later that day,
24   but I actually ran into ██████  ████████  in
25   the hallway before I spoke with Jill and
```

1                    C. Bennett

2  ███████  was like I just talked to Jill,

3  you're going to join my team, I'm so

4  excited.  So then I went into Jill later

5  towards the end of the day and she was

6  like you'll be joining the health team.

7  And then I just said I want to be doing

8  women's health and LGBTQ health and she is

9  like, yeah, that and other stuff, and we

10 kind of talked and I thanked her and was

11 still probably emotional and I'm sure -- I

12 think she still just -- she was like being

13 kind.  And then that was like I think a

14 fairly short conversation as well.

15      Q.    And was that your last day

16 working as an executive assistant?

17      A.    Yes.

18      Q.    When did you start in the health

19 role?

20      A.    Monday the fifteenth.

21      Q.    So the following Monday you

22 started your new job?

23      A.    Yeah.

24      Q.    Did you say good-bye to the

25 other executive assistants?

1                    C. Bennett

2        A.    I think at one point I went in

3    there and like told them I was leaving,

4    but it was very abrupt, and I don't

5    remember exactly when.

6        Q.    Did you tell them why you were

7    leaving?

8        A.    I didn't tell them the actual

9    reason, and they knew, referring to the

10   job interviews that I had had outside of

11   New York State government, they knew that

12   I was trying to something something

13   movement professionally, so I tried to --

14   I don't know exactly what I said, but they

15   were kind of like oh, congratulations,

16   because I was like interviewing for other

17   jobs, so I didn't really address it in an

18   honest way.

19       Q.    Did you tell them whether --

20   that Jill had anything to do with moving

21   over to working in the healthcare?

22       A.    I probably did because I feel

23   like Jill would be important in that

24   decision.

25       Q.    And so the following Monday you

Page 210

```
 1                    C. Bennett
 2   started healthcare.
 3              Where were you physically
 4   located at that point?
 5       A.    I was located on the other side
 6   of the Capitol in the other hallway.  I
 7   just took a desk, like no one was around
 8   because of COVID, so I just like took a
 9   desk close to ██████.
10              And then I don't think ██████
11   even -- she didn't know I was starting,
12   and so Monday we had a meeting and then
13   she asked me maybe in that afternoon
14   meeting, she kind of got into work late,
15   not that she started working late but she
16   started working first thing in the morning
17   and then was able to drive her car from
18   one location to the other in the middle of
19   the day.  We talked later in the day on
20   Monday and she asked me when I was
21   starting and I said today is my first day,
22   and she was like oh, okay.
23       Q.    After you switched over to
24   healthcare, did you ever see the Governor
25   again?
```

1                C. Bennett

2      A.     I was invited to his pool party,

3  which is not -- it was more just beverages

4  and snacks in his pool house.  I was not

5  on the actual like invitation, which was

6  an e-mail thread.  But the day of the

7  party, like maybe two hours before the

8  party started, I got a call from Stephanie

9  inviting me to the party that I didn't

10 know about until she called me.  And I

11 reasoned that I would have to go to make

12 it look like everything is fine, and I was

13 really at that point concerned about

14 keeping up appearances generally but also

15 with the Governor, because I at that point

16 was hoping that he didn't know what

17 happened and I told Jill in both of these

18 meetings like I really didn't want him to

19 know that I had said anything.  And I'm

20 remembering now that on the fifth he also

21 mentioned again the cone of silence.

22 That's just an aside.  And I just remember

23 like even the idea of breaking that cone

24 of silence to me -- like I just wanted

25 everything to seem fine, so I was like I

```
 1                    C. Bennett
 2    have to go to this party.
 3              And so I texted [Staffer #2] ████████ to
 4    be like is this a party, this is a real
 5    thing where people are arriving at his
 6    house and I'm not going to show up and be
 7    there and no one else is going to be
 8    there, and he confirmed that there was an
 9    event.
10              So I showed up at his house at
11    noon and, when he eventually arrived or
12    like made his entrance, he like really
13    didn't acknowledge me and I was like
14    standing in a line with other -- I don't
15    know who else.  We just like hugged, but
16    it was bizarre and uncomfortable, and he
17    like didn't even acknowledge me at all.  I
18    think it was more because there was like
19    no one to greet a line of people without
20    pretending to greet me first and then
21    greet the next person and then greet the
22    next person.
23        Q.    Did Jill or anyone else ever
24    tell you what, if anything, anyone told
25    the Governor as to why you disappeared
```

1                    C. Bennett
2    from staffing him?
3        A.    On the Friday conversation, the
4    follow-up conversation with Jill, she
5    asked me if she could tell Stephanie and
6    Melissa and I really didn't want her to,
7    but I understand that she was kind of like
8    I have to say something, and she said she
9    would say like that they had an awkward
10   interaction or something along those
11   lines.  I was like okay, but I really
12   don't -- just say I really don't want him
13   to know, I really just want to -- this is,
14   you know, as little as possible.  Like
15   everything is fine.  Like I just -- like
16   trying to back away as slowly as possible
17   without rocking the boat and like -- so
18   when I got the call from Stephanie
19   inviting me to the party, like it was very
20   bizarre.
21       Q.    After you stopped being an
22   executive assistant, other than when
23   Stephanie called you to invite you to the
24   party, did you have any discussions with
25   Stephanie?

Page 214

C. Bennett

1

2      A.      We had some e-mail exchanges.  I

3   was still helping the briefing team,

4   because one of the briefers took vacation

5   and I was still helping like drop things

6   off, and they kept putting me on e-mail

7   chains, so there was some of that.

8      Q.      After Jill told you that she was

9   going to tell Stephanie and Melissa

10   DeRosa, did you have any conversations

11   with Melissa DeRosa?

12      A.      At the end of the pool party I

13   was sitting next to her, but she was not

14   addressing me specifically.

15          I actually e-mailed the two of

16   them after the pool party ended.  I mean,

17   this is how hard I was trying to make it

18   seem like everything was totally fine.  I

19   e-mailed Stephanie and Melissa after the

20   pool party being like you are amazing

21   women that hold up New York State and I

22   can't imagine -- like it's such an honor

23   knowing you.  It was like the most kiss

24   ass e-mail I've ever written in my whole

25   life and I was just sitting there like

Page 215

```
                         C. Bennett
 1
 2   feeling disgusting but like really the
 3   most olive branch whatever I could
 4   possibly craft in a single e-mail.  And
 5   they both replied the next day like very
 6   kind messages, like, oh, Charlotte, that's
 7   so kind of something bullshit, and then
 8   that was really it.
 9        Q.    And when's the next time, if
10   ever, you spoke to anyone in senior staff
11   about what happened with you and the
12   Governor?
13        A.    After that, I was -- Jill
14   brought me into her office on June 30 and
15   told me that I needed to tell Judy Mogul
16   the entire story from the first day I
17   started at the Chamber.
18        Q.    And what time of day was it on
19   the thirtieth?
20        A.    Right before 6:00, ████████ █
21   ████████   ████████ .
22        Q.    And when Jill told you you had
23   to tell Judy Mogul, was that before or
24   after you went out with the group of
25   people, [Staffer #4] ████████ , [Staffer #3] ████████ , et cetera,
```

```
 1                    C. Bennett
 2  and told them about your interactions with
 3  the Governor?
 4      A.    It was the next day that she
 5  called me.
 6      Q.    So you went to -- it was at her
 7  office?
 8      A.    Yes.
 9      Q.    And she said you needed to tell
10  Judy Mogul, did she tell you why?
11      A.    She just said she needed someone
12  else to understand the events.  She didn't
13  explain too much.
14      Q.    Did she tell you why the
15  conversation was happening on June 30 when
16  you had last spoken to her on June 12?
17      A.    No, she did not.
18      Q.    And did you -- was Judy then
19  brought into the meeting at that point?
20      A.    Jill called her on an iPhone and
21  put her on speakerphone.
22      Q.    And how long did your
23  meeting/call with Jill and Judy last?
24      A.    Over an hour, at least.
25      Q.    And what do you recall was said
```

```
 1                    C. Bennett
 2  by -- by the three of you in that meeting?
 3       A.    She -- Judy apologized and just
 4  said, you know, I know this is a lot, this
 5  is hard, but you're going to have to
 6  explain as much as you can remember about
 7  your relationship with the Governor,
 8  interactions you had, conversations you
 9  had from the moment you were hired.  And I
10  launched into I started on January 24,
11  2019 as this title all the way to present
12  day.  And Judy was taking notes and
13  interjecting with questions.  And then at
14  the end I just said so what's the -- you
15  know, what's the deal, and like what is
16  this.  And she just said I don't know, I
17  need some time to look this over.
18       Q.    You said she was taking notes.
19             How do you know she was taking
20  notes?
21       A.    She said she was creating a
22  chronology, and she would often pause,
23  refer back to things.  I think there may
24  be a point or two at which she asked me to
25  slow down.
```

Page 218

```
 1                    C. Bennett
 2      Q.    And you said she asked you
 3  questions.
 4            Do you recall any of the
 5  questions that she asked you?
 6      A.    I don't remember specific
 7  questions, but they were mostly clarifying
 8  questions as I shared all the same
 9  information that I've shared with you
10  today.
11      Q.    And did Ms. Mogul or Ms.
12  Desrosiers say that they were going to
13  report what you shared to anyone else?
14      A.    No.
15      Q.    Did she explain the complaint
16  procedure to you at all?
17      A.    No.
18      Q.    Did she talk to you about
19  retaliation or assure you you wouldn't be
20  retaliated against?
21      A.    No.
22      Q.    I'm going to ask you to look at
23  tab twenty-eight.
24            Are these texts -- text exchange
25  between you and ████ after you had your
```

Page 219

                        C. Bennett

 1

 2   meeting with Jill and Judy?

 3       A.    Yes.

 4       Q.    And on the first page, the first

 5   thing you wrote was, "toxic positivity."

 6             What was that a reference to?

 7       A.    Her ██████████ was teaching her

 8   about toxic positivity as it related to

 9   her relationship with her mother.

10       Q.    On the next page you wrote,

11   "dude, Jill just pulled me into her

12   office.   ███████ said she had never seen

13   Jill even in the health team's office

14   before."

15             Is that something that ████████

16   ███████ told you?

17       A.    Yes.

18       Q.    Did you have any conversation

19   with ███████  ██████████ about the meeting you

20   had with Jill and Judy after you had it?

21       A.    I returned to my desk and ████████

22   -- after my call with Judy and Jill and

23   ███████ was still there, so she asked me

24   what Jill was doing in her office, why she

25   pulled me out, and what took so long.  And

1                    C. Bennett
2    I explained that I had a call with Judy,
3    and that was when I basically said, you
4    know, I never want to be alone in a room
5    with the Governor again and that's why I'm
6    working for you now, and I just had a
7    whole conversation with Judy about it.
8         Q.    And what, if anything, did ███
9    say when you said you had to talk about
10   all that with Judy?
11        A.    She seemed shocked and upset,
12   but also just reiterated like how excited
13   she was to work with me.  We had worked
14   obviously together in a different capacity
15   and she just wanted to make sure I was
16   okay and said she looked forward to the
17   team and just kind of was checking in on
18   me.
19        Q.    On the next page you wrote,
20   after talking with ███ about talking
21   with the Chamber, "she was nice and she's
22   very well-respected and I really
23   appreciated the way she went about it."
24             Is that a reference to Judy?
25        A.    She is, though I don't stand by

Page 221

1                    C. Bennett

2      that statement.

3          Q.    Do you stand by any of it or

4      part of it, or what's your view on that

5      statement today?

6          A.    She was nice and she is very

7      well-respected in the office.  I don't now

8      appreciate the way she went about it,

9      mostly because it was just not how she's

10     legally required to handle this.

11         Q.    And you wrote, "and I just said

12     I will do anything to make it not a

13     problem."

14               Is that something that you said

15     to Jill and Judy?

16         A.    Yes, several times.

17         Q.    Did you -- other than your text

18     with ████████  and you talked to ██████

19     ████████ , did you speak to anyone else

20     about the meeting?

21         A.    I probably -- oh, I described it

22     to ████████  ████████████ .  He told me I should be

23     writing everything down and I should find

24     a lawyer.

25         Q.    Anything else that you and ████████

Page 222

1                        C. Bennett

2    discussed?

3        A.    No.  He was just concerned

4    generally.

5        Q.    In your meeting, did Judy ask if

6    the Governor ever touched you?

7        A.    I don't remember.

8        Q.    Did she ask if the Governor ever

9    made any sexual advances towards you?

10       A.    I don't remember.

11       Q.    Did Judy Mogul ever make any

12   comments along the lines of you took

13   control before anything could happen?

14       A.    The next day she -- I texted her

15   the next day just being like -- so

16   backtrack.

17             The next day I get an e-mail

18   from ███████    ███████, and it was just like

19   you might want this, something along those

20   lines, and it was a link to the employee

21   handbook, which I had not yet seen, and I

22   freaked out.  So I texted Judy like what's

23   going on, like have you made up -- what is

24   happening; right?  Like I'm just what's

25   going on.  And she was like can we get on

```
 1                   C. Bennett
 2   the phone with Jill.
 3               So we get on the phone and she
 4   just said the way you described it as
 5   grooming is actually so accurate and seems
 6   like you really stopped it, like you
 7   really nipped it in the bud, and it didn't
 8   rise to the level of sexual harassment, it
 9   was only grooming, so we don't do anything
10   about this, and I really think the way you
11   handled this was -- she complimented the
12   way I handled it and said that if she had
13   -- I don't know if she has a daughter, but
14   she was just like I hope that's how my
15   daughter would handle this.  And I was
16   like thanks.  And she was like it sounds
17   like you had a friendship, or like she
18   made some reference to my relationship
19   with the Governor, and I just tried to
20   like still backpedal, I was like yep, it
21   was a friendship, I don't know what
22   happened, just still trying to soften
23   everything, because I was still terrified.
24   And they were just like okay, yeah, yeah,
25   yeah, and then that was the whole phone
```

                     C. Bennett

1

2  call.

3       Q.    And am I correct in

4  understanding, in the first conversation

5  you had with Jill and Judy, you made

6  reference to the Governor grooming you and

7  in the second one she picked up on that

8  and said, yeah, it was just grooming, or

9  something along those lines?

10      A.    Correct.

11      Q.    Did -- in any of those

12  conversations did Jill or Judy tell you

13  that there were counseling services

14  available for you, or an EAP program?

15      A.    Not that I can recall.

16      Q.    And so am I correct that Judy

17  said it wasn't sexual harassment so she

18  didn't have to report it to anyone else,

19  or something along those lines?

20      A.    Yes.

21      Q.    Did Judy tell you in the second

22  conversation that she was very familiar

23  with the handbook?

24      A.    Yes.

25      Q.    Did she tell you that she was

Page 225

C. Bennett

1
2       very familiar with the law in this area?
3            A.     Yes.
4            Q.     And did she tell you -- is that
5       when she said that it was not sexual
6       harassment because you stopped it before
7       it got to that point, or words to that
8       effect?
9            A.     Yes.
10           Q.     Did she ask if you agreed with
11      that, that you had stopped it before it
12      crossed into sexual harassment?
13           A.     Yes.  I basically just agreed
14      with whatever.  I was really, really
15      trying my best to show them that I wasn't
16      a threat of my kind, to the point of where
17      even ████ had you just told them the
18      whole story, like begin to end, and I was
19      like I really am -- like I'm really trying
20      to put all my cards on the table, I'm not
21      trying to like -- I'm trying to be the
22      least adversarial I can ever be, like
23      thanks, everyone, for all your hard work.
24      I don't know, I just really -- I was just
25      trying to be the most agreeable, least

```
 1                C. Bennett
 2  rocking the boat I could possibly be.
 3      Q.    In the July 1 conversation, did
 4  Jill or Judy tell you that filing your
 5  complaint was an option for you?
 6      A.    No.
 7      Q.    Did either of them tell you
 8  that, if you wanted to bring any sort of
 9  complaint, that you'd be protected from
10  retaliation?
11      A.    No.
12      Q.    Did Judy tell you that she
13  thought you were very courageous?
14      A.    Yes.
15      Q.    Did they ask you any questions
16  about your new job?
17      A.    Yes, they did.
18      Q.    What did they ask you about your
19  new job?
20      A.    They asked if I was happy about
21  it.
22      Q.    And anything else you recall
23  that was said in the July 1 follow-up?
24      A.    I think I described it as a
25  dream job.
```

1                    C. Bennett

2           MR. KIM: Can I ask a follow-up

3      question?  Can you hear me on the

4      video?

5           MS. CLARK: Yes.

6           MR. KIM: You mentioned earlier

7      that you were sort of terrified.

8           What were you terrified --

9      during that call, what were you

10     terrified of?

11          THE WITNESS:  I didn't think any

12     person I had talked to at any point,

13     as nice as they were, were going to

14     protect me from anything at all at any

15     point.

16          MR. KIM: And were you afraid of

17     the Governor at that time?

18          THE WITNESS:  Yes.

19          MR. KIM: And what about -- what

20     made you afraid of the Governor?  What

21     were you afraid he might do, or what

22     might happen if he knew about it?

23          THE WITNESS:  Well, I certainly

24     expected to lose my job, and that was

25     a real possibility is what I told my

Page 228

C. Bennett

1              C. Bennett
2      parents.  I was scared to even see him
3      in the hallway, which was a rare
4      occurrence anyway.  I was honestly --
5      I was just terrified.  I don't even --
6      I feel like I sat next to senior staff
7      as they worked and I have no concept
8      of how far they'd go to protect him
9      and didn't want to find out.
10             MR. KIM: And are you afraid of
11      him today as well, or what he might
12      do?
13             THE WITNESS:  Yeah.
14      Q.     Other than what you've already
15   described, did you have any other
16   conversations around this time with ████
17   ██████  about your conversations or the
18   complaint procedure or what you might do?
19      A.     I don't remember particulars,
20   just that he was concerned about my
21   approach and really thought I needed a
22   lawyer.
23      Q.     And ██████  sent you the employee
24   handbook, and that was the first time you
25   had seen it?

```
                                        Page 229
 1                    C. Bennett
 2       A.    Correct.
 3       Q.    Did he just send it to you or
 4   did you ask him for it, or how did that
 5   come about?
 6       A.    He later told me that Judy asked
 7   him that day to find the handbook.
 8       Q.    So after he found it, he sent it
 9   not just to Judy but to you?
10       A.    Correct, because he already knew
11   at that point the conversation I had had
12   with Judy, so he was aware of the context
13   in which she was asking.
14       Q.    So your understanding was that
15   Judy asked for the handbook between your
16   June 30 and July 1 conversations?
17       A.    Correct, and happened to ask one
18   of the few people who knew exactly the
19   conversation she had had with me the night
20   before.
21       Q.    After July 1, during that
22   summer, did you continue to work in the
23   healthcare group?  Sorry, you had moved in
24   June, and so then you were working with
25   ███████   ███████   during the summer; is that
```

                          C. Bennett

1
2    correct?
3         A.    Correct.
4         Q.    Just in general terms, what sort
5    of work were you doing?
6         A.    I was really trying to get a
7    grip on where I could be useful and was
8    doing a lot of, you know, introductory,
9    like this is Charlotte, this is what she's
10   going to be working on, Charlotte meet
11   this team, they do X, Y and Z, a lot of
12   those intro calls within different
13   agencies within the department.  But I
14   ultimately didn't really have much work
15   and didn't really do much at all.
16        Q.    And did you report to ███████
17   ████████  the whole time you were in the
18   healthcare group after that?
19        A.    She found out the first week or
20   so of July that she was being pushed out
21   of her position, and then she cancelled
22   everything on her calendar and she was
23   very hard to get in touch with, which I
24   don't blame her for at all, I feel like
25   that was a normal response to what she was

Page 231

```
 1                   C. Bennett
 2  dealing with at that time, but it left me
 3  with no guidance and no direction and any
 4  kind of day-to-day format we were creating
 5  as a team fell apart, and then I really
 6  didn't have much to do.  So that -- the
 7  work with _____ really lasted the
 8  fifteenth through the first week of July.
 9      Q.     And after that, did you do work
10  with anyone else in the department?
11      A.     I tried.  I worked with _____
12  _____, who was _____ right hand.  I
13  worked with -- I tried to talk to people.
14  At one point I even went over to DOH and
15  had some meetings.  Her replacement
16  started, so I had like two new bosses and
17  I had meetings with them, and I really was
18  like trying to -- trying to work through
19  the emotional state that I was in.  I was
20  not in a good place.  I was anxious and
21  felt really isolated.  I was like paranoid
22  to a certain extent about my proximity to
23  certain people and who knew what and I was
24  lying to people, I was telling some people
25  the truth, I didn't know who to trust, and
```

```
                                        Page 232
 1                   C. Bennett
 2    I had no idea what was going on, no one
 3    explaining to me like the work and, when
 4    they were, it was like I had no space in
 5    it because no one had had my job
 6    previously, so I'm supposed to carve my
 7    own way with two new bosses who also have
 8    never worked in state government and they
 9    didn't know what was going on either.  It
10    was the most depressing, chaotic -- there
11    are two issues.  My struggle to realize
12    and like come to terms with what happened
13    with my job and then also just the
14    external -- the Department of Health as
15    being like carved from the inside out,
16    everyone's leaving, people are retiring,
17    you know, the dynamics of the Executive
18    Chamber's relationship with the Department
19    of Health has its own issue, so I was
20    stuck in both.
21         Q.    Who were the two replacements
22    for ███████  ████████?
23         A.    ██████████  █████████  and  █████████
24    ████████.
25         Q.    And you said starting early July
```

```
                                        Page 233
 1                    C. Bennett
 2    ███████   sort of cleared her calendar.
 3              Did you have any further contact
 4    with her after that?
 5         A.    I did, and we talked about the
 6    new hires, we talked about ways I could
 7    get back, you know, find my like niche in
 8    the team.  We talked about leaving and how
 9    she was going to help me get another job,
10    either in the Chamber or outside the
11    Chamber.  I really -- I think we had
12    several different conversations about like
13    where am I going to go to.
14         Q.    In the fall of 2020, did ██████
15    have any conversations with you about
16    anything that needed to be kept
17    confidential?
18         A.    Can you repeat that?
19         Q.    Sure.
20              During the fall of 2020, did
21    ███████  at any point reach out to you to
22    talk about something and say it was
23    something that needs to be kept
24    confidential?
25         A.    Not that I can remember.  It was
```

Page 234

1                        C. Bennett

2      mostly me looking for professional and

3      personal help.

4                But are you referring to

5      something in particular or --

6           Q.    I'm not.

7           A.    Okay.

8           Q.    And did ████████  and ███████

9      remain ██████ replacement throughout the

10     rest of the time that you were there?

11          A.    I took ███████ leave beginning

12     of September, returned the end of

13     September, and when I went -- I returned

14     simply to quit, and upon quitting to

15     ███████, she quit to me -- ███████ quit

16     as I was quitting and we kind of laughed

17     and I was like yeah, I'm going to kind of

18     like leave the state for a while and she

19     was like I'm going to spend more time with

20     my family.  And then I heard after the

21     fact that there were a lot of problems

22     with the Governor as it related to her and

23     ███████ and that he kind of let his temper

24     loose, which was also like him expecting

25     two new hires who have never worked in

```
 1                    C. Bennett
 2   government to fix the Department of Health
 3   within a few weeks, you know, one of those
 4   things beyond the realm of physics.
 5            And then I like -- that was my
 6   first quit upon returning to ██████████, and
 7   then the rest of the quits, which are to
 8   like ████████  ████████, Jill Desrosiers took
 9   several weeks.
10      Q.    Why did you decide to quit upon
11   your return from ████████ leave?
12      A.    I figured out pretty quickly
13   into ████████ leave that like I was
14   miserable and suffering and my ██████ was
15   worse.  I was -- I lost my confidence, I
16   was teary, I was anxious, I think
17   ██████████ ██████ ████████████, which that's
18   like -- I had my first good night's sleep
19   of my adult life in September of 2020.
20            And I just -- like that fact
21   alone is that I did all of 2019 and the
22   first majority of 2020 without actually
23   sleeping, that ██████ ██████ ██████████████ ████
24   ██████ ██████ and been dealing with this
25   bullshit is just like not the thing that I
```

1                      C. Bennett

2    needed to hear because I was already like

3    anxious and like traumatized and didn't

4    really even had a job, just like had a job

5    title.  If I turned my phone off, who

6    would have noticed.  That's kind of how it

7    felt.  Like this isn't even worth it.

8               And to be honest, I hated the

9    fact like everything had to be about the

10   Governor, which I know is what happens

11   when you work in the Executive Chamber and

12   also just in New York State government,

13   but I just like -- I had no interest.  Not

14   only did I have no confidence but I had no

15   interest in expending any energy as it

16   related to him.  Not that I could because

17   I didn't have a job, like a real job.

18               Yeah, I was just angry and sad

19   and really needed to extract myself from

20   that.

21       Q.    You said it took several weeks

22   before you could quit to Jill Desrosiers.

23               Why did it take a few weeks?

24       A.    She's really hard to get as in

25   -- I refused to go to Albany.  I knew he

```
 1                      C. Bennett
 2   was up there and I was not going to do it,
 3   so every time she came to the city I would
 4   like try and coordinate seeing her with
 5   her assistant, and it was always like
 6   she's busy or she was about to be free or
 7   he was like oh, the mood just shifted, you
 8   don't want to talk to her right now.  It
 9   was like impossible to get to her.  And I
10   don't think she realized that I was trying
11   so hard to meet with her.
12        Q.    And when did you finally have a
13   chance to talk to her about quitting?
14        A.    I was sitting in my apartment
15   working on my grad school applications,
16   because at that point I wasn't working.  I
17   was just trying to quit and waiting.
18            And I get a call on my work
19   phone, so I answer it, and it was Judy and
20   she said we -- Jill and I both heard a
21   rumor that you're quitting, what is this,
22   is this true, what's going on.  And I
23   immediately got emotional, because I
24   didn't know that I was about to pick up
25   the phone and talk to Judy Mogul.  And she
```

```
                                          Page 238
 1                    C. Bennett
 2    kind of apologized and so was like you
 3    don't sound great and I was like yeah, I
 4    am quitting.  And she was like, well,
 5    where are you going.  I was like I'm not
 6    going anywhere, I'm going to school, like.
 7    And she was like, well, when, you know,
 8    like you're going to be -- like we can
 9    find you a job until you go to school.
10    And I was just like I'm looking at January
11    terms, you know, it's October, like it's
12    fine.  And she was like if you wanted
13    another job, just -- you should think of
14    that, and I kind of gave her like an okay,
15    I'll think about it, I haven't really
16    thought about it.  But at that point I was
17    more just like -- not that she was
18    pressuring me, but I was like yeah, maybe,
19    yeah, I'll put that on my list of things
20    to think about.  But I was pretty
21    emotional.  And she asked me what was
22    wrong and I explained that I had been
23    ███████  ████  ████████████ but also that,
24    because she asked, does it have to do with
25    the conversations we had previously about
```

C. Bennett

1
2  the Governor and I said yes.  And she was
3  like I'll let you go, but you sound
4  ██████████ , like how can we help you and
5  like I'm concerned, like we can support
6  you.  I felt very ambushed and I was
7  pretty emotional and freaked out.  But I
8  did explain that I had been trying to meet
9  with Jill, I had been trying to quit for
10 some time.
11     Q.    Did you have any understanding
12 as to what Judy meant by saying that they
13 could support you?
14     A.    I understood that as finding me
15 a job to take until I started a program, a
16 school program.
17     Q.    Did she mention any specific
18 type of job?
19     A.    No.  She said I should think of
20 something that I want and then let them
21 know.
22     Q.    If you could look at tab thirty,
23 some more texts between you and ██████ , it
24 looks like.
25             Is this after you had your

```
                                   Page 240
 1                  C. Bennett
 2   conversation with Judy?
 3        A.     Yes.
 4        Q.     And a few pages in you wrote --
 5   she writes, "they just must be terrified
 6   that you're going to talk" and then in
 7   response to some other stuff you write, "I
 8   literally will talk.  Give me $300,000
 9   now.  Exactly.  That's what I tried to say
10   but I was just so caught off guard."
11            What were you talking about
12   there?
13        A.     So the I literally will talk,
14   give me $300,000 now is a joke, because
15   part of my fear of meeting was that they
16   would ask me to sign something and I was
17   going back and forth with my partner, with
18   ███  ██████████, I was like are they going to
19   make me sign an NDA and it was this kind
20   of ongoing -- it was like a real thing I
21   thought they were going to pull, and that
22   I was mad and I will share my story and I
23   am.  Obviously I wasn't actually expecting
24   $300,000.  It was a very off-color joke.
25            And then the "exactly that's
```

```
 1                   C. Bennett
 2   what I tried to say" was about her last
 3   paragraph.  "The whole thing isn't about
 4   them.  Even though they've been horrible,
 5   it's fundamentally about you and what you
 6   need to do on every level." That was what
 7   I tried to say; I was like I need to go.
 8        Q.    And did you ever speak to Jill?
 9        A.    I did end up meeting with Jill
10   and we -- it was very much, you know, what
11   are we going to go do and I just said I
12   have paid time off, so she was like, well,
13   okay, start your paid time off on Monday,
14   which basically just means I ride out the
15   rest of my PTO.  And she asked again about
16   the jobs.  She mentioned that there was a
17   program that they might start that had to
18   do with public health that I could be
19   interested in.  She was kind and she kind
20   of said like so what happened and I tried
21   to touch on both the team fell apart, like
22   this wasn't a real job, and also that like
23   I was impacted by the sexual harassment.
24             I didn't say the word "sexual
25   harassment," but when I started talking
```

1                    C. Bennett
2      about what happened with the Governor, she
3      kind of cut me off and then restated like
4      oh, I'm so sorry what happened with the
5      team.  Which was just like kind of almost
6      I felt like she was rewriting history as
7      the conversation was happening.  But at
8      that point I still am just like yep, I
9      have to go.  And she was like, listen, I
10     understand, it's been a hard year for
11     everyone, and we're all kind of
12     traumatized and if you need to get out of
13     here, take your space, but we're always
14     here.  And if you ever -- like if you
15     decide that you do want something, just
16     let us know.
17                And then I just said thank you,
18     and left.
19         Q.    Did you tell Jill how upset or
20     affected you were by your interactions
21     with the Governor?
22         A.    Yeah, I said, you know, I'm just
23     -- like I've been really anxious, at this
24     lost confidence, and that's when she kind
25     of redirected to like I'm sorry the team

Page 243

```
 1                    C. Bennett
 2   didn't work out.  And I really didn't want
 3   to push it with her, but I did make a
 4   point to say like I want to get away from
 5   him.
 6       Q.    Did you tell Jill that you had
 7   gotten █ ███████  ███ ?
 8       A.    Yes, ███ ████ ███ █████ ████
 9       Q.    Anything else you recall in your
10   discussion with Jill?
11       A.    I think I just told her that I
12   really look up to her and it was sad.  I
13   think I was just sad.  Like I felt very
14   much like thank you, you know, I
15   appreciate whatever.  I don't know.  Just
16   tried to leave it as like I respect you, I
17   appreciate you.  I said I didn't want to
18   disappoint her.
19            MR. KIM: Did she say anything in
20        response to your comment you wanted to
21        get away from the Governor?
22            THE WITNESS:  She just kind of
23        agreed.
24            MR. KIM: How did she agree?
25            THE WITNESS:  I think she just
```

```
                          C. Bennett
 1
 2      said yeah, that makes sense.  We've
 3      had a hard year.  I think he was
 4      really abusive to her through COVID.
 5      I think it had to do with her
 6      departure that we had never discussed
 7      the two of us but that I had heard
 8      rumors about.  But I don't think she
 9      was particularly pleased with him
10      either.
11           MR. KIM: What rumors had you
12      heard?
13           THE WITNESS:  There were times
14      when she wasn't allowed into the back
15      office, and there was a strange
16      dynamic between Jill, Stephanie, and
17      the Governor where like -- I think
18      this existed before COVID, but Jill
19      was like the ultimate punching bag in
20      a lot of ways and took a lot of crap.
21      Where like Stephanie and Melissa work
22      very hard but Jill got like the brunt
23      of the crap, and it was hard for me to
24      like -- I think I'm having a hard day
25      and then I see Jill who like everyone
```

Page 245

```
 1                    C. Bennett
 2       in the office represents, which is
 3       also saying a lot in that office.
 4       People don't necessarily have to love
 5       you and like people like really stand
 6       by Jill, see her walk in and be like
 7       do I have permission to go into the
 8       Governor's office ███  ███  ███  ████
 9       ████  ███  ███  ███    ██  ███  ████
10       ███  ███  ███  ████  ███  ███  ███  ██
11       ███  and that made me sad.
12            And then I don't know how I
13       found out that she like ████  ████  ████
14       █████.   I think it may have been
15       even after there were rumors that she
16       was leaving around when I met with her
17       last, but I don't think I knew it was
18       about █ ███████  until the day I had
19       stated my PTO.
20       Q.    Have you heard from anybody
21   about whether she's going to return from
22   her ██████  leave?
23       A.    Just a lot of guessing that she
24   won't.
25       Q.    And after you had your
```

```
                                        Page 246
 1                    C. Bennett
 2    conversation with Jill, did you move out
 3    of New York?
 4         A.    I, a few weeks after, got a very
 5    small contract, so I had to end my PTO,
 6    handed in my phone, and then like a week
 7    or two later I left the state and was
 8    living in ███████ until April.
 9         Q.    And what work have you been
10    doing since you left the government?
11         A.    I received a very small contract
12    to help a startup with a client and the
13    CEO, it was just her, there are no
14    employees, she just has independent
15    contractors and I was one of them.  She
16    asked me to stay and help her with the
17    business, so now it's the two of us and
18    it's a consulting firm and we work to
19    improve health systems and introduce
20    maternity care options into health systems
21    to improve outcomes for birthing people.
22         Q.    After the conversations you just
23    described with Ms. Desrosiers and Ms.
24    Mogul, have you had any contact with
25    either of them since?
```

```
 1                    C. Bennett
 2      A.      No.
 3      Q.      After you left, did anyone who
 4  was still at Chambers reach out to you?
 5      A.      Yes.
 6      Q.      Who reached out to you?
 7      A.      I heard from -- I think I spoke
 8  with ████  ███████ , I spoke to ██████ , I
 9  think I spoke to ██████ .   When ██████  saw
10  Lindsey's tweets, we talked on the phone.
11  I think I had brief conversations with
12  others that I'm not remembering right at
13  this moment.   And then when my New York
14  Times story came out, I received texts
15  from like a larger group, but it wasn't --
16  nothing like so substantive more, just
17  like support you texts.
18      Q.      After Lindsey Boylan started
19  tweeting in December, did anyone who's
20  current or former employee of the
21  Executive Chamber reach out to you about
22  any sort of response to Lindsey?
23      A.      No one that wasn't a friend like
24  ██████  getting on the phone with me to
25  discuss what's going on.   But there was no
```

```
 1                    C. Bennett
 2   outreach from any party or any of the what
 3   I read in the news about efforts to
 4   diminish her.
 5        Q.    Did anyone who you were friendly
 6   with tell you that they had gotten a call
 7   asking to sign on to any statement either
 8   in support of the Governor or against
 9   Lindsey?
10        A.    No.
11        Q.    Did -- you said you reached out
12   to Lindsey in December.
13              How did you reach out to her?
14        A.    I messaged her on Twitter, and
15   then she sent me her phone number and we
16   texted and her -- some staffer of hers
17   scheduled a phone call, and then we spoke
18   over the phone maybe that same week even.
19   And then we spoke several more times.  And
20   I -- she wanted me to share my story, I
21   didn't want to share my story, but like we
22   stayed in contact, you know, like we'll
23   share news stories and stuff.  Yeah,
24   several times I think she really wanted me
25   to come forward, and I did not want to
```

Page 249

1                   C. Bennett

2  come forward.

3      Q.    When you reached out to Lindsey,

4  did you share with her your story?

5      A.    Yes.

6      Q.    Did she ever ask you to meet

7  with any lawyers?

8      A.    Yes.

9      Q.    And did you agree to meet with

10  the lawyers that she wanted you to meet

11  with?

12      A.    I scheduled a Zoom with lawyers

13  and then cancelled it.

14      Q.    And did Lindsey tell you what

15  the purpose was of speaking to a lawyer at

16  that point?

17      A.    I don't even know if she said

18  why.  I think she framed it as me sharing

19  my story.  But the fact that there were

20  lawyers that like reached out to me really

21  freaked me out, and I kind of, in a

22  scared, submissive way, scheduled the Zoom

23  and then I talked with ███   ████████ and

24  she was like if you feel weird about

25  something, don't do it, and I was like I

Page 250

```
 1                    C. Bennett
 2    can't make this meeting.
 3         Q.    Did the lawyers tell you what
 4    they were reaching out to you for, what
 5    the purpose was of that Zoom call?
 6         A.    They wanted to know my story.  I
 7    didn't even tell Lindsey in much detail,
 8    just a brief -- it was relatively brief.
 9    But they seemed very pushy to hear what I
10    had to say.
11         Q.    Do you recall who those lawyers
12    were?
13         A.    Doug Wingdor [sic].
14         Q.    Wait, Wigdor?
15         A.    Yes.
16               And then there was a woman on
17    the e-mail chain who also -- they sent me
18    very kind of long -- not super long, but
19    they sent me follow-up e-mails being like
20    -- it felt like a scare tactic to get on
21    the phone with them.
22         Q.    You mentioned that, when Lindsey
23    first started tweeting, you spoke to ████
24    ████████████ .
25               What did the two of you say
```

```
                                        Page 251
 1                    C. Bennett
 2    about Lindsey's tweets?
 3        A.    I remember ████   ████████
 4    mentioning Lindsey, and I knew that they
 5    had overlapped in Chamber when I had not
 6    with Lindsey.  So I reached out, just
 7    being like -- it was kind of the same
 8    thing I did with ██████, like what's
 9    Lindsey's deal, and we kind of had a
10    series of texts about who is Lindsey
11    Boylan.
12        Q.    And what did ██████ tell you
13    about her interactions with Lindsey or
14    what she knew about Lindsey?
15        A.    She confirmed part of what I
16    remembered, which is that she did have
17    trouble with the senior staff women and
18    that there was some issue between the
19    Governor liking pretty women and senior
20    staff not taking to her.
21              THE VIDEOGRAPHER: Counsel, I'm
22        sorry to interrupt, but at some point,
23        I don't need a break, but just to go
24        off the record for a few seconds to
25        manage the size of the video file.
```

Page 252

```
 1                    C. Bennett
 2            MS. CLARK: Okay.  We can go off.
 3            THE VIDEOGRAPHER: Thank you.
 4            The time is approximately 5:06
 5      p.m.
 6            We are going off the record.
 7            (Whereupon a break was taken)
 8            THE VIDEOGRAPHER: The time's
 9      approximately 5:37 p.m.
10            We're back on the record.
11      Q.    Now, you mentioned that, when
12  you were working up in Albany, you shared
13  an office with the other executive
14  assistants, and one of them was Alyssa
15  McGrath.
16            When you were still working for
17  the Chamber, did she ever tell you of any
18  experiences she had with the Governor?
19      A.    No.
20      Q.    Has she got in touch with you
21  since you came public with your story?
22      A.    Yes.
23      Q.    And what discussions have you
24  had with Alyssa McGrath?
25      A.    She was struggling to come
```

```
                                            Page 253
 1                      C. Bennett
 2    forward and contacted me, shared some of
 3    the details of her own account, and asked
 4    me what the experience was like, and I
 5    explained that, in some ways, it --
 6    sharing the truth was obviously painful
 7    and there's a whole traumatic element to
 8    that, but sometimes saying the truth that
 9    you need to share is actually freeing you
10    in a way and I didn't want her to be
11    scared, and just kind of like giving her
12    the support she was looking for in that
13    moment.  And we've just, since then,
14    exchanged like kind of like love and
15    support for each other.
16        Q.    And by the way, I know when you
17    first got in touch with Lindsey, you
18    didn't want to go public with your story.
19             What made you decide to change
20    your mind?
21        A.    Every reason I had to not tell
22    the story was just not good enough.  I
23    feel like the reason why I'm -- I was even
24    working for the State of New York was to
25    actually better the State of New York, and
```

```
 1                    C. Bennett
 2   if this is part of that journey, then so
 3   be it.  New Yorkers deserve to know who
 4   they're electing, and I also just needed
 5   to do the right thing and it felt like
 6   exactly the right thing to do.
 7        Q.    When you were at the Chamber,
 8   did you work with anyone named Kaitlin?
 9        A.    Last name -- I worked with a
10   Kaitlin but I don't know if it's the one
11   to which you're referring.
12        Q.    There's some stories identifying
13   somebody named Kaitlin.
14              Do you believe you overlapped
15   with that Kaitlin?
16        A.    I did not overlap with that
17   Kaitlin.
18        Q.    And have you had any
19   communications with that Kaitlin since you
20   went public?
21        A.    I did, yes.
22        Q.    And what were your
23   communications with Kaitlin?
24        A.    Very similar, talking about our
25   respective experiences and supporting each
```

C. Bennett

1
2    other in whatever decisions we needed to
3    make.  I feel like my not job or
4    responsibility but like in that space with
5    someone else, it's like really just --
6    like I want them to do what feels good and
7    right for them, and I just also need to
8    hear them they can survive sharing that
9    information with the public and that the
10   other side is scary, but like I'm still
11   here and Lindsey's still here and that
12   people will always support you.  I just
13   try to be really clear in that there is an
14   entire group of people that fully believe
15   what we're saying because it's true, but
16   it's scary.  I'm just holding space.
17       Q.     And have you spoken with any
18   other current or former executive
19   assistants of the Governor's to see what
20   their experiences were or talk about your
21   experiences?
22       A.     I reached out to -- I reached
23   out to I think ▇▇▇▇▇▇▇ , I believe Brittany,
24   the woman who replaced me in New York
25   City, her name is ▇▇▇▇ .  ▇▇▇▇ said she

```
 1                    C. Bennett
 2   didn't have any experiences.  Brittany
 3   never responded.  And  Executive Assistant #2  never
 4   responded.
 5       Q.    And am I correct that you did
 6   not overlap with Ana Liss?
 7       A.    Correct, I did not overlap.
 8       Q.    Have you had any communications
 9   with Ana Liss since you became public?
10       A.    I think so, very briefly.  I
11   don't have too much.  It was kind of like
12   support you, very basic.  I don't remember
13   any outstanding.
14       Q.    Since you went public with your
15   story, have any other women come forward
16   to tell you about experiences they had
17   with the Governor that we haven't talked
18   about already?
19       A.    No.
20       Q.    Did you have any interactions
21   with other men in the Executive Chamber
22   that you thought were inappropriate,
23   anyone other than the Governor?
24       A.    Yes.
25       Q.    And which men was that?
```

```
                                    Page 257
 1                      C. Bennett
 2          A.     I guess, when you say
 3     "inappropriate," are you speaking
 4     specifically about sexual harassment?
 5          Q.     More broadly inappropriate.
 6          A.     I had an argument -- I wouldn't
 7     even say it was an argument, it was a
 8     really demeaning call in which I realized
 9     I -- it felt baked-in sexism to me with
10     ███████     ████████     who works in D.C. and
11     has worked with the Governor for a long
12     time.  I told Jill about that.  And he was
13     just miserable to work with.  And when I
14     asked him for the things that he was
15     supposed to do as a part of his job and a
16     part of mine, he got me on the phone and
17     like went after me, and I largely saw it
18     as dismissive because of my age and my
19     gender.
20          Q.     And what about the call that
21     made you think it was dismissive in part
22     because of your gender?
23          A.     I said you need to let me know
24     what's going on and you need to include me
25     in these e-mail chains, and he basically
```

```
 1                    C. Bennett
 2   told me I don't need to do anything you
 3   say.  And I was like, well, you do,
 4   because this is how it works.  And he said
 5   that no, and he said you should be
 6   thanking me for all the things I've done
 7   for you in this administration, just like
 8   I don't even work with him day-to-day,
 9   he's a D.C. guy.  It was so out of left
10   field and so deeply inappropriate, and I
11   raised this to Jill just to be like this
12   is inappropriate and it's difficult to do
13   my job when he withholds information from
14   me because he thinks I shouldn't be on an
15   e-mail chain that Melissa DeRosa's on.
16   It's just kind of the attitude.
17        Q.    When did you have that call with
18   ██████    ███████████?
19        A.    In June of 2020.
20        Q.    And did you tell Jill about it
21   around the time it happened?
22        A.    Yes.
23        Q.    And did you tell Jill that you
24   thought he was being sexist or being
25   dismissive because of your gender, or
```

Page 259

```
 1                    C. Bennett
 2     anything around those lines?
 3         A.    I don't think that explicitly,
 4     but I said I thought that it was
 5     inappropriate and that -- it wasn't the
 6     first time that he has been difficult, and
 7     I had heard other people explain -- I had
 8     heard people in the past relay comments
 9     that he had made to other groups of people
10     to me.  That was not answering your
11     question.
12               I mostly kept it as like this is
13     impossible to do my job with this
14     behavior, and I thought it was really
15     unprofessional.
16         Q.    What was Jill Desrosiers'
17     response when you told her about the call
18     with ███    ███████?
19         A.    She said she would fix it, and
20     then Annabel sent out a chain and was like
21     these people need to be on every e-mail,
22     that kind of like going forward, let's be
23     clear, you need to include these people on
24     the information that you're sending
25     because then we -- you know, it was just
```

```
                                    Page 260
 1                   C. Bennett
 2   -- we find out at 9:00 p.m. something that
 3   they were planning a day prior and then
 4   you have to put together a briefing at
 5   9:00 p.m. at night because he decided I
 6   wasn't supposed to be on the e-mail chain?
 7   Sorry.
 8        Q.    Any other men that behaved any
 9   way that you considered to be
10   inappropriate?
11        A.    ██████  ██████  also comments on the
12   bun that I wore on a different occasion
13   and told me he didn't like how I changed
14   my hair and I looked at a schoolteacher,
15   and I remember telling people about it
16   because I was so sick of people commenting
17   on my bun.
18        Q.    Did you say anything to him when
19   he said it to you?
20        A.    No.
21        Q.    Any other men that behaved in
22   any way you considered to be
23   inappropriate?
24        A.    Not that I can remember right
25   now, no.
```

```
                                           Page 261
 1                      C. Bennett
 2      Q.     Did you have any interactions
 3  with a state police officer named ████
 4  ████████  or ████████  that made you
 5  uncomfortable?
 6      A.     Yes.  He had messaged me.  The
 7  troopers were very nice to me, but he had
 8  made a point to reach out to me on social
 9  media, and I thought it was inappropriate.
10      Q.     Why did you think it was
11  inappropriate?
12      A.     He was sending me emojis from
13  his beach vacation.
14      Q.     Did you ever tell anyone about
15  Trooper ████████  behavior?
16      A.     Just ██.
17      Q.     And did ██ suggest you take any
18  action?
19      A.     No.
20      Q.     And did you ever report it or
21  complain to anybody about it?
22      A.     No.
23      Q.     Any other men that behaved in
24  any way that made you uncomfortable or you
25  thought was inappropriate?
```

```
                                    Page 262
 1                    C. Bennett
 2        A.      During COVID, I had a larger
 3   issue with the breakdown of
 4   responsibilities and the way that certain
 5   people were behaving, and it's I think
 6   less about names because I actually was
 7   friends with those people, but I thought
 8   that I was largely the same age and
 9   similar experience to the men in the
10   office, but they were all in a room
11   working on content and PowerPoints and
12   data and I was printing that for them to
13   deliver it.  I had a larger problem with
14   the roles in which we were placed and the
15   respect that we were given.
16        Q.      And do you have a sense as to
17   who made the decision that someone like
18   you would be the one doing the clerical
19   work and that the men would be working on
20   the substance?
21        A.      It seemed to come from senior
22   staff and the Governor.  It seemed it was
23   baked in the same misogyny that, you know,
24   there was an expectation that I wear
25   heels.  It felt like we had gone back a
```

Page 263

                          C. Bennett

1    few decades in some ways.

3        Q.    Other than things you've already

4    testified to, did anyone engage in any

5    sexually inappropriate conduct in the

6    workplace?

7        A.    Not that I could remember right

8    now.

9        Q.    If you could turn to tab

10   thirty-three.

11       A.    Oh, my God.  I'm sorry.

12       Q.    This is an exchange -- another

13   exchange between you and ███ September 23,

14   2019.

15             Do you recall what the two of

16   you were talking about in this exchange?

17       A.    Yes.

18       Q.    What were you talking about?

19       A.    There was a conference call in

20   which there was someone seemingly having

21   sex -- and these conference calls are

22   large and almost everyone is on mute, but

23   there was someone having sex and people

24   were just continuing to talk over the sex,

25   and it was the talk of the office for a

```
                                    Page 264
 1                   C. Bennett
 2   bit, obviously.
 3       Q.    And did you have any belief or
 4   understanding as to who the person was who
 5   was having sex while on a conference call?
 6       A.    I still believe it was Senior Staffer #3.
 7   That was the theory and the gossip at the
 8   time.  But I did not receive any
 9   confirmation of this.
10       Q.    Was the Governor on the call?
11       A.    No.
12       Q.    Was Jill Desrosiers on the call?
13       A.    Yes.
14       Q.    Was Stephanie Benton on the
15   call?
16       A.    Hard to say.  I'm not sure.  She
17   doesn't join every call.
18       Q.    Was Melissa DeRosa on the call?
19       A.    She rarely joins.
20       Q.    Who else do you recall was on
21   that call?
22       A.    Senior Staffer #3 was definitely on the
23   call, Jill was definitely on the call,
24   Staffer #4          was on the call, most
25   people, you know, it's me, my team, the
```

```
                                          Page 265
 1                    C. Bennett
 2   advanced team, press usually on that call.
 3   But usually the people speaking are senior
 4   staff.
 5        Q.    When you say, "press," you mean
 6   the Governor's press team?
 7        A.    Yes.  That's a clarifying point.
 8        Q.    I think we would have read about
 9   that by now.
10        A.    I would hope so.
11              MS. CLARK: You can put that
12        aside.
13        Q.    Did you ever see the Governor
14   touch somebody, an employee, in a way that
15   you thought was inappropriate for the
16   workplace?
17        A.    I cannot name a specific
18   example, but I definitely remember him
19   putting his waist -- his arm around a
20   waist here and there.  I remember there's
21   one instance in which Melissa got dressed
22   for a party or a fundraiser of some kind
23   and there was like a stain on her butt and
24   he pointed it out, and it was just kind of
25   one of those bizarre moments, and she
```

```
 1                    C. Bennett
 2   didn't really seem to -- she didn't seem
 3   uncomfortable or taken aback by the packet
 4   that he was like what's on your butt.
 5       Q.    Did he touch her at all when he
 6   made that comment?
 7       A.    I'm not sure.
 8       Q.    Did the Governor hug employees?
 9       A.    He definitely did.
10       Q.    Was it men and women?
11       A.    I highly doubt he was hugging
12   men, but I don't know.
13       Q.    Did you ever see him kiss any
14   employees?
15       A.    No, I don't believe so.
16       Q.    Did you ever see the Governor
17   hug or kiss people at events?
18       A.    Nothing out of the ordinary
19   jumps out for me.
20       Q.    Did you ever hear the Governor
21   say something to somebody else that was
22   sexually suggestive?
23       A.    I feel like there was a lot of I
24   would almost say locker room talk but with
25   the mean girls.
```

```
1                      C. Bennett
2       Q.      What do you mean by that?
3       A.      Where I feel like they would
4   have conversations about their lives and
5   relationships with him and each other
6   where it almost sounded like a group of
7   friends talking.
8       Q.      And these are conversations that
9   you overheard or were present for?
10      A.      Yeah, I was usually sitting at
11  my desk.
12      Q.      Did anyone ever tell you that
13  the Governor had touched them in a way
14  that made them uncomfortable?
15      A.      No, but somebody at some point
16  mentioned to me that there may be a photo
17  of somebody sitting on his lap, and that
18  -- I don't have the name of the person
19  sitting or the person who mentioned the
20  photo.
21      Q.      That was something you were told
22  while you still worked for the Chamber, or
23  later?
24      A.      I believe it was when I still
25  worked for the Chamber, and it may have
```

```
 1                    C. Bennett
 2   been even in response to me asking about
 3   the relationship between some of these
 4   people.
 5        Q.    The person that you heard there
 6   was a photo of them sitting on the lap,
 7   was it one of the women that you thought
 8   might have had a relationship with the
 9   Governor?
10        A.    I think so.  I suspect it was
11   Senior Staffer #3  or  Senior Staffer #2 , but I'm not sure.
12        Q.    You mentioned, and I forget who
13   told you this, that somebody, when you
14   first switched to the executive assistant
15   position, talked about working for an
16   executive who threw things.
17              Did you ever see the Governor
18   throw anything at anyone?
19        A.    No.
20        Q.    Did anyone ever tell you about
21   the Governor throwing anything at anyone?
22        A.    No.
23        Q.    Did you ever see the Governor
24   throwing fruit around the office?
25        A.    Nothing comes to mind.  But I'm
```

```
                                    Page 269
 1                  C. Bennett
 2   very -- it's possible, but nothing that
 3   jumps out at me.
 4             MS. CLARK: Joon or Emily or Jen,
 5        anyone have any other questions before
 6        I move to wrapping up?
 7             MR. KIM: Not from me, no, thank
 8        you.
 9        Q.    I know we covered a lot today,
10   and there's times you jumped in and
11   referred back to something you said
12   earlier.
13             Is there anything else you can
14   think of right now that you want to
15   clarify something you said earlier today?
16             MS. KATZ: Can we take a break
17        for just a moment before you close the
18        record?
19             MS. CLARK: Sure.  Why don't we
20        take five minutes now.
21             MS. KATZ: Charlotte, if you have
22        anything to say, but I just want to
23        touch base before we close.
24             THE WITNESS:  I feel like --
25        well, the one thing I do want to
```

Page 270

```
 1                    C. Bennett
 2      clarify is the sexual harassment
 3      training that Stephanie took for the
 4      Governor, and just that I don't know
 5      if I like did justice in that, like I
 6      explicitly heard her say I'm taking
 7      this for you as part of the
 8      conversation they were having when I
 9      was sitting at my desk, and I feel
10      like that was not explicit enough.
11           But that was my only -- the
12      other instance I remember, this was
13      very early on, it may have even been
14      the same say as Danny Boy, he was
15      running around the office with his
16      finger like this (indicating) yelling
17      "redrum" like in The Shining.  If
18      we're talking about kind of like
19      outlandish behavior, that comes to
20      mind.
21           MS. CLARK: And for the court
22      reporter -- the video will capture it,
23      but you had your finger crooked like
24      in The Shining.
25           Debbie, do you still want to
```

Page 271

```
                        C. Bennett
 1
 2      take a five-minute break?
 3             MS. KATZ: Yeah, I just want to
 4      touch base and make sure there's
 5      nothing more.
 6             THE VIDEOGRAPHER: Thank you.
 7             The time is 6:00 p.m., and we're
 8      going off the record.
 9             (Whereupon a break was taken)
10             THE VIDEOGRAPHER: The time is
11      approximately 6:08.
12             We're back on the record.
13      Q.    Any other things we talked about
14   that you want to clarify at this point?
15      A.    Not at this point, no.  I
16   feel --
17      Q.    And I told you at the outset if
18   there's any statement you wanted to add,
19   whether it's something we talked about or
20   not, you're free to do so now.  You don't
21   have to, but you have the opportunity if
22   you'd like to.
23      A.    I didn't think about that, but
24   now that you're saying it, I think my main
25   statement relates to the developments over
```

```
 1                    C. Bennett
 2   the last few months as it relates to the
 3   Governor's comments about the
 4   investigation, and just my concern
 5   watching as he diminishes the work that
 6   you're doing and just want to make note of
 7   the comments and behavior that we're
 8   seeing from him.
 9           That's all.
10       Q.    And anything in particular you'd
11   like to say regarding the Governor's
12   comments and behavior?
13       A.    I think diminishing the
14   investigation, making it something
15   political when it simply isn't, and the
16   fact that he was at one point asking
17   everyone to wait for the findings of this
18   investigation and now is simply saying
19   that we shouldn't have any faith in them,
20   and then he goes back and forth, back and
21   forth, it makes my job, my actual job
22   really hard, it makes my life really hard,
23   and it's simply unenjoyable that he can
24   just choose to ruin my day because he
25   decides to spew bullshit in the middle of
```

Page 273

C. Bennett

1

2     a press conference, but also that it is

3     simply damaging to the investigation and

4     not the findings but just it's scary.  As

5     a witness, that scares me, and that's all

6     I'll say.

7              MS. KATZ: Maybe you want to tell

8        her why.

9              THE WITNESS:  Why it scares me?

10     Q.     Yes.

11              Why does it scare you?

12     A.     It seems like he -- he has a

13     platform and he has a lot of power, and

14     making comments like that actually is

15     interfering with really important and good

16     work.

17     Q.     Have any women told you that

18     they are concerned as witnesses about the

19     Governor's comments or women who have

20     thought about coming forward and are

21     afraid to do so given the Governor's

22     comments?

23     A.     Alyssa reached out to me after

24     we released a statement.  This was when

25     the Governor said that making someone

```
                                  Page 274
 1                   C. Bennett
 2    uncomfortable is not sexual harassment and
 3    Debbie and I responded appropriately, and
 4    Alyssa reached out to me afterwards saying
 5    thank you for standing up for us.
 6               MS. CLARK: Thank you for your
 7          time today.
 8               If you get any additional
 9          information, I'm a sure you'll share
10          it with your attorney who will share
11          it with us.
12               I want to remind you again that,
13          if anyone asks you about what we
14          talked about today, you have let us
15          know, and are that you're not to share
16          with us anything that you discussed.
17          That's separate from discussing your
18          underlying issues.
19               And again, just thank you for
20          spending the time with us and talking
21          about things that we know aren't easy
22          to talk about.
23               THE WITNESS:  Thank you.
24               THE VIDEOGRAPHER: May I close
25          out the deposition for today?
```

```
                                          Page 275

 1                  C. Bennett

 2            MS. CLARK: Yes.

 3            THE VIDEOGRAPHER: Thanks,

 4      everyone.

 5            We are off the record at 6:12

 6      p.m., and this concludes today's

 7      testimony given by today's witness of

 8      May 26, 2021.

 9            The total number of media units

10      used was five, and will be retained by

11      Veritext New York.

12            Thanks, everyone.

13            (TIME NOTED: 6:12 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 276

1

2                            *        *        *

3

4                         I  N  D  E  X

5     WITNESS              EXAMINED BY          PAGE

6     C. Bennett      Ms. Clark                3

7

8

9                    *        *        *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 277

## CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the
State of New York, do hereby certify:

That the testimony in the within
proceeding was held before me at the
aforesaid time and place;

That said witness was duly sworn
before the commencement of the testimony,
and that the testimony was taken
stenographically by me, then transcribed
under my supervision, and that the within
transcript is a true record of the
testimony of said witness.

I further certify that I am not
related to any of the parties to this
action by blood or marriage, that I am not
interested directly or indirectly in the
matter in controversy, nor am I in the
employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto
set my hand this 1st day of
June, 2021.