# Exhibit C



**Charlotte Bennett**
@_char_bennett_

•••

When @NYGovCuomo propositioned me for sex, he broke the law. It is very simple: the issue is about his actions, it is not about my feelings. He broke the law (you know, the one he signed). Apologies don't fix that, and neither do denials. twitter.com/ZachReports/st…

This Tweet was deleted by the Tweet author. Learn more

12:54 PM · May 13, 2021 · Twitter for iPhone

**231** Retweets   **16** Quote Tweets   **754** Likes