**GLAVIN PLLC**
156 West 56th Street, Ste. 2004
New York, New York 10019
646-693-5505

November 18, 2022

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Charlotte Bennett v. Andrew Cuomo et al.*, 22-CV-07846-VSB-KHP

Dear Judge Broderick:

      The undersigned, along with Theresa Trzaskoma of Sher Tremonte LLP, represents former Governor Andrew M. Cuomo, a defendant in the above-captioned matter. Pursuant to Your Honor's Individual Rule of Practice 4(I), we write to respectfully request oral argument on Governor Cuomo's Motion to Dismiss the Retaliation Claims or, in the Alternative, to Strike Certain Allegations filed today. We thank the Court for its consideration of this request.

      Respectfully submitted,

      */s/ Rita M. Glavin*
      Rita M. Glavin

cc:    All Parties (via ECF)