**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/23/2022

Plaintiff's response to Defendants' papers shall be due by December 20, 2022. Defendants' replies shall be due by January 20, 2023.

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Charlotte Bennett v. Andrew M. Cuomo, et al.,* 22-CV-7846 (VSB)

Dear Judge Broderick:

The four defendants in the above referenced action filed separate motions to dismiss on November 18, 2022. Plaintiff's response to all four motions are due December 2, 2022. In light of the Thanksgiving holiday and in order for plaintiff's counsel to have sufficient time to respond to all four motions, plaintiff's counsel respectfully requests an extension of time to file responsive papers until December 20, 2022. No previous requests for extensions of time have been made. All defense counsel consent to this request and given the end of year holiday, defense counsel request until January 20, 2023 to file their replies. Plaintiff's counsel consent to defense counsel filing their reply papers by January 20, 2023.

Respectfully submitted,

/s/ Laura S. Schnell
Laura S. Schnell
*Attorneys for Plaintiff Charlotte Bennett*

cc: All Parties (via ECF)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX    212.966.2505
eisenbergschnell.com