```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   CHARLOTTE BENNETT,                                       :
                                                            :
                                  Plaintiff,                :
                                                            :           22-CV-7846 (VSB)
                     -against-                              :
                                                            :                 **ORDER**
   ANDREW M. CUOMO, MELISSA DEROSA,:
   JILL DEROSIERS, and JUDITH MOGUL,                        :
                                                            :
                                  Defendants.               :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The parties are directed to appear for a telephone conference before the Court on Friday, December 16, 2022, at 4:30 p.m.  The dial-in is (888) 363-4749, and the access code is 2682448.

SO ORDERED.

Dated:    November 23, 2022
               New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge