

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 29, 2022

**VIA ECF FILING**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Charlotte Bennett v. Andrew M. Cuomo, et al., No. 22-cv-7846 (VSB)**

Dear Judge Broderick:

We represent defendant Jill DesRosiers in the above-referenced action, and we write to request respectfully an adjournment of the telephonic status conference currently scheduled to occur at 4:30pm on December 16, 2022.  The reason for the request is an important personal commitment of the undersigned relating to a recent death in the family.  No previous request for an adjournment has been made.  All parties have consented to this request.

Additionally, the parties have conferred about potential alternative times for the telephonic conference and confirm that they would all be available on any of the following: December 13 (any time before 12:00pm or between 2:00pm and 4:00pm); December 14 (any time before 2:00pm or after 4:00pm); December 15 (any time before 1:00pm); or December 16 (any time before 12:00pm).  We thank you for your attention to this request.

Respectfully submitted,

*/s/ Jyotin Hamid*

Jyotin Hamid

cc: Counsel of Record for All Parties (via ECF)