UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT, ) | 22-CV-7846 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AFFIDAVIT OF KAYLA MORIN** |
| ) | **IN SUPPORT OF ADMISSION** |
| ANDREW M. CUOMO, ) | ***PRO HAC VICE*** |
| MELISSA DEROSA, ) | |
| JILL DESROSIERS, and ) | |
| JUDITH MOGUL, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF KAYLA MORIN IN SUPPORT OF ADMISSION *PRO HAC VICE*

KAYLA MORIN, being duly sworn, hereby deposes and states:

1. I am an attorney with Katz Banks Kumin LLP, which maintains an address at 11 Dupont Circle NW, Suite 600, Washington, D.C. 20036.

2. I submit this affidavit in support of my admission *pro hac vice* in the above-captioned matter on behalf of Plaintiff.

3. My practice is currently located in the District of Columbia, where I applied for Admission by Transferred UBE Score with ABA Approved JD on July 11, 2022. My application is currently pending, and I practice in the District of Columbia under the supervision of Debra S. Katz, member of the District of Columbia Bar.

4. I also have been and continue to be an active member in good standing of the New York State Bar since July 6, 2021. A copy of my certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, is attached hereto as Exhibit A. Therefore, I am familiar with and bound

by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

5. I have never been and am not presently subject to any disciplinary proceedings.
6. Plaintiff is represented in this matter by Debra S. Katz, who is duly admitted to practice in the State of New York and upon whom service may be made in all actions connected with the above-captioned matter.
7. Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.

Dated: December 7, 2022

Respectfully Submitted,

*Kayla Morin*
Kayla Morin
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Fax:  (202) 299-1148
Email: morin@katzbanks.com

Sworn to and subscribed before me
This 7th day of December 2022

*Janice B. Tillery*
Notary Public

JANICE B. TILLERY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2023

