**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT, ) | 22-CV-7846 |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* |
| ANDREW M. CUOMO, ) MELISSA DEROSA, ) JILL DESROSIERS, and ) JUDITH MOGUL, ) | |
| Defendants. ) | |

The motion of Plaintiff, for the admission *pro hac vice* of Kayla Morin to represent Plaintiff in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows:

Kayla Morin

Katz Banks Kumin LLP, 11 Dupont Circle, NW, Suite 600, Washington, D.C. 20036

Ph:   (202) 299-1140      Fax:   (202) 299-1148

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____

United States District / Magistrate Judge