UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
CHARLOTTE BENNETT,                       :
                                                       :
                                       Plaintiff,    :
                                                       :            22-CV-7846 (VSB)
                  -against-                 :
                                                       :                  **ORDER**
ANDREW M. CUOMO, MELISSA DEROSA,: 
JILL DEROSIERS, and JUDITH MOGUL,   :
                                                       :
                                           Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The conference scheduled in this matter for December 16, 2022, at 10:30 a.m. is hereby adjourned to January 4, 2023, at 1 p.m.

SO ORDERED.

Dated:    December 14, 2022
             New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge