# KATZ BANKS KUMIN

**Debra S. Katz, Partner**
Phone: 202-299-1143
Email: katz@katzbanks.com

**VIA ECF**
December 20, 2022

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Bennett v. Cuomo</u>, et al., 22-CV-07846 – Request for Oral Argument on Plaintiff's Oppositions to Defendants Cuomo's, DeRosa's, DesRosiers's, and Mogul's Motions to Dismiss

Dear Judge Broderick:

We represent Plaintiff Charlotte Bennett ("Plaintiff") in this employment discrimination action. Defendants Cuomo, DeRosa, DesRosiers, and Mogul have individually filed letters requesting oral argument on their Motions to Dismiss (*see* Doc. 30, 35, 36, 40), pursuant to Rule 4(I) of your Honor's Individual Rules & Practices in Civil Cases. Plaintiff's counsel hereby respectfully requests oral argument on the motions to dismiss and her recently filed oppositions to Defendants Cuomo's, DeRosa's, DesRosiers's, and Mogul's Motions to Dismiss on a date and time convenient for the Court.

Thank you for your attention to this matter.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

*/s/ Debra S. Katz*

Debra S. Katz
Rachel E. Green
Kayla Morin
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Email: katz@katzbanks.com
green@katzbanks.com
morin@katzbanks.com

KATZ BANKS KUMIN

EISENBERG & SCHNELL LLP

*/s/ Herbert Eisenberg*

Herbert Eisenberg
Laura S. Schnell
233 Broadway, Suite 2704
New York, New York 10279
Ph:    (212) 966-8900
Email: lschnell@eisenbergschnell.com
heisenberg@eisenbergschnell.com

*Attorneys for Plaintiff Charlotte Bennett*

cc:    All Counsel of Record (via ECF)