# KATZ BANKS KUMIN

**Debra S. Katz, Partner**
Phone: 202-299-1143
Email: katz@katzbanks.com

**VIA ECF**
January 3, 2023

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   <u>Bennett v. Cuomo</u>, et al., No. 22-CV-07846 (VSB) re: Telephonic Status Conference
            Attendance on January 4, 2023

Dear Judge Broderick:

       We represent Plaintiff Charlotte Bennett ("Plaintiff") in this employment discrimination action. We write to request the Court's authorization for Debra S. Katz not to attend the telephonic status conference scheduled for 1:00 PM on January 4, 2023. The reason for this request is that counsel's international travel arrangements have been involuntarily changed such that she will be unable to attend this January 4, 2023, telephonic status conference. Herbert Eisenberg, Laura S. Schnell, Rachel E. Green, and Kayla Morin, all counsel for Plaintiff along with Debra S. Katz, will be in attendance.

       Thank you for your attention to this request.

                                      Respectfully submitted,

                                      **KATZ BANKS KUMIN LLP**

                                      <u>/s/ Debra S. Katz</u>

                                      Debra S. Katz
                                      Rachel E. Green
                                      Kayla Morin
                                      11 Dupont Circle, NW, Suite 600
                                      Washington, D.C. 20036
                                      Ph:   (202) 299-1140
                                      Email: katz@katzbanks.com
                                      green@katzbanks.com
                                      morin@katzbanks.com

**KATZ BANKS KUMIN**

                                            **EISENBERG & SCHNELL LLP**

                                            */s/ Herbert Eisenberg*

                                            Herbert Eisenberg
                                            Laura S. Schnell
                                            233 Broadway, Suite 2704
                                            New York, New York 10279
                                            Ph:    (212) 966-8900
                                            Email:  lschnell@eisenbergschnell.com
                                            heisenberg@eisenbergschnell.com

                                            *Attorneys for Plaintiff Charlotte Bennett*

cc:   All Counsel of Record (via ECF)