UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                              Defendants. | 22-CV-07846-VSB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Allegra Noonan of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Governor Andrew M. Cuomo in the above-captioned action.

Dated: New York, New York
       January 5, 2023

SHER TREMONTE LLP

By:  */s/ Allegra Noonan*
       Allegra Noonan
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
E-mail: anoonan@shertremonte.com

*Counsel for Governor Andrew M. Cuomo*