UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22 Civ. 07846 (VSB) |
| v. | ) |
| | ) |
| ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York 10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
January 12, 2023

DEBEVOISE & PLIMPTON LLP

By: *s/ Jyotin Hamid*
Jyotin Hamid (jhamid@debevoise.com)
Mary Beth Hogan (mbhogan@debevoise.com)
66 Hudson Boulevard
New York, New York  10001
(212) 909-6000

*Attorneys for Defendant Jill DesRosiers*