# GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, New York 10019
646-693-5505

January 18, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Charlotte Bennett v. Andrew M. Cuomo et al.</u>, 22 Civ. 07846 (VSB)

Dear Judge Broderick:

    I represent Governor Andrew M. Cuomo in the above-referenced matter and respectfully request—on behalf of defendants Governor Cuomo and Melissa DeRosa—a ten-day extension of the time until Monday January 30, 2023 to file reply briefs to these two defendants' pending Motions to Dismiss. Both plaintiff's counsel and counsel for defendants Judy Mogul and Jill DesRosiers consent to this requested extension. The current deadline to file reply briefs is Friday, January 20, 2023. This is defendants Governor Cuomo and Ms. DeRosa's first request for an extension to file their reply briefs.

    I request this extension because of multiple unavoidable scheduling conflicts in related and other matters, which have created difficulties for us in completing the reply brief by Friday January 20 in this matter. Counsel for Ms. DeRosa also seeks the extension because of other scheduling issues that have arisen.

                                    Respectfully submitted,

                                    /s/

                                  Rita M. Glavin