

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Michael Delikat**

E  mdelikat@orrick.com
D  +1 212 506 5230
F  +1 212 506 5151

February 10, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

Re:   <u>Bennett v. Cuomo, et al.</u>, 22-cv-7846: Request for Correction to Order (ECF No. 67)

Dear Judge Broderick:

We represent Defendant Judith Mogul in the above-captioned matter and write to request a correction to the Court's February 7, 2023 Opinion & Order (ECF No. 67). In the Order, I am listed as counsel for Defendants DesRosiers and DeRosa as well as Defendant Mogul (my client). Defendants DeRosa, DesRosiers, and Mogul jointly submitted a Letter Motion to Stay Discovery on December 9, 2022, which was signed by their respective counsel (ECF No. 48). I am writing to respectfully bring this to the Court's attention and to request an amendment to the Order to reflect that I only represent Defendant Mogul, and not Defendants DeRosa or DesRosiers.

Thank you for your attention to this matter.

Respectfully submitted,

<u>/s/ Michael Delikat</u>

Michael Delikat

cc: All counsel of record (via ECF)