**APPLICATION GRANTED**
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  6/26/2023

Parties shall file their joint letter by June 27, 2023.

GLAVIN PLLC
156 West 56th Street
New York, New York
646-693-5500

June 23, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Charlotte Bennett v. Andrew M. Cuomo et al.</u>, 22 Civ. 07846 (VSB)

Dear Judge Broderick:

    I represent Governor Andrew M. Cuomo in the above-referenced matter and write to respectfully request an extension of the time from today, Friday, June 23, 2023 until Tuesday, June 27, 2023, to file the parties' joint letter in response to the Court's June 16, 2023 Order that the parties submit such a letter regarding certain matters. Dkt. 72. All parties consent to this requested extension. This is the first request for an extension of time to file this joint letter.

    We request this extension because co-counsel for Governor Cuomo has been traveling this week, and of the need for further coordination amongst counsel for all Defendants to ensure each Defendant's position is fully reflected in the letter.

                                     Respectfully submitted,

                                     /s/ Rita M. Glavin
                                     Rita M. Glavin