```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARLOTTE BENNETT,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :          22-CV-7846 (VSB)
               -against-                                    :
                                                            :               ORDER
ANDREW M. CUOMO, MELISSA DEROSA,                            :
JILL DESROISERS, and JUDITH MOGUL,                          :
                                                            :
                              Defendants.                   :
                                                            :
--------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Pursuant to my revised Rule 4.I of my Rules Individual Practice, it is no longer necessary for parties to move independently for oral argument. I will continue to evaluate the parties the parties have submitted in support of their motions to dismiss and will set at time for oral argument, if necessary, based on my review of those papers. Accordingly, the Clerk of Court is respectfully directed to close the motions at Docs. 30, 35, 36, 40, and 56.

SO ORDERED.

Dated:   August 1, 2023
         New York, New York

                                                              */s/ Vernon Broderick*
                                                              VERNON S. BRODERICK
                                                              United States District Judge