UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CHARLOTTE BENNETT, :
:
Plaintiff, :
: 22-CV-7846 (VSB)
-against- :
: **ORDER OF REFERENCE**
:
ANDREW M. CUOMO, MELISSA DEROSA, :
JILL DESROISERS, and JUDITH MOGUL, :
:
:
Defendants. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated: August 18, 2023
         New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge