UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been reassigned to the undersigned and referred for general pretrial supervision. Plaintiff's request for a discovery conference (ECF No. 81 (the "Request")) is GRANTED, and a telephone conference is scheduled for **Tuesday, August 22, 2023 at 2:00 pm** on the Court's conference line to discuss the issues raised in the Request. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 81.

Dated:      New York, New York
              August 18, 2023

                                          SO ORDERED.

                                          SARAH L. CAVE
                                          United States Magistrate Judge