**SHER TREMONTE LLP**

August 21, 2023

**BY ECF**

Hon. Sarah L. Cave
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Bennett v. Cuomo, et al.*, 22-CV-7846 (VSB) (SLC)

Dear Judge Cave:

    I represent former Governor Andrew M. Cuomo and write regarding the telephone conference scheduled in this matter for tomorrow at 2:00 pm (ECF No. 83). Due to an immovable scheduling conflict on my end, I respectfully request that, if possible, the conference be moved to 3:00 pm. All parties are available at that time and consent to this request. If it is not possible to move the call, my co-counsel Rita Glavin will be able to cover it.

    I appreciate the Court's attention to this matter.

                                    Respectfully submitted,

                                    */s/ Theresa Trzaskoma*

                                    Theresa Trzaskoma