UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Andrew M. Cuomo's request at ECF No. 84 is GRANTED, and the start time of the telephone conference scheduled for Tuesday, August 22, 2023 is ADJOURNED from 2:00 pm to **3:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           August 21, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge