**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DEROSIERS, and JUDITH MOGUL,<br><br>            Defendants. | Civil No. 1:22-cv-07846-VSB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Anthony M. Gruppuso of the law firm Gruppuso Legal, hereby appears as counsel for defendant Melissa DeRosa in the above-captioned action.  Please include me on all electronic notices and filings.

Dated:  August 22, 2023

                                        **GRUPPUSO LEGAL**

                                        By: *s/Anthony M. Gruppuso*
                                              Anthony M. Gruppuso
                                              560 Main Street
                                              Chatham, New Jersey 07928
                                              Telephone: 973.433.9100
                                              Email: gruppuso.legal@outlook.com