UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                    Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a discovery conference (the "Conference") today, August 22, 2023, regarding Plaintiff Charlotte Bennett's request ("Request") to quash three subpoenas (the "Subpoenas") that Defendant Andrew Cuomo ("Mr. Cuomo") served on non-parties Hamilton College, David Wippman, and "John Doe" (together, the "Non-Parties"). (ECF No. 81 at 1). At the Conference, Mr. Cuomo agreed to consider narrowing the scope of the Subpoenas (the "Revised Subpoenas"). Accordingly, Court orders as follows:

1. The parties shall promptly meet and confer and, by **September 6, 2023**, file a joint letter (the "Letter") stating whether they have been able to agree on the scope of the Revised Subpoenas, are continuing to negotiate, or have reached an impasse.

2. The Request is DENIED WITHOUT PREJUDICE to renewal, if appropriate, following the Court's review of the Letter.

3. The Subpoenas are HELD IN ABEYANCE pending the Court's receipt of the Letter.

2

The parties shall promptly order a transcript of the Conference.

Dated:	New York, New York
	August 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge