# EISENBERG & SCHNELL LLP
## ATTORNEYS AT LAW

By Electronic Case Filing

September 6, 2023

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

---

By **September 11, 2023**, the parties shall file a further joint letter stating whether they have been able to agree on the scope of the Revised Subpoenas, are continuing to negotiate, or have reached an impasse. The Court appreciates the parties' continued cooperation to resolve these discovery issues.

SO ORDERED    9/7/2023

*[signature]*
SARAH L. CAVE
United States Magistrate Judge

---

RE: <u>Charlotte Bennett v. Andrew M. Cuomo et al.</u>, 22 Civ. 07846 (VSB)(SLC)

Dear Judge Cave:

We represent Plaintiff Charlotte Bennett in this matter. We write jointly with Defendants Andrew Cuomo ("Cuomo"), Melissa DeRosa, Jill DesRosiers, and Judith Mogul (collectively, the "Parties") pursuant to the Court's August 22, 2023, Order, that the parties file a joint letter stating whether they have been able to agree on the scope of Cuomo's (1) document subpoena directed toward Hamilton College and (2) deposition subpoenas directed toward John Doe and David Wippman, whether they are still negotiating or whether they are at an impasse.

The parties have met and conferred and have made significant progress in coming to an agreement. We anticipate being able to conclude these efforts and respectfully request that the Court grant us until Monday September 11, 2023 to file a joint letter as directed by the Court.

Respectfully Submitted,

*[signature]*

Laura S. Schnell
*Attorney for Charlotte Bennett*

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX    212.966.2505
eisenbergschnell.com