AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Charlotte Bennett | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-07846 (VSB) |
| Andrew M. Cuomo, Melissa DeRosa, Jill DesRosiers, & Judith Mogul | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jill DesRosiers .

Date:   09/08/2023

/s/ Soren Schwab
*Attorney's signature*

Soren Schwab
*Printed name and bar number*

Debevoise & Plimpton LLP
66 Hudson Blvd
New York, New York 10001

*Address*

sschwab@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

(212) 909-6836
*FAX number*