AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Charlotte Bennett | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cv-07846 (VSB) |
| Andrew M. Cuomo, Melissa DeRosa, Jill DesRosiers, & Judith Mogul | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendant Jill DesRosiers                                                                                        .


Date:       09/08/2023                                            /s/ Leah W. Rosenberg
                                                                  *Attorney's signature*


                                                                  Leah W. Rosenberg
                                                                  *Printed name and bar number*
                                                                  Debevoise & Plimpton LLP
                                                                  66 Hudson Blvd
                                                                  New York, New York 10001

                                                                  *Address*

                                                                  lwrosenberg@debevoise.com
                                                                  *E-mail address*

                                                                  (212) 909-6000
                                                                  *Telephone number*

                                                                  (212) 909-6836
                                                                  *FAX number*