# EISENBERG & SCHNELL LLP
ATTORNEYS AT LAW

HERBERT EISENBERG
LAURA S. SCHNELL

JULIAN R. BIRNBAUM
Of Counsel

By Electronic Case Filing

September 11, 2023

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Charlotte Bennett v. Andrew M. Cuomo et al., 22 Civ. 07846 (VSB)(SLC)</u>

Dear Judge Cave:

    We represent Plaintiff Charlotte Bennett ("Plaintiff" or "Ms. Bennett") in this matter. We write jointly with Defendants Andrew Cuomo ("Cuomo"), Melissa DeRosa, Jill DesRosiers, and Judith Mogul (collectively, the "Parties") pursuant to the Court's August 22, 2023, Order, that the parties file a joint letter stating whether they have been able to agree on the scope of Cuomo's (1) document subpoena directed toward Hamilton College and (2) deposition subpoenas directed toward John Doe and David Wippman, whether they are still negotiating or whether they are at an impasse.

    As reported to the Court on September 6, the parties did meet and confer and made significant progress in coming to an agreement. However, we have not been able to agree on a modification to the Confidentially Agreement and protective Order that ensures that any documents or information obtained remain confidential. Accordingly we request another conference with the Court.

    Respectfully Submitted,

    Laura S. Schnell
    *Attorney for Charlotte Bennett*

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX   212.966.2505
eisenbergschnell.com