UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                **TELEPHONE CONFERENCE SCHEDULING ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 94) for a Court conference to discuss their dispute relating to the terms of a protective order is GRANTED, and a telephone conference (the "Conference") is scheduled for **Monday, September 25, 2023 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.

By **September 21, 2023**, the parties shall file a joint letter, no longer than three (3) pages, outlining the bases of their dispute. The letter shall include a single version of the proposed protective order with the parties' competing versions of the disputed provisions.

If the Conference conflicts with any religious observances, the parties should promptly notify the Court so that the Conference may be rescheduled.

Dated:     New York, New York
             September 12, 2023

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge