# EISENBERG & SCHNELL LLP
### ATTORNEYS AT LAW

BY ELECTRONIC CASE FILING

HERBERT EISENBERG
LAURA S. SCHNELL

September 12, 2023

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE: *Charlotte Bennett v. Andrew M. Cuomo et al.,* 22 Civ. 07846 (VSB)(SLC)

Dear Judge Cave:

      We represent Plaintiff Charlotte Bennett ("Plaintiff" or "Ms. Bennett") in the above listed matter. We write to respectfully request an adjournment of the telephone conference set for September 25, 2023. We ask that the conference be adjourned as the conference is presently scheduled on the Jewish high holy day, Yom Kippur. This holy day is observed by some of Plaintiff's lawyers who therefore will be unable to participate. Defense counsel have all consented to this adjournment request.

      We also ask that the Court not schedule the conference for September 26 as there is a prescheduled in person conference on that date in *Trooper 1 v. New York State Police, Cuomo et al.* pending in the EDNY (22-cv-00893 (LDH) (TAM)). That conference will involve the participation of many of the lawyers in this matter.

Respectfully Submitted,

Herbert Eisenberg
*Attorney for Charlotte Bennett*

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX    212.966.2505

eisenbergschnell.com