UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 96 is GRANTED, and the telephone conference scheduled for September 25, 2023 to discuss the parties' dispute relating to the terms of a protective order (the "Dispute") is ADJOURNED to **Tuesday, October 10, 2023 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.

By **October 6, 2023**, the parties shall file a joint letter, no longer than three (3) pages, outlining the bases of the Dispute. The letter shall include a single version of the proposed protective order with the parties' competing versions of the disputed provisions. In the interim, the parties shall continue to meet and confer in an effort to resolve the Dispute.

The Clerk of Court is respectfully directed to close ECF No. 96.

Dated:     New York, New York
             September 13, 2023     SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**