UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                            Plaintiff,

        -v-                                                    CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

                                                               **AMENDED TELEPHONE CONFERENCE**
ANDREW M. CUOMO, MELISSA DEROSA, JILL                          **SCHEDULING ORDER**
DESROSIERS, and JUDITH MOGUL,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court's September 13, 2023 Order (ECF No. 97 (the "Sept. 13 Order")) is AMENDED

to reflect that the October 10, 2023 telephone conference will begin at **1:00 pm**.  The parties are

directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.  All other terms of

the  Sept. 13 Order remain in effect.

Dated:        New York, New York
              September 14, 2023                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**