AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Charlotte Bennett | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-7846 |
| Andrew M. Cuomo, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Melissa De Rosa.

Date: 09/14/2023

*Attorney's signature*

Sarah A. Sulkowski, SS9856
*Printed name and bar number*

GELBER & SANTILLO PLLC
52 Duane Street, 7th floor
New York, New York 10007

*Address*

ssulkowski@gelbersantillo.com
*E-mail address*

(212) 227-4743
*Telephone number*

(212) 227-7371
*FAX number*