# GLAVIN PLLC

156 West 56th Street, Ste. 2004
New York, New York 10019
646-693-5505

October 10, 2023

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

  Re: *Charlotte Bennett v. Andrew M. Cuomo et al.*, 22-CV-7846 (VSB)

Dear Judge Cave:

  We represent former Governor Andrew M. Cuomo and write concerning the joint letter and proposed Amended Protective Order filed with the Court on October 6, 2023 (ECF No. 101). As outlined in that letter, the only remaining dispute among the Parties concerned language proposed by Governor Cuomo regarding the designation of already public information as confidential. However, in an effort to narrow the disputes among the Parties and before the Court, Governor Cuomo and Melissa DeRosa agree to withdraw that proposed language and rely on the original language in the Amended Protective Order. Rather than burden the Court with this dispute at this time, the Parties will raise any disputes related to designations in a manner consistent with the Amended Protective Order, as necessary, when they arise.

  In light of this development, we believe the conference today can be adjourned and the Parties can file their proposed Amended Protective Order with the Court instead.

                Respectfully submitted,

                */s/ Rita Glavin*

                Rita Glavin