UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

           Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

           Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the representations in Defendant Andrew M. Cuomo's letter at ECF No. 102, the telephone conference scheduled for today, October 10, 2023, is CANCELLED.

Dated:    New York, New York
           October 10, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge