UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Plaintiff's request for a discovery conference (ECF No. 100 (the "Request")) is GRANTED, and a telephone conference is scheduled for **Friday, October 20, 2023 at 1:00 pm** on the Court's conference line to discuss the issues raised in the Request.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

      The Clerk of Court is respectfully directed to close ECF No. 100.

Dated:      New York, New York
             October 11, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge