UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARLOTTE BENNETT, | 22-CV-7846 (VSB) (SLC) |
| Plaintiff, | |
| v. | MOTION FOR ADMISSION *PRO HAC VICE* |
| ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, Plaintiff hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: October 17, 2023

Respectfully submitted,

Sarah E. Nesbitt
Katz Banks Kumin LLP
11 Dupont Circle, N.W., Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Fax:  (202) 299-1148
Email: nesbitt@katzbanks.com