UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>        Defendants. | 22-CV-7846 (VSB) (SLC)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Plaintiff, for the admission *pro hac vice* of Sarah E. Nesbitt to represent Plaintiff in the above captioned action is granted.  Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is:

Sarah E.  Nesbitt

Katz Banks Kumin LLP, 11 Dupont Circle, NW, Suite 600, Washington, D.C. 20036

Ph:     (202) 299-1140       Fax:     (202) 299-1148

Email:     nesbitt@katzbanks.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____

                                                                                           United States District / Magistrate Judge