# KATZ BANKS KUMIN

**Debra S. Katz, Partner**
Direct Dial:   202-299-1143
Email:   katz@katzbanks.com

> Plaintiff's request at ECF No. 110 is GRANTED. Pursuant to the Court's Individual Practices, Plaintiff shall file her sealing request in conformity with the Court's Standing Order, 19-mc-583, and ECF Rules & Instructions, Section 6, available at https://nysd.uscourts.gov/rules/ecf-related-instructions. The Court notes that sealing requests do not require prior leave of Court.
>
> The Clerk of Court is respectfully directed to close ECF No. 110.
>
> SO ORDERED     10/19/2023
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Charlotte Bennett v. Andrew M. Cuomo, et al.</u>, 22 Civ. 07846 (VSB) (SLC)

Dear Judge Cave:

      We represent Plaintiff Charlotte Bennett ("Plaintiff") in the above-captioned matter. Two earlier filings on this docket disclosed information that should not have been disclosed. We request leave to file under seal a letter-motion explaining the issue. To avoid drawing attention to the information, we are not appending a redacted version of the document at issue with this filing, but in compliance with the Court's rules, we will include it with our explanatory letter-motion requesting that the two filings be sealed with access only by Selected Parties. We thank the Court for its time and consideration.

Dated: October 19, 2023

Respectfully submitted,

**EISENBERG & SCHNELL LLP**

*/s/ Herbert Eisenberg*
Herbert Eisenberg
Laura S. Schnell
233 Broadway, Suite 2704
New York, New York 10279
Ph:   (212) 966-8900
Email: lschnell@eisenbergschnell.com
       heisenberg@eisenbergschnell.com

**KATZ BANKS KUMIN LLP**

*/s/ Debra S. Katz*
Debra S. Katz
Rachel E. Green
Kayla Morin
Sarah E. Nesbitt
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:   (202) 299-1140
Email: katz@katzbanks.com
       green@katzbanks.com
       morin@katzbanks.com
       nesbitt@katzbanks.com

*Attorneys for Plaintiff Charlotte Bennett*

*Attorneys for Plaintiff Charlotte Bennett*

cc:   All Counsel of Record (via ECF)