UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

          Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's sealing request at ECF No. 111 is GRANTED. The Clerk of Court is respectfully directed to seal the documents at ECF Nos. 100-1 and 103, and to make them visible only to the case participants. The Clerk of Court is also respectfully directed to unseal the document at ECF No. 101-1, which appears to have been sealed in error. The documents at ECF No. 111 shall remain visible only to the selected parties.

By **October 27, 2023**, Plaintiff and Defendant Melissa DeRosa shall file redacted versions of the documents at ECF Nos. 100-1 and 103, respectively, in accordance with Plaintiff's proposed redactions at ECF No. 111-1.

Dated:    New York, New York
            October 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge