UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 20, 2023, regarding Plaintiff's anticipated motion (the "Motion") to quash two subpoenas (the "Subpoenas") served by Defendant Melissa DeRosa ("DeRosa") on Debra S. Katz and Katz Banks Kumin LLP, respectively, the briefing of the Motion shall proceed as follows:

1. By **October 27, 2023**, Plaintiff shall file the Motion, by letter no longer than five (5) pages.

2. By **November 3, 2023**, DeRosa shall file a letter no longer than five (5) pages in opposition to the Motion and in support of her cross-motion to enforce the Subpoenas. DeRosa's letter shall include a copy of the Memo referenced in DeRosa's October 10, 2023 letter. (See ECF No. 103 at 1). Pursuant to the Court's October 20, 2023 Sealing Order, DeRosa shall file the Memo under seal.

3. By **November 8, 2023**, by Plaintiff file a reply no longer than three (3) pages.

Dated:     New York, New York
          October 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge