## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2023, a copy of Plaintiff Charlotte Bennett's Letter Motion for Conference re Motion to Compel addressed to Magistrate Judge Sarah L. Cave from Debra S. Katz dated October 23, 2023, Doc. 115, and the exhibits attached thereto, Doc. 115-1 – 115-3, were served on consent upon David Pikus and Brian O'Donoghue, counsel for non-party Madeline Cuomo, to the following email addresses:

dpikus@bressler.com

brianjodon@gmail.com

/s/ Debra S. Katz

Dated: October 24, 2023