David H. Pikus
**BRESSLER, AMERY & ROSS**
A Professional Corporation
17 State Street
New York, New York 10004
(212) 425-9300
dpikus@bressler.com
Attorneys for Nonparty Madeline C. Cuomo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT, <br><br> Plaintiff, <br><br> - against - <br><br> ANDREW M. CUOMO et al., <br><br> Defendants. | No. 1:22-cv-07846 (VSB) (SLC) <br><br> **NOTICE OF APPEARANCE** |

Nonparty Madeline C. Cuomo hereby appears in the action by her attorneys, Bressler, Amery & Ross, P.C., for the limited purpose of objecting to her subpoena served by plaintiff, dated August 15, 2023.

Dated: New York, New York
       October 27, 2023

                              BRESSLER, AMERY & ROSS, P.C.
                              Attorneys for Nonparty Madeline Cuomo

                              By: _____
                                   David H. Pikus

TO:  Counsel of Record (via ECF)