AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| CHARLOTTE BENNETT | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-7846 |
| ANDREW M. CUOMO, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Judith Mogul.

Date: 11/01/2023

/s/ Brianna A. Messina
*Attorney's signature*

Brianna A. Messina, NY/S.D.N.Y. 5846761
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

bmessina@orrick.com
*E-mail address*

(212) 506-5000
*Telephone number*

(212) 506-5151
*FAX number*