Gregory Morvillo, Esq.
**MORVILLO PLLC**
1740 Broadway, 15th Floor
New York, New York 10019
Telephone: 646.831.1531
Email: gm@morvillopllc.com
*Attorneys for defendant Melissa DeRosa*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DEROSIERS, and JUDITH MOGUL,<br><br>　　　　Defendants. | Civil No. 1:22-cv-07846<br><br>**DECLARATION OF GREGORY MORVILLO, ESQ.** |

GREGORY MORVILLO, of full age, hereby declares as follows:

1. I am an attorney-at-law of the State of New York, a member of the bar of this Court, and a partner of the law firm Morvillo PLLC, attorneys for defendant Melissa DeRosa.

2. I respectfully submit this Declaration in (i) opposition to plaintiff Charlotte Bennett's motion to quash Subpoenas *duces tecum* served upon Debra S. Katz, Esq. and her law firm, Katz Banks Kumin LLP, and (ii) support of Ms. DeRosa's cross-motion to enforce those same Subpoenas.

3. Attached as *Exhibit A* is a copy, with redactions, of a "Memorandum For Governor Cuomo Sexual Harassment Investigation File" dated March 19, 2021, regarding an "Interview of Charlotte Bennett on March 13, 2020."

2

4.      Attached as *Exhibit B* are copies of (i) a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Debra Katz dated September 13, 2023, and (ii) a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Katz Banks Kumin LLP dated September 13, 2023.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: November 3, 2023               *s/Gregory Morvillo*
                                                              Gregory Morvillo