**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHARLOTTE BENNETT,

                Plaintiff,

    v.

ANDREW M. CUOMO,
MELISSA DEROSA,
JILL DESROSIERS, and
JUDITH MOGUL,

                Defendants.

22 Civ. 7846 (VSB) (SLC)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned, Brachah Goykadosh of the law firm Sher Tremonte LLP, hereby appears as counsel for Defendant Governor Andrew M. Cuomo in the above-captioned action.

Dated: November 7, 2023
       New York, New York

**SHER TREMONTE LLP**

By: */s/ Brachah Goykadosh*
Brachah Goykadosh
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: bgoykadosh@shertremonte.com

*Counsel for Governor Andrew M. Cuomo*