UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>      Plaintiff,<br>-v-<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,<br><br>      Defendants. | CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Andrew M. Cuomo ("Mr. Cuomo") has requested a discovery conference to discuss his anticipated motion to compel compliance with document and deposition subpoenas he served on non-party Lindsey Boylan ("Ms. Boylan"). (ECF No. 136 (the "Request")). To permit a ruling on the Request, the Court orders as follows:

1. By **November 29, 2023**, Mr. Cuomo shall serve the Request on Ms. Boylan and file proof of service on the docket.

2. By **December 11, 2023**, Ms. Boylan shall file a response to the Request.

Dated:  New York, New York
     November 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**