# SHER TREMONTE LLP

November 29, 2023

**BY ECF**

Hon. Sarah L. Cave
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   **Re:**  ***Charlotte Bennett v. Andrew M. Cuomo, et al.*, 22-cv-7846 (VSB) (SLC)**

Dear Judge Cave:

   Pursuant to the Court's November 28, 2023 order directing counsel for Governor Cuomo to (1) serve counsel for Lindsey Boylan with a copy of our request for discovery conference filed at ECF No. 136 and (2) file proof of that service, I hereby confirm that we served counsel for Ms. Boylan with a copy of the request and attach the cover email effectuating service of the request as Exhibit A to this letter.[1]

       Respectfully submitted,

       */s/ Allegra Noonan*

       Allegra Noonan

---

[1] As noted in the cover email, we also previously sent a copy of the request to counsel for Ms. Boylan on November 27, 2023, the day that it was filed.

Exhibit A

| | |
|---|---|
| **From:** | Allegra Noonan |
| **To:** | Julie Gerchik; dperry@danyaperrylaw.com |
| **Cc:** | Theresa Trzaskoma; Rita Glavin; Brachah Goykadosh; Sam Prose; Leo Korman |
| **Subject:** | Bennett v. Cuomo et al. - Letter and Court Order |
| **Date:** | Tuesday, November 28, 2023 6:25:59 PM |
| **Attachments:** | Dkt. 136 - Letter Motion for Discovery Conference re Boylan.pdf |
| | Dkt. 137.pdf |

Danya, Julie,

Consistent with the attached Order in *Bennett v. Cuomo et al.* dated today (ECF No. 137), we are providing you again with our letter requesting a discovery conference concerning the subpoenas we served on Ms. Boylan (ECF No. 136). Please note that the Court's Order directs a response from Ms. Boylan by December 11, 2023. Consistent with our practice in this case, we will consider service of our letter and the Court's Order effectuated via email.

Best regards,
Allegra



**Allegra Noonan (She/Her)**
Sher Tremonte LLP

90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2449 | fax: 212.202.4156
anoonan@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.