UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>Plaintiff,<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,<br><br>Defendants. | Case No.: 22 Civ. 7846 (VSB) (SLC)<br><br>District Judge Vernon S. Broderick<br>Courtroom 518<br>Magistrate Judge Sarah L. Cave<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION FOR *PRO HAC VICE*** |

The motion of Julie R. Gerchik for admission to practice *Pro Hac Vice*, in the above captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bars of the States of California and New York and that her contact information is as follows:

Julie R. Gerchik
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: 310.282.6206
Email: JGerchik@GlaserWeil.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for nonparty Lindsey Boylan in the above-captioned matter.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                                                          United States District/Magistrate Judge

2349818.1