UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Andrew Cuomo's request for a discovery conference (ECF No. 136) regarding his request to compel compliance with deposition and document subpoenas he served on non-party Lindsey Boylan is GRANTED, and a telephone conference is scheduled for **Thursday, January 4, 2024 at 2:00 pm EST** on the Court's conference line. Counsel for Mr. Cuomo and Ms. Boylan are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 136.

Dated:      New York, New York
             December 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge