UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>      Plaintiff,<br><br>  v.<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,<br><br>      Defendants. | **NOTICE OF APPEARANCE**<br><br>22 Civ. 7846 (VSB) (SLC) |

  PLEASE TAKE NOTICE that E. Danya Perry of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of Nonparty Lindsey Boylan in the above-captioned action.

Dated: December 12, 2023
   New York, New York

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry (No. 2839983)
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: dperry@danyaperrylaw.com
Telephone: (212) 840-7939
Facsimile: (646) 849-9609

*Attorney for Nonparty Lindsey Boylan*