

LETITIA JAMES
ATTORNEY GENERAL

> The request at ECF No. 147 is GRANTED. By **December 19, 2023**, the New York State Office of the Attorney General shall file a response to Defendant Andrew Cuomo's letter-motion at ECF No. 141. Mr. Cuomo shall file his reply letter, if any, by **December 22, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 147.
>
> SO ORDERED     12/13/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

By ECF

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *Charlotte Bennett v. Andrew Cuomo, et al.*, 22-cv-7846 (VSB) (SLC)

Dear Judge Cave:

  Pursuant to Your Honor's individual rules, I write on behalf of nonparty New York State Office of the Attorney General ("OAG") to respectfully request an extension of time to respond to defendant former governor Andrew Cuomo's December 11, 2023 letter requesting a discovery conference. See ECF No. 141. OAG and Cuomo have agreed to a schedule extending OAG's time to respond from December 14, 2023 to December 19, 2023, with Cuomo's reply due on December 22, 2023.

  OAG is requesting additional time to respond so it can obtain the transcript of a discovery conference held on December 12, 2023 in another lawsuit alleging sexual harassment by Cuomo in the Eastern District of New York, Trooper 1 v. Cuomo et. al., No. 22-cv-00893 (LDH)(TAM). In that case, Cuomo has issued a similar nonparty subpoena to OAG. As the December 12, 2023 Trooper 1 discovery conference addressed issues and arguments relevant to OAG's anticipated response to Cuomo's December 11, 2023 letter, OAG seeks a brief extension of time to review the transcript and prepare its response.

  Thank you for your consideration.

Respectfully,

/s/ Serena Longley
Serena Longley
Deputy General Counsel
Serena.Longley@ag.ny.gov
(212) 416-8178

cc: Counsel of Record (via ECF)