UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

              Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Andrew Cuomo's request for a discovery conference (ECF No. 141) regarding his request to compel compliance with a document subpoena (the "Subpoena") he served on non-party the New York State Office of the Attorney General ("OAG") is GRANTED. The Court will discuss the Subpoena at the telephone conference scheduled for Thursday, January 4, 2024 at 2:00 pm on the Court's conference line. (See ECF No. 144). Counsel for the OAG is directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 141.

Dated:       New York, New York
               December 20, 2023

                                  SO ORDERED.

                                  SARAH L. CAVE
                                  United States Magistrate Judge