UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **January 3, 2024 at 12:00 pm**, Defendant Andrew Cuomo shall file the complete transcripts of the September 26, 2023 and December 12, 2023 conferences held before the Honorable Taryn A. Merkl in the matter Trooper 1 v. New York State Police et al., No. 22 Civ. 893 (LDH) (TAM) (E.D.N.Y.).

Dated:        New York, New York
                January 2, 2024

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**