

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

By ECF  
The Honorable Sarah L. Cave  
United States District Court - SDNY  
500 Pearl Street | New York, NY 10007

January 3, 2024

**RE: Charlotte Bennett v. Andrew Cuomo, et al., 22-cv-7846 (VSB) (SLC)**

Dear Magistrate Judge Cave:

In response to Your Honor's January 2, 2024 Order (ECF No. 157), and for the sake of providing the Court with the complete transcripts from the relevant September 26, 2023 proceedings before the Honorable Taryn A. Merkl in connection with *Trooper 1 v. New York State Police et al.*, No. 22 Civ. 893 (LDH) (TAM) (E.D.N.Y.), I write on behalf of nonparty New York State Office of the Attorney General ("OAG") to provide the Court with the afternoon transcript from the September 26, 2023 conference (captioned *Cuomo v. OAG*, No. 22 Misc. 3044 (LDH) (TAM) (E.D.N.Y.)), a copy of which is attached.

The attached transcript, which was not included in defendant Cuomo's noon filing today, reflects the portion of the September 26, 2023 conference before Magistrate Judge Merkl where OAG and defendant Cuomo appeared in order to address their discovery dispute in connection with *Trooper 1*, including many of the same immunity, privilege and relevance issues detailed in OAG's letter to the Court filed on December 19, 2023 (ECF No. 149).

Respectfully,

 /s/ Serena Longley  
Serena Longley  
Deputy General Counsel  
Serena.Longley@ag.ny.gov  
(212) 416-8178

cc: Counsel of Record (via ECF)