UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter in response to (i) Defendant Andrew Cuomo's January 23, 2024 letter-motion for a discovery conference (ECF No. 171) and (ii) the letters filed on January 24, 2024 in response to Plaintiff's letter-motion at ECF No. 172.  (ECF No. 179 (the "Letter")).  The Letter was neither authorized by the Court's January 4, 2024 Order (ECF No. 164), nor permitted by the Court's Individual Practices, which require opposition letters to be filed within three (3) business days of a letter-motion for a conference and replies to be filed within one (1) business day of an opposition.  See Ind. Pracs. § II.C.3.  Accordingly, the Letter is STRICKEN and will not be considered.  No further submissions for discussion at the February 1, 2024 telephone conference are permitted, other than those already specifically allowed by Court order.  (See ECF No. 178 ¶ 1).

The Clerk of Court is respectfully directed to strike ECF No. 179.

Dated:    New York, New York
            January 30, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge