# SHER TREMONTE LLP

February 2, 2024

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Bennett v. Cuomo, et al.*, No. 22 Civ. 7846 (VSB) (SLC)

Dear Judge Cave:

Pursuant to the February 1, 2024 Order, ECF No. 182, we write to advise the Court that Governor Cuomo and the OAG have agreed to the following briefing schedule with respect to Governor Cuomo's motion to compel OAG's compliance with Governor Cuomo's subpoena:

- Governor Cuomo's motion to compel due:     February 23, 2024
- OAG's opposition and cross-motion to quash due:     March 15, 2024
- Governor Cuomo's reply and opposition to cross-motion due:     March 26, 2024
- OAG's reply due:     April 3, 2024

Accordingly, we respectfully request that the Court so-order the above briefing schedule.

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156