By **February 12, 2024**, Defendant Andrew Cuomo, Defendant Melissa DeRosa, and non-party Lindsay Boylan shall file a joint letter reporting on the status of Ms. Boylan's compliance with the Court's January 4, 2024 Order (ECF No. 164).

SO ORDERED        2/6/2024

SARAH L. CAVE
United States Magistrate Judge

**SHER**

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    ***Bennett v. Cuomo, et al.***, No. 22 Civ. 7846 (VSB) (SLC)

Dear Judge Cave:

On January 4, 2024, this Court ordered counsel for Governor Cuomo and Melissa DeRosa to confer with counsel for Ms. Boylan and submit a letter about the status of search terms by January 24, 2024. ECF No. 164. On January 23, 2024—because negotiations were still in progress—counsel for Governor Cuomo, Ms. DeRosa, and Ms. Boylan requested that the Court order us to submit a further status report by February 5, 2024. ECF No. 169. Following the conference on February 1, 2024, the Court ordered counsel for Governor Cuomo to submit a letter by February 20, 2024 discussing *inter alia* Ms. Boylan's compliance with the January 4 Order. ECF No. 182.

Although the Court did not so-order the February 5 deadline, as a matter of prudence, counsel for Governor Cuomo, Ms. DeRosa, and Ms. Boylan write to inform the Court that discussions regarding search terms are still ongoing and we will provide the Court with a further update concerning those discussions on February 12, 2024.

We appreciate the Court's attention.

Respectfully submitted,

 */s/ Theresa Trzaskoma*

Theresa Trzaskoma