**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHARLOTTE BENNETT,

                    Plaintiff,

      v.

ANDREW M. CUOMO,
MELISSA DEROSA,
JILL DESROSIERS, and
JUDITH MOGUL,

                  Defendants.

Case No. 22-cv-07846 (VSB)
(SLC)

---

### NOTICE OF GOVERNOR CUOMO'S MOTION TO COMPEL THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL'S COMPLIANCE WITH SUBPOENA

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, and the Declaration of Theresa Trzaskoma and all exhibits attached thereto, former Governor Andrew M. Cuomo, by and through his attorneys, Sher Tremonte LLP and Glavin PLLC, will move pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Governor Cuomo's Motion to Compel the Office of New York State Attorney General's Compliance with Subpoena, and for such other relief as the Court may deem just and proper.

Dated: New York, New York
      February 23, 2024

Respectfully submitted,

   */s/ Theresa Trzaskoma*

Theresa Trzaskoma
Allegra Noonan
Brachah Goykadosh
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ttrzaskoma@shertremonte.com

Rita Glavin
Katherine E. Petrino
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
rglavin@glavinpllc.com

*Counsel for former Governor*
*Andrew M. Cuomo*