UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 26, 2024 (the "Conference"), the Court orders as follows:

1. The briefing of Defendant Andrew Cuomo's motion (the "Motion") to compel compliance with subpoenas he served on non-parties Cleary Gottlieb Steen & Hamilton LLP and Vladeck Raskin & Clark P.C. (together, the "Law Firms") shall proceed as follows:

   a. By **March 8, 2024**, Mr. Cuomo shall file the Motion, the memorandum of law in support of which is limited to ten (10) pages.

   b. By **March 26, 2024**, the Law Firms and the New York State Office of the Attorney General (the "OAG") shall file their opposition to the Motion and cross-motion to quash (the "Cross-Motion," with the Motion, the "Motions"), the memorandum of law in support of which is limited to ten (10) pages.

   c. By **April 3, 2024**, Mr. Cuomo shall file his reply and opposition to Cross-Motion, limited to five (5) pages.

    d. By **April 10, 2024**, the Law Firms and the OAG shall file their reply, limited to five (5) pages.

2. Oral argument on the Motions and Mr. Cuomo's motion to compel compliance with a subpoena he served on the OAG (ECF No. 199) is scheduled for **May 8, 2024 at 3:00 pm** and will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York.

3. A telephone status conference is scheduled for **Friday, March 22, 2024 at 11:00 am** (the "Mar. 22 Conference") on the Court's conference line. The parties and all pertinent non-parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. Any party seeking to raise an issue ripe for the Court's attention—i.e., a discovery issue about which the parties have already met and conferred pursuant to the Court's Individual Practices—at the Mar. 22 Conference must file a letter, no longer than three (3) pages, setting forth their request no later than **March 15, 2024 at 5:00 pm**. Mr. Cuomo's letter shall include the status of non-party Lindsay Boylan's compliance with the Court's January 4, 2024 Order (see ECF No. 164 ¶ 1.a).

5. The parties shall promptly order a transcript of the Conference and ensure that it is filed on the docket.

Dated:    New York, New York
             February 26, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**