UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDREW M. CUOMO,<br>MELISSA DEROSA,<br>JILL DESROSIERS, and<br>JUDITH MOGUL,<br><br>                    Defendants. | Case No. 22-cv-07846 (VSB) (SLC) |

**NOTICE OF GOVERNOR CUOMO'S MOTION TO COMPEL
CLEARY GOTTLIEB STEEN & HAMILTON LLP'S AND
VLADECK, RASKIN & CLARK, PC'S COMPLAINCE WITH SUBPOENAS**

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, former Governor Andrew M. Cuomo, by and through his attorneys, Sher Tremonte LLP and Glavin PLLC, will move pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Governor Cuomo's Motion to Compel Cleary Gottlieb Steen & Hamilton LLP's and Vladeck, Raskin & Clark, PC's Compliance with Subpoenas, and for such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>March 8, 2024 | Respectfully submitted,<br><br>   /s/ *Theresa Trzaskoma*<br><br>Theresa Trzaskoma<br>Allegra Noonan<br>Brachah Goykadosh<br>SHER TREMONTE LLP<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel.: (212) 202-2600<br>Fax: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br><br>Rita Glavin<br>Katherine E. Petrino<br>GLAVIN PLLC<br>156 West 56th Street, Ste. 2004<br>New York, NY 10019<br>Tel: (646) 693-5505<br>rglavin@glavinpllc.com<br><br>*Counsel for former Governor*<br>*Andrew M. Cuomo* |