UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT,<br><br>Plaintiff,<br><br>ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,<br><br>Defendants. | Case No.: 22 Civ. 7846 (VSB) (SLC)<br><br>District Judge Vernon S. Broderick<br>Courtroom 518<br>Magistrate Judge Sarah L. Cave<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, Alexander R. Miller hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for nonparty Lindsey Boylan in the above-captioned matter.

///

I am in good standing of the bars of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 12, 2024

Respectfully submitted,

By: /s/ Alex Miller

Alexander R. Miller
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 West Broadway, Suite 1080
San Diego, CA 92101
amiller@glaserweil.com
619.762.5952

*Attorneys for Nonparty Lindsey Boylan*