```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CHARLOTTE BENNETT,                                                  :
                                                                    :
                                    Plaintiff,                      :   1:22-cv-07846 (VSB)(SLC)
                                                                    :
         - against -                                                :
                                                                    :
ANDREW CUOMO,                                                       :
MELISSA DEROSA,                                                     :
JULL DESORISERS, and                                                :
JUDITH MOGUL,                                                       :
                                                                    :
                                    Defendants.                     :
------------------------------------------------------------------- X
```

**NOTICE OF CROSS-MOTION BY NONPARTY OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL TO QUASH**

**PLEASE TAKE NOTICE,** that upon nonparty Office of the New York State Attorney General's ("OAG") accompanying Memorandum of Law, the Declarations of Serena Longley and Ye Eun Charlotte Chun, and the exhibits attached thereto, and all prior pleadings and papers on file in the above-captioned action, Nonparty OAG hereby cross-moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing a subpoena served on OAG by Defendant Cuomo, and denying Defendant Cuomo's Motion to Compel compliance with that subpoena, and granting such further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's scheduling order entered on March 14, 2024,Defendant Cuomo's reply in support of his motion to compel and in opposition to OAG's cross-motion shall be filed by April 9, 2024.

Dated: New York, New York
March 22, 2024

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By: /s/ Serena Longley

Andrew Amer
Serena Longley
Michael Jaffe
James Cooney

28 Liberty Street
New York, NY 10005
Phone: (212) 416-8178
serena.longley@ag.ny.gov

Attorneys for Nonparty Office of the Attorney General