UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

      v.

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

22 Civ. 7846 (VSB) (SLC)

### NOTICE OF CROSS-MOTION BY NONPARTY OAG AND FIRMS TO QUASH THE SUBPOENA BY DEFENDANT ANDREW M. CUOMO

PLEASE TAKE NOTICE, that upon Nonparties New York State Office of the Attorney General (the "OAG") and the two law firms OAG retained to carry out an Executive Law § 63(8) investigation, Vladeck, Raskin & Clark, P.C., and Cleary Gottlieb Steen & Hamilton LLP (the "Firms") accompanying Memorandum of Law, and all prior pleadings and papers on file in the above-captioned action, Nonparties OAG and the Firms hereby cross-move this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing the subpoena served on the Firms in the action entitled Bennett v. Cuomo et al, No. 22 Civ. 7846 (VSB) (SLC) (S.D.N.Y.), and granting such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's scheduling order entered on February 26, 2024, Defendant's reply in support of his motion to compel and in opposition to Nonparty OAG and the Firms' cross-motion shall be filed by April 3, 2024, and Nonparty OAG and the Firms' reply in support of their cross-motion shall be filed by April 10, 2024.

| | |
|---|---|
| Dated:  March 26, 2024<br>New York, New York | Respectfully submitted, |

_____
Serena Longley
Deputy General Counsel
Office of the New York State Attorney General
28 Liberty St. New York, 10005
(212) 416-8178
Serena.Longley@ag.ny.gov

*Attorney for Nonparty Office of the Attorney General*

_____
Anne L. Clark
Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, New York 10006
aclark@vladeck.com

*Attorney for Nonparty Vladeck, Raskin & Clark, P.C.*

/s/ Andrew Weaver
_____
Andrew Weaver
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2354
aweaver@cgsh.com

*Attorney for Nonparty Cleary Gottlieb Steen & Hamilton LLP*

CC: All Counsel of Record