UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**SECOND AMENDED**
**CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 232) for a second extension of the discovery schedule is GRANTED, and the Court orders as follows:

1. The parties' proposed schedule is ADOPTED, and the discovery schedule is EXTENDED as follows:

    a. Fact discovery, including all party and non-party depositions, shall be completed by **January 31, 2025**.

    b. By **February 7, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

    c. Expert discovery shall be completed by **April 30, 2025**.

    d. By **May 7, 2025**, the parties shall file a joint letter certifying the completion of expert discovery.

2. The telephone conference scheduled for April 2, 2024 (see ECF No. 221 ¶ 5) is CANCELLED.

The Clerk of Court is respectfully directed to cancel the April 2, 2024 telephone conference and to close ECF No. 232.

Dated:     New York, New York
            March 28, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**