

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

May 6, 2024

**BY ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   **Bennett v. Cuomo, et al.**, No. 22 Civ. 7846 (VSB) (SLC)

Dear Judge Cave:

I represent Defendant former Governor Andrew M. Cuomo and write to respectfully request that the Court permit me to appear at the May 8, 2024 oral argument on the pending motions to compel (ECF No. 202) via telephone because I will be in California that day. My co-counsel, Theresa Trzaskoma, will be handling the oral argument and other members of Governor Cuomo's defense team will also be present in person.

Respectfully submitted,

/s/   Rita M. Glavin
Rita M. Glavin

cc (by ECF):  Counsel of Record to the Parties