# SHER TREMONTE LLP

May 6, 2024

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Bennett v. Cuomo, et al.*, No. 22 Civ. 7846 (VSB) (SLC)

Dear Judge Cave:

    We write to correct an error in our reply papers filed at ECF Nos. 238 and 239. In discussing *United States EPA v. General Electric Co.*, 197 F.3d 592 (2d Cir. 1999), we asserted that the underlying subpoena was issued in a New Jersey state court proceeding. That is not correct—the subpoena was issued in a federal action in New Jersey. Our arguments regarding the distinction between federal sovereign immunity and state sovereign immunity—including that a "judicial proceeding" triggers federal sovereign immunity while state sovereign immunity is triggered only by a "suit" that targets a state's treasury and impinges on a state's autonomy to a significant degree—still stand.

    We sincerely apologize for the error.

                                                       Respectfully submitted,

                                                       */s/ Theresa Trzaskoma*

                                                       Theresa Trzaskoma