UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

        Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The requests at ECF Nos. 247 and 250 to file the documents at ECF Nos. 246 and 249 under seal or with redactions are GRANTED. The documents at ECF Nos. 248 and 251 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 247 and 250.

Dated:     New York, New York
            May 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**