UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

        Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The requests of attorneys Rita Glavin and Gregory Morvillo (ECF Nos. 254; 255) to appear remotely at the oral argument scheduled for May 8, 2024 at 3:00 pm (see ECF No. 202 ¶ 2) are GRANTED. Ms. Glavin and Mr. Morvillo are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Members of the public and press may attend on a listen-only basis using the same dial-in information.

Dated:    New York, New York
             May 6, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge