

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Michael Delikat**

E  mdelikat@orrick.com
D  +1 212 506 5230
F  +1 212 506 5151

May 7, 2024

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl St., Room 18A
New York, NY 10007

Re:   *Bennett v. Cuomo, et al.*, 22-cv-7846: Request to Appear Remotely

Dear Judge Cave:

We represent Defendant Judith Mogul in the above-captioned matter and write to respectfully request that the Court permit the undersigned to appear via telephone at the hearing scheduled for May 8, 2024 because we are not available to appear in person. We do not anticipate addressing the Court on the issues presented at the hearing.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Michael Delikat*
Michael Delikat


cc: All counsel of record (via ECF)