# KATZ BANKS KUMIN

**Debra S. Katz, Partner**
**Direct Dial: 202-299-1143**
**Email:** katz@katzbanks.com

By Electronic Case Filing
May 7, 2024

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     RE:  Charlotte Bennett v. Andrew M. Cuomo et al., 22-cv-07846 (VSB) (SLC)

Dear Judge Cave:

     I represent Plaintiff Charlotte Bennett in this matter along with my co-counsel at Eisenberg & Schnell LLP.  I write to respectfully request that the Court permit me to attend tomorrow's hearing telephonically because I will be unable to attend in person.  Although we do not anticipate addressing the Court on the issues scheduled for tomorrow's hearing, my co-counsel Laura S. Schnell will attend the hearing in person.

     Thank you for your time and consideration of this request.

                               Respectfully submitted,

                               *s/ Debra S. Katz*
                               Debra S. Katz

11 Dupont Circle, NW • Suite 600 • Washington, DC 20036 • katzbanks.com • 202.299.1140 • 202.299.1148 fax