UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charlotte Bennett,<br><br>                        Plaintiff,<br><br>  - against -<br><br>Andrew Cuomo, et al.,<br><br>                        Defendants. | 1:22-cv-07846 (VSB)(SLC)<br><br>**APPLICATION BY SERENA LONGLEY PURSUANT TO LOCAL CIVIL RULE 1.4 FOR LEAVE TO WITHDRAW AS COUNSEL** |

      I, Serena Longley, an attorney duly admitted to practice before this Court, declare under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

      1.     I am an attorney of record for non-party Office of the New York State Attorney General in the above-captioned action.

      2.     Effective as of the close of business on May 31, 2024, I no longer will be associated with the Office of the New York State Attorney General.

      3.     The Office of the New York State Attorney General, including Andrew Amer and James Cooney, will continue to represent the Office of the New York State Attorney General in this action. Mr. Amer and Mr. Cooney are fully familiar with the litigation and proceedings to date.

      4.     Because this application will not result in a change of representation for the Office of the New York State Attorney General, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any party.

      5.      I am not asserting a retaining or charging lien.

      6.      For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

      7.      The filing of this application electronically using the Court's ECF system constitutes good and proper service on all parties and their registered attorneys of record.

Dated: New York, New York
May 24, 2024

/s/ Serena Longley
SERENA LONGLEY
Deputy General Counsel
Serena.Longley@ag.ny.gov
(212) 416-8178