UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

  - against -

ANDREW CUOMO,
MELISSA DEROSA,
JULL DESROSIERS, and
JUDITH MOGUL,

                Defendants.

1:22-cv-07846
(VSB)(SLC)

# NONPARTY FIRMS' JOINDER IN RESPONSE TO DEFENDANT CUOMO'S OBJECTIONS TO MAGISTRATE JUDGE CAVE'S OPINION AND ORDER

Andrew Weaver
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2354
aweaver@cgsh.com

Anne L. Clark
Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, New York 10006
aclark@vladeck.com

Non-party law firms Vladeck, Raskin & Clark, P.C. ("Vladeck") and Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb," together with Vladeck, the "Firms") submit this joinder in response to Defendant Andrew M. Cuomo's ("Cuomo") Objections to Magistrate Judge Cave's Opinion & Order (ECF No. 272) ("Opinion") denying Cuomo's motion to compel and granting the motions to quash. The Firms hereby join in the arguments set forth in Nonparty Office of the New York State Attorney General's Response to Defendant Cuomo's Objections to Magistrate Judge Cave's Opinion and Order dated July 10, 2024, and hereby incorporate those arguments, including the relief sought, by reference as if fully set forth herein.

The Firms respectfully request that the Court overrule Defendant Cuomo's Objections, affirm the Opinion in its entirety, and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 10, 2024

Respectfully submitted,

/s/ Andrew Weaver

_____
Andrew Weaver
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2354
aweaver@cgsh.com
*Attorney for Nonparty Cleary Gottlieb Steen & Hamilton LLP*

_____
Anne L. Clark
Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, New York 10006
aclark@vladeck.com
*Attorney for Nonparty Vladeck, Raskin & Clark, P.C*