UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

              Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

              Defendants.

CIVIL ACTION NO. 22 Civ. 7846 (VSB) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 282 is GRANTED, and the telephone status conference scheduled for August 20, 2024 is ADJOURNED to **Tuesday, October 1, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **September 25, 2024**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of fact discovery and raising any issues requiring the Court's attention.

Dated:      New York, New York
              August 15, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge