

**MORVILLO** PLLC

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

September 27, 2024

**VIA ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Bennett v. Cuomo et al.</u>, 22-cv-7846

Dear Judge Cave:

The undersigned represents Defendant Melissa DeRosa ("Ms. DeRosa") in the above-captioned action. We write to seek the Court's authorization to file under seal Exhibits E and F in support of Ms. DeRosa's letter reply concerning her proposed motion to compel nonparty Lillia McEnaney's ("McEnaney") compliance with a subpoena duces tecum, ECF No. 298. McEnaney has designated the documents in Exhibits E and F as Confidential under the Protective Order, ECF No. 120. Accordingly, Ms. DeRosa respectfully seeks leave to file Exhibits E and F under seal.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Gregory Morvillo*
Gregory Morvillo

---

Defendant Melissa DeRosa's request at ECF No. 299 is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF No. 299.

SO ORDERED.    September 30, 2024

SARAH L. CAVE
United States Magistrate Judge