UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL
DESROSIERS, and JUDITH MOGUL,

Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

It is ORDERED as follows:

1.  On or before **October 25, 2024**, Ms. Lillia McEnaney shall respond to Defendant Melissa

    DeRosa's request for a pre-motion conference (ECF No. 310).

2.  DeRosa's motion to file unredacted documents under seal (ECF No. 311) is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF No. 311.

Dated:        New York, New York
              October 18, 2024

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**