UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                        Plaintiff,

            -v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL
DESROSIERS, and JUDITH MOGUL,

                        Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 7, 2024 (the "Conference"), the Court ORDERS as follows:

1.  The parties shall conduct the deposition of Madeline C. Cuomo on or before **January 29, 2025**.

2.  Defendant Melissa DeRosa's request for supplemental production of Interested Party Lillia McEnaney's text messages (ECF Nos. 310; 312) is **GRANTED in part and DENIED in part**. By **November 21, 2024**, Ms. McEnaney shall produce all responsive text messages—which include those that relate to her communications with Defendants by name or by implication, her employment with the State of New York, and, specifically, her employment in the Executive Chamber—from (i) July 1, 2019 to August 8, 2019, (ii) June 14, 2020 to June 19, 2020, and (iii) July 9, 2020 to October 6, 2020. (See ECF No. 312 at 2). By **November 11, 2024**, Ms. DeRosa shall inform Ms. McEnaney of any additional periods of time from which she seeks supplemental production. By **November 26, 2024**, Ms. McEnaney shall supplement her production

with responsive texts from the additional periods of time Ms. DeRosa provides, if any. Ms. DeRosa's request is otherwise **DENIED**.

3. By **December 6, 2024**, Ms. McEnaney shall supplement her production to Ms. DeRosa with the embedded images and videos from Ms. McEnaney's previously produced text messages after 2020.

4. A telephone conference is scheduled for **Wednesday, December 4, 2024 at 2:30 p.m.** on the Court's Teams platform.  The parties are directed to call: (646) 453-4442; phone conference ID: 719117529#, at the scheduled time.

5. By **2:00 p.m. on Monday, December 2, 2024**, the parties shall file a joint letter of not more than five (5) pages concerning their progress and any discovery issues ripe for the Court's attention.

6. By **November 11, 2024**, the parties shall order a transcript of the Conference and file it on the docket by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York          SO ORDERED.
           November 7, 2024

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

**Send one request per completed form to:**

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|