UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

                Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

It is ORDERED as follows:

1. After review of Defendant Andrew Cuomo's motion for a conference regarding his request for a protective order (ECF Nos. 329; 331) filed today, to which Plaintiff is entitled to respond, the telephone conference scheduled for tomorrow, Wednesday, December 4, 2024 at 2:30 p.m. is **ADJOURNED** to **Wednesday, December 18, 2024 at 12:00 p.m.** on the Court's Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 719 117 529#, at the scheduled time.

2. On or before **December 5, 2024**, Plaintiff shall respond to Mr. Cuomo's request for a protective order (ECF Nos. 329; 331).

3. Mr. Cuomo's request for a conference (ECF Nos. 329; 331) and motion to seal (ECF No. 330) are **GRANTED**. The Court will discuss Mr. Cuomo's request for a protective order at the December 18, 2024 telephone conference.

4. In addition, on or before **December 9, 2024**, Non-party Lindsey Boylan may file a letter-motion, of no longer than three pages, to quash the subpoena for her deposition (see ECF Nos. 164 ¶ 2; 326; 328). On or before **December 13, 2024**,

Defendants Andrew Cuomo and Melissa DeRosa shall file a response to Ms. Boylan's letter-motion, if any. On or before **December 16, 2024**, Ms. Boylan may file a reply.

The Clerk of Court is respectfully directed to close ECF No. 330.

| | |
|---|---|
| Dated:	New York, New York<br>December 3, 2024 | SO ORDERED.<br><br>*[signature]*<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |

2