UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

          Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 3, 2024, Defendant Andrew Cuomo moved for a pre-motion conference to discuss his request for a protective order. (ECF Nos. 329; 331). On December 6, 2024, Plaintiff Charlotte Bennett filed a response. (ECF No. 336).

On or before **December 11, 2024**, Mr. Cuomo shall file a reply of not more than two (2) pages setting forth any legal authority on which he relies to support his request for a protective order (ECF Nos. 329; 331).

Dated:    New York, New York
            December 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**