UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT, | 22-CV-7846 (VSB) (SLC) |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Charlotte Bennett, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendants Andrew M. Cuomo, Melissa DeRosa, Jill DesRosiers, and Judith Mogul, without costs or attorneys' fees to any party.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore permitted as a matter of right with no further action required by the Court.

Dated: December 9, 2024                    Respectfully Submitted,

                                           KATZ BANKS KUMIN LLP

                                           /s/ Debra S. Katz
                                           
                                           Debra S. Katz
                                           Rachel E. Green
                                           Sarah Nesbitt

        11 Dupont Circle, NW, Suite 600
        Washington, D.C. 20036
        Ph:    (202) 299-1140
        Email: katz@katzbanks.com
                green@katzbanks.com
                nesbitt@katzbanks.com

**EISENBERG & SCHNELL LLP**

 /s/ Herbert Eisenberg

Herbert Eisenberg
Laura S. Schnell
233 Broadway, Suite 2704
New York, New York 10279
Ph:    (212) 966-8900
Email: lschnell@eisenbergschnell.com
         heisenberg@eisenbergschnell.com

*Attorneys for Plaintiff Charlotte Bennett*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2024, I electronically filed the above **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** via the Court's Electronic Case Filing System, which will automatically send email notification of such filing to all parties and their attorneys of record, and also served a copy of the above motion via email on Plaintiff Charlotte Bennett.

By:   /s/ *Rachel Green*

Dated: December 9, 2024