UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLOTTE BENNETT,

          Plaintiff,

-v-

ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 7846 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' Notice of Voluntary Dismissal Without Prejudice (ECF No. 339), it is ORDERED that all pending deadlines and scheduled conferences are **CANCELLED**. The parties shall notify all non-parties whom they subpoenaed in this case that their obligations under those subpoenas have ended.

The Court congratulates the parties on resolving this case among themselves.

Dated:     New York, New York
          December 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**