

**GLAVIN.**  Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

December 11, 2024

**VIA CM/ECF**

The Honorable Sarah L. Cave  
United States Magistrate Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Courtroom 18A  
New York, New York 10007

      Re:    <u>Bennett v. Cuomo, et al., No. 22-cv-7846 (VSB)(SLC)</u>

Dear Judge Cave:

      I represent former Governor Andrew M. Cuomo and write to request that the Court delete the final sentence of its December 11, 2024 Order (ECF No. 340) (the "Order") in which the Court "congratulate[d] the parties on resolving this case among themselves." This sentence suggests that Governor Cuomo agreed to or participated in a settlement of this case. That is not true.

      So the record is clear: *The parties did not resolve this case.* Instead, Plaintiff Charlotte Bennett voluntarily dismissed the lawsuit on the eve of her long-scheduled deposition. Indeed, Governor Cuomo would never settle this case because Ms. Bennett's allegations are false. As Ms. Bennett knew, Governor Cuomo fully intended to take this case to trial, where he would have been exonerated after a jury heard the evidence—namely, thousands of Ms. Bennett's contemporaneous texts and videos—that refute Ms. Bennett's claims against him. Ms. Bennett never provided those records, which were simply devastating to her claims, to the New York Attorney General's Office during its discredited and flawed investigation.

      Accordingly, we respectfully request that the final sentence of the Order be deleted.

                                                     Respectfully submitted,

                                                 <u>*/s/ Rita M. Glavin*</u>

                                                 Rita M. Glavin

cc:    Counsel of Record (via ECF)