UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE BENNETT, | 22-CV-7846 (VSB) (SLC) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| ANDREW M. CUOMO, MELISSA DEROSA, JILL DESROSIERS, and JUDITH MOGUL, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Charlotte Bennett, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendants Andrew M. Cuomo, Melissa DeRosa, Jill DesRosiers, and Judith Mogul, without costs or attorneys' fees to any party.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore permitted as a matter of right with no further action required by the Court.

Dated: December 10, 2024            Respectfully Submitted,

The Clerk of Court is respectfully
directed to close this case.

Dated: December 11, 2024

**SO ORDERED:**

*/s/ Vernon S. Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

**KATZ BANKS KUMIN LLP**

 /s/ Debra S. Katz

Debra S. Katz
Rachel E. Green
Sarah Nesbitt

11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph: (202) 299-1140
Email: katz@katzbanks.com
green@katzbanks.com
nesbitt@katzbanks.com

**EISENBERG & SCHNELL LLP**

/s/ Herbert Eisenberg

Herbert Eisenberg
Laura S. Schnell
233 Broadway, Suite 2704
New York, New York 10279
Ph: (212) 966-8900
Email: lschnell@eisenbergschnell.com
heisenberg@eisenbergschnell.com

*Attorneys for Plaintiff Charlotte Bennett*